UNITED STATES COURT OF INTERNATIONAL TRADE     FORM 1

| | |
|---|---|
| **3BTECH, INC.,** | |
| Plaintiff, | |
| v. | |
| **UNITED STATES**, | |
| Defendant. | |

SUMMONS

COURT NO. 21-00026

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



**/s/ Mario Toscano**
Clerk of the Court

## PROTEST

| | | | |
|---|---|---|---|
| Port of Entry: | Chicago (3901) | Date Protest Filed: | 01/28/2020 |
| Protest Number: | 3901-20-106024 | Date Protest Denied: | 03/09/2020 |
| Importer: | 3BTech, Inc. | | |
| Category of Merchandise: | Wheeled toys | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| BVQ-0197180-2 | 06/12/2019 | 08/09/2019 | | | |
| BVQ-0197401-2 | 06/18/2019 | 08/09/2019 | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | |
|---|---|
| Port Director of Customs, U.S. Customs and Border Protection 5600 Pearl Street Rosemont, IL 60018 | Lawrence R. Pilon Rock Trade Law LLC 134 North LaSalle Street, Suite 1800 Chicago, IL 60602 Telephone: (312) 553-1946 Email: lpilon@rocktradelaw.com |
| *Address of Customs Port in Which Protest was Denied* | *Name, Address, Telephone Number and E-Mail Address of Plaintiff's Attorney* |

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Paragraph or Item Number | Rate | Paragraph or Item Number | Rate |
| Wheeled toys, self-balancing electric scooters | Uncertain, but believed to have been either 8711.60.00 or 8711.90.01 with China Section 301 tariffs assessed per 9903.88.02 | 0.0% (Free), + 25.0% | 9503.00.00, or alternatively 8711.60.00 excluded from China Section 301 tariffs per 9903.88.17 | 0.0% (Free) |

**Other**
State specifically the Decision [as described in 19 U.S.C. § 1514(a)] and the Protest Claim:

The issue which was common to all such denied protests:
The improper classification and rate of duty applied at liquidation, including assessment of "China Section 301" tariffs imposed pursuant to Section 301 of the Trade Act of 1974.

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in his behalf. The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

_____
*Signature of Plaintiff's Attorney*

Lawrence R. Pilon      January 26, 2021
*Name*      *Date*

## SCHEDULE OF PROTESTS

Chicago, IL  (3901)
Port of Entry

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| | | | | | |
| 3901-20-106997 | 02/18/2020 | 02/26/2020 | BVQ-0185673-0 | 09/05/2018 | 08/30/2019 |
| 3901-20-106997 | 02/18/2020 | 02/26/2020 | BVQ-0185799-3 | 09/12/2018 | 08/30/2019 |
| 3901-20-106997 | 02/18/2020 | 02/26/2020 | BVQ-0185983-3 | 09/19/2018 | 08/30/2019 |
| 3901-20-106997 | 02/18/2020 | 02/26/2020 | BVQ-0186522-8 | 09/28/2018 | 08/30/2019 |
| 3901-20-106997 | 02/18/2020 | 02/26/2020 | BVQ-0186689-5 | 10/10/2018 | 08/30/2019 |
| 3901-20-106997 | 02/18/2020 | 02/26/2020 | BVQ-0187104-4 | 10/21/2018 | 08/30/2019 |
| 3901-20-106997 | 02/18/2020 | 02/26/2020 | BVQ-0187117-6 | 10/29/2018 | 08/30/2019 |
| 3901-20-106997 | 02/18/2020 | 02/26/2020 | BVQ-0187416-2 | 10/21/2018 | 08/30/2019 |
| 3901-20-106997 | 02/18/2020 | 02/26/2020 | BVQ-0187611-8 | 10/19/2018 | 08/30/2019 |
| 3901-20-106997 | 02/18/2020 | 02/26/2020 | BVQ-0187693-6 | 10/29/2018 | 08/30/2019 |
| 3901-20-106997 | 02/18/2020 | 02/26/2020 | BVQ-0187702-5 | 11/02/2018 | 08/30/2019 |
| 3901-20-106997 | 02/18/2020 | 02/26/2020 | BVQ-0188188-6 | 11/10/2018 | 08/30/2019 |
| 3901-20-106997 | 02/18/2020 | 02/26/2020 | BVQ-0188276-9 | 11/08/2018 | 08/30/2019 |
| 3901-20-106997 | 02/18/2020 | 02/26/2020 | BVQ-0188286-8 | 11/13/2018 | 08/30/2019 |

Port Director of Customs,
U.S. Customs and Border Protection
5600 Pearl Street
Rosemont, IL   60018

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the District Director for such port of entry must be given in the space provided.

**SCHEDULE OF PROTESTS**

Chicago, IL  (3901)
Port of Entry

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| | | | | | |
| 3901-20-107048 | 02/20/2020 | 02/26/2020 | BVQ-0188666-1 | 11/28/2018 | 08/30/2019 |
| 3901-20-107048 | 02/20/2020 | 02/26/2020 | BVQ-0188761-0 | 11/21/2018 | 08/30/2019 |
| 3901-20-107048 | 02/20/2020 | 02/26/2020 | BVQ-0188764-4 | 11/20/2018 | 08/30/2019 |
| 3901-20-107048 | 02/20/2020 | 02/26/2020 | BVQ-0191380-4 | 01/22/2019 | 08/30/2019 |
| 3901-20-107048 | 02/20/2020 | 02/26/2020 | BVQ-0191703-7 | 01/24/2019 | 08/30/2019 |
| 3901-20-107048 | 02/20/2020 | 02/26/2020 | BVQ-0191716-9 | 02/15/2019 | 08/30/2019 |
| 3901-20-107048 | 02/20/2020 | 02/26/2020 | BVQ-0191884-5 | 02/15/2019 | 08/30/2019 |
| 3901-20-107048 | 02/20/2020 | 02/26/2020 | BVQ-0193340-6 | 03/18/2019 | 08/30/2019 |
| 3901-20-107048 | 02/20/2020 | 02/26/2020 | BVQ-0193627-6 | 03/22/2019 | 08/30/2019 |
| 3901-20-107048 | 02/20/2020 | 02/26/2020 | BVQ-0193739-9 | 03/28/2019 | 08/30/2019 |
| 3901-20-107048 | 02/20/2020 | 02/26/2020 | BVQ-0194162-3 | 04/15/2019 | 08/30/2019 |
| 3901-20-107048 | 02/20/2020 | 02/26/2020 | BVQ-0194477-5 | 04/17/2019 | 08/30/2019 |

Port Director of Customs,
U.S. Customs and Border Protection
5600 Pearl Street
Rosemont, IL   60018

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the District Director for such port of entry must be given in the space provided.