UNITED STATES COURT OF INTERNATIONAL TRADE

## INFORMATION STATEMENT

(*PLACE AN "X" IN APPLICABLE* ☐)

| | |
|---|---|
| **PLAINTIFF:**<br>3BTech, Inc.<br><br>**ATTORNEY** *(Name, Address, Telephone No.)*<br>Lawrence R. Pilon<br>Rock Trade Law LLC<br>134 North LaSalle Street, Suite 1800<br>Chicago, Illinois 60602<br>Tel: 312-553-1946 | Court No 21-00026 |

**CONSTITUTIONAL ISSUE – 28 U.S.C. § 255**

If this action raises an issue of the constitutionality of an Act of Congress, a proclamation of the President or an Executive Order, check this box: ☐

## JURISDICTION

**28 U.S.C. § 1581(a) - Tariff Act of 1930, Section 515 - 19 U.S.C. § 1515**

☐ Appraisal ☒ Classification ☒ Charges or Exactions ☐ Vessel Repairs
☐ Exclusion ☒ Liquidation ☐ Drawback
☐ Refusal to Reliquidate ☒ Rate of Duty ☐ Redelivery

**28 U.S.C. § 1581(b) - Tariff Act of 1930, Section 516 - 19 U.S.C. § 1516**

☐ Appraisal ☐ Classification ☐ Rate of Duty

**28 U.S.C. § 1581(c) - Tariff Act of 1930, Section 516A(a)(1), (a)(2), or (a)(3) - 19 U.S.C. § 1516a or Section 517(g) – 19 U.S.C. § 1517**

*(Provide a brief description of the administrative determination you are contesting, including any relevant **Federal Register or Administrative Determination** citation(s) and the product(s) involved in the determination. For Section 516A(a)(1) or (a)(2), cite the specific subparagraph and clause of the section.)*

Subparagraph and Clause _____ Agency _____
***Federal Register or Administrative Determination*** Cite(s) _____
Product(s) _____

**28 U.S.C. § 1581(d) - Trade Act of 1974 - 19 U.S.C. §§ 2273, 2341, 2401b**

☐ U.S. Secretary of Labor ☐ U.S. Secretary of Commerce ☐ U.S. Secretary of Agriculture

**28 U.S.C. § 1581(e) - Trade Agreements Act of 1979, Section 305(b)(1) - 19 U.S.C. § 2515**
*(Provide a brief statement of the final determination to be reviewed)*

**28 U.S.C. § 1581(f) - Tariff Act of 1930, Section 777(c)(2) - 19 U.S.C. § 1677f(c)(2)**

Agency: ☐ U.S. International Trade Commission ☐ Administering Authority

**28 U.S.C. § 1581(g) - Tariff Act of 1930, Section 641 - 19 U.S.C. § 1641 - or Section 499 - 19 U.S.C. § 1499**

☐ Section 641(b)(2) ☐ Section 641(b)(3) ☐ Section 641(c)(1) ☐ Section 641(b)(5)
☐ Section 641(c)(2) ☐ Section 641(d)(2)(B) ☐ Section 499(b)

# JURISDICTION
(Continued)

| |
|---|
| **28 U.S.C. § 1581(h) - Ruling relating to:**<br>☐ Classification ☐ Valuation ☐ Restricted Merchandise<br>☐ Rate of Duty ☐ Marking ☐ Entry Requirements<br>☐ Drawbacks ☐ Vessel Repairs ☐ Other _____ |
| **28 U.S.C. § 1581(i)** *(Cite any applicable statute and provide a brief statement describing jurisdictional basis.)* |
| **28 U.S.C. §1582 - Actions Commenced by the United States**<br>☐ (1) Recover civil penalty under Tariff Act of 1930:<br>  ☐ Section 592 ☐ Section 593A ☐ Section 641(b)(6)<br>  ☐ Section 641(d)(2)(A) ☐ Section 704(i)(2) ☐ Section 734(i)(2)<br>☐ (2) Recover upon a bond<br>☐ (3) Recover customs duties |

# RELATED CASE(S)

To your knowledge. does this action involve a common question of law or fact with any other action(s) previously decided or now pending?

| | PLAINTIFF | COURT NUMBER | JUDGE |
|---|---|---|---|
| ☐ Decided: | | | |
| ☒ Pending: | 3BTech, Inc. | 20-00159 | N/A |

(Attach additional sheets, if necessary.)

(As amended, eff. Jan. 1, 1985; Jan.25, 2000, eff. May 1, 2000; May 25, 2004, eff. Sept. 1, 2004; Nov. 29, 2005, eff. Jan. 1 2006; No. 28 2006, eff. Jan. 1, 2007; Dec. 4, 2012, eff. Jan 1, 2013; Sept. 18, 2018, eff. Oct. 15, 2018.)