UNITED STATES COURT OF INTERNATIONAL TRADE                    FORM 11

| | |
|---|---|
| 3BTECH, INC.,<br>　　　　　　　*Plaintiff,*<br>　　v.<br>UNITED STATES,<br>　　　　　　　*Defendant.* | Court No. <u>**21-00026**</u> |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for <u>3BTech, Inc.</u>, <u>Plaintiff</u>, in this action

☐　　and for the parties indicated in the actions listed on the attached schedule

and requests that all papers be served on him/her.

☒　　The individual attorney in the undersigned firm, corporate law department, or the government, who is responsible for the litigation is <u>Lawrence R. Pilon</u>.

Dated:　<u>　26 January 2021　</u>　　　　　　　　　　　　　　／s／ Lawrence R. Pilon
　　　　　　　　　　　　　　　　　　　　　　　　Lawrence R. Pilon, Attorney

Rock Trade Law LLC
134 North LaSalle Street, Suite 1800
Chicago, Illinois  60602
312-553-1946 (telephone)
lpilon@rocktradelaw.com (e-mail)

1