UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HONORABLE JANE A. RESTANI, JUDGE

| | | |
|---|---|---|
| 3BTECH, INC.,<br><br>      v.<br><br>UNITED STATES, | *Plaintiff,*<br><br><br>*Defendant.* | Court No. <u>21-cv-00026;</u><br><u>20-cv-03729;</u><br><u>20-cv-03817.</u> |

## ORDER

Upon consideration of Plaintiff's Consent Motion to Designate a Test Case and to Suspend Actions Thereunder, it is hereby –

ORDERED that Plaintiff's motion be granted; and it is further

ORDERED that Court Number 21-cv-00026 is designated as a test case; and it is further

ORDERED that the cases listed below are suspended thereunder.

| Case | Court No. |
|---|---|
| 3BTech, Inc. v. United States | 20-cv-03729 |
| Pro-Com Products, Inc. v. United States | 20-cv-03817. |

       /S/    Jane A. Restani
      HON. JANE A. RESTANI, JUDGE

Dated: New York, New York

This 22nd day of July, 2022.

**CERTIFICATE OF SERVICE BY ELECTRONIC MAIL**

I, Serhiy Kiyasov, one of the attorneys for the plaintiff, certify that a copy of the foregoing Consent Motion to Designate a Test Case and to Suspend Actions Thereunder was served on all parties by sending a copy via electronic mail, at or before 5:00 p.m. this Thursday, July 21, 2022, addressed to each party or its attorney of record at the address(es) listed below.

Jamie L. Shookman
U.S. Department of Justice
International Trade Field Office
26 Federal Plaza
New York, NY 10278
jamie.shookman@usdoj.gov

Respectfully submitted,

Dated:   21 July 2022

Serhiy Kiyasov, Attorney

Rock Trade Law LLC
134 North LaSalle Street, Suite 1800
Chicago, Illinois 60602
312-824-6195 (telephone)
skiyasov@rocktradelaw.com (e-mail)

*Counsel For Plaintiff 3BTech, Inc.*