IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE JANE A. RESTANI, JUDGE

| | |
|---|---|
| 3BTECH, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Court No. 21-00026 <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANT'S PARTIAL CONSENT TO PLAINTIFF'S MOTION TO AMEND THE SECOND AMENDED SCHEDULING ORDER**

The United States, defendant, respectfully responds to the motion filed by plaintiff, 3BTech, Inc., to amend the scheduling order to extend the deadline for plaintiff to submit rebuttal expert reports to March 4, 2024, and to extend the remaining deadlines in the scheduling order by a period of 60 days (ECF No. 25). We consent to a 30-day amendment to the scheduling order.

Plaintiff has not demonstrated that good cause exists for the amount of time they request in their motion to amend the scheduling order. "Good cause requires the moving party to show that the deadline for which an extension is sought cannot reasonably be met despite the movant's diligent efforts to comply with the schedule." *POSCO v. United States*, Court No. 16-00225, Order (Ct. Int'l Trade Apr. 21, 2017) (citing *High Point Design LLC v. Buyers Direct, Inc.*, 730 F.3d 1301, 1319 (Fed. Cir. 2013)) (discussing "good cause" in the context of Federal Rule of Civil Procedure 16(b)); *United States v. Horizon Prods. Int'l, Inc.*, 34 F. Supp. 3d 1365, 1367 (Ct. Int'l Trade 2014) (diligence is the "primary consideration" under the general good cause standard applicable to USCIT Rules 6(b) and 16(b)).

According to plaintiff, they could not complete an expert rebuttal report by January 2, 2024, and they require until March 4, 2024, to submit their rebuttal expert report because: (1) the expert they have retained has "scheduling conflicts in the upcoming weeks due to the holidays that may interfere with their work on the rebuttal expert reports"; (2) plaintiff's counsel "had certain travel arrangements in December 2023 that had been previously scheduled"; and (3) plaintiff's counsel had a dispositive motion in another civil action in this Court due on December 8, 2023, and to commence work on an expert report in another civil action in this Court. Pl. Mot. at 3. Although we do not dispute any of these explanations, they do not demonstrate good cause for the amount of time the plaintiff seeks here.

Pursuant to the scheduling order, fact discovery concluded on August 24, 2023, expert reports were due to be served by November 6, 2023, and rebuttal expert reports were due to be served by January 2, 2024. *See* ECF No. 23. The Government served upon plaintiff two timely expert reports, and the plaintiff produced no expert report. Pl. Mot. at 2. Although USCIT Rule 26(a)(2)(C) allows the parties 30 days to serve rebuttal expert reports, the current scheduling order permitted the parties 57 days within which to serve rebuttal expert reports. *Id*. However, the plaintiff now seeks 62 more days within which to serve their rebuttal expert reports. Through its motion, plaintiff has not explained the need for 62 additional days.

Ordinarily, as a matter of courtesy, we do not oppose motions to amend the scheduling order, particularly in those cases involving complicated and numerous legal issues, or multiple parties. This classification action does not involve complicated issues or multiple parties, and there is no real dispute about what the merchandise at issue here is and how it is used. Nevertheless, given the circumstances identified in the plaintiff's motion, we respect their need

2

for additional time to serve rebuttal reports and consent to a 30-day amendment to the scheduling order for that purpose.

WHEREFORE, defendant respectfully requests that plaintiff's motion be granted in part and denied in part.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. MCCARTHY
Director

/s/ Justin R. Miller
JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

/s/Mikki Cottet
MIKKI COTTET
Senior Trial Counsel
U.S. Department of Justice
Civil Division,
Commercial Litigation Branch
PO Box 480
Ben Franklin Station
Washington, DC 20044
Telephone: 202-307-0962
Facsimile: 202-514-7965
E-mail: Mikki.Cottet@usdoj.gov

January 4, 2024                                     Attorneys for Defendants