# IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE JANE A. RESTANI, JUDGE

| | |
|---|---|
| 3BTECH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Court No. 21-00026 |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT AND RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. MCCARTHY
Director

JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

*Of Counsel*:

TAYLOR R. BATES
Attorney
Office of Assistant Chief Counsel
International Trade Litigation
U.S. Customs and Border Protection

MIKKI COTTET
Senior Trial Counsel
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
PO Box 480
Ben Franklin Station
Washington, DC 20044
Telephone: 202-307-0962
Facsimile: 202-514-7965
E-mail: Mikki.Cottet@usdoj.gov

September 4, 2024                    Attorneys for Defendants

**TABLE OF CONTENTS**

PRELIMINARY STATEMENT ................................................................................. 1

BACKGROUND ..................................................................................................... 3

   I.   Factual Background ................................................................................ 3

   II.  Administrative Background .................................................................... 9

RELEVANT STATUTORY PROVISIONS AND EXPLANATORY NOTES .......................... 10

QUESTIONS PRESENTED ...................................................................................... 10

ARGUMENT ....................................................................................................... 11

   I.   Jurisdiction And Standard Of Review ................................................... 11

       A.  Jurisdiction ................................................................................. 11

       B.  Standard Of Review .................................................................... 11

   II.  The Government's Cross-Motion For Summary Judgment Should Be Granted ............ 12

       A.  The Imported Hoverboards Are Classifiable In Heading 8711 .......................... 13

       B.  The Imported Hoverboards Are Not "Wheeled Toys" Of The Kind That Are Classifiable In HTSUS Heading 9503 .................................................. 17

   III. Plaintiff's Motion For Summary Judgment Should Be Denied ...................................... 24

       A.  The Imported Hoverboards Are Not Classifiable As "Wheeled Toys" .............. 24

       B.  3BTech's Motion For Summary Judgment Is Supported By Flawed Evidence ............................................................................ 29

           1.  The Government's Objections To Unauthenticated Documents And Hearsay Should Be Sustained ............................................... 31

           2.  The Government's Objections To PSUF Relating To Mr. Velte's Opinions Of The Reiner And Benjamin Expert Reports Should Be Sustained Because Mr. Velte Is Not An Expert ............................ 41

       C.  The Imported Hoverboards Are Not Covered By The HTSUS Note 20(v) Exclusions Because They Are Not "Motorcycles" Or "Skateboards" ................ 45

CONCLUSION .................................................................................................... 47

# TABLE OF AUTHORITIES

## Cases

*Air Safety, Inc. v. Roman Catholic Archbishop of Boston,*
  94 F.3d 1 (1st Cir. 1996)................................................................................38, 39

*Alifax Holding SpA v. Alcor Scientific Inc.,*
  404 F. Supp. 3d 552 (D.R.I. 2019).........................................................................38

*Am. Motorists Ins. Co. v. United States,*
  5 C.I.T. 33 (1983) ...................................................................................................29

*Am. Processing Co. v. United States,*
  236 F.3d 695 (Fed. Cir. 2001)................................................................................12

*Anderson v. Liberty Lobby, Inc.,*
  477 U.S. 242 (1986)................................................................................................11

*BenQ Am. Corp. v. United States*,
  646 F.3d 1371 (Fed Cir. 2011)...............................................................................12

*Celotex Corp. v. Catrett,*
  477 U.S. 317 (1986)................................................................................................11

*Cummins Inc. v. United States,*
  454 F.3d 1361 (Fed. Cir. 2006)..............................................................................15

*Daubert v. Merrell Dow Pharmaceuticals, Inc.,*
  509 U.S. 579 (1993)................................................................................................42

*Diamax Hawaii, Ltd. v. United States,*
  4 C.I.T. 162 (1982) .................................................................................................33

*Gilmore v. Macy's Retail Holdings,*
  2009 WL 140518 (D.N.J. Jan. 20, 2009) ...............................................................41

*H. B. Zachry Company v. O'Brien,*
  378 F.2d 423 (10th Cir. 1967) ...............................................................................40

*Homeland Housewares, LLC v. Sorensen Research,*
  581 F. App'x 869 (Fed. Cir. 2014) .........................................................................32

*Innovention Toys, LLC v. MGA Entm't, Inc.,*
  2012 WL 5398476 (E.D. La. Nov. 4, 2012) ...........................................................41

*Jones v. UPS Ground Freight,*
  683 F.3d 1283 (11th Cir. 2012) .............................................................................37

*Kumho Tire Co. v. Carmichael*,
526 U.S. 137 (1999) ....................................................................................... 42

*Metro-Goldwyn-Mayer Studios, Inc. v. Grokster, Ltd.*,
454 F. Supp. 2d 966 (C.D. Cal. 2006) ........................................................... 32

*Millennium Lumber Distribution Ltd. v. United States*,
558 F.3d 1326 (Fed. Cir. 2009) ...................................................................... 12

*Minnetonka Brands, Inc. v. United States*,
110 F. Supp. 2d 1020 (CIT 2000) ............................................................ 12, 28

*Mita Copystar Am. v. United States*,
21 F.3d 1079 (Fed. Cir. 1994) ........................................................................ 12

*Needham v. White Labs., Inc.*,
639 F.2d 394 (7th Cir. 1981) ..................................................................... 38, 39

*Norse v. City of Santa Cruz*,
629 F.3d 966 (9th Cir. 2010) .......................................................................... 29

*Orlando Food Corp. v. United States*,
140 F.3d 1437 (Fed. Cir. 1998) ...................................................................... 12

*Orr v. Bank of America, NT & SA*,
285 F.3d 764 (9th Cir. 2002) ....................................................... 32, 33, 37, 40

*Park B. Smith, Ltd. v. United States*,
347 F.3d 922 (Fed. Cir. 2003) ........................................................................ 31

*Primal Lite, Inc. v. United States*,
182 F.3d 1362 (Fed. Cir. 1999) ...................................................................... 28

*Processed Plastics Co. v. United States*,
473 F.3d 1164 (Fed. Cir. 2006) ...................................................................... 29

*Rivera-Davila v. Asset Conservation, Inc.*,
230 F.3d 1378 (Fed. Cir. 2000) ...................................................................... 38

*S & S Logging Co. v. Barker*,
366 F.2d 617 (9th Cir. 1966) .......................................................................... 40

*Schwartz v. Compagnie General Transatlantique, Eyeglasses*,
405 F.2d 270 (2nd Cir. 1968) ......................................................................... 40

*Scosche Indus., Inc. v. Visor Gear, Inc.*,
121 F.3d 675 (Fed. Cir. 1997) .................................................................. 33, 41

*Sports Graphics, Inc. v. United States*,
  24 F.3d 1390 (Fed. Cir. 1994)........................................................................ 19

*State of Maryland for Use of Barresi v. Hatch*,
  198 F. Supp. 1 (D.Conn.1961) ...................................................................... 40

*StoreWALL, LLC v. United States*,
  644 F.3d 1358 (Fed. Cir. 2011)...................................................................... 28

*Streetsurfing LLC. v. United States*,
  11 F.Supp.3d 1287 (Ct. Int'l Trade 2014) ......................................... *passim*

*Sundance, Inc. v. Demonte Fabricating Ltd.*,
  550 F.3d 1356 (Fed. Cir. 2008)................................................................ 42, 43

*Tashnizi v. I.N.S.*,
  585 F.2d 781 (5th Cir. 1978) ......................................................................... 33

*United States ex rel. Maris Equip. Co., Inc. v. Morganti, Inc.*,
  163 F. Supp. 2d 174 (E.D.N.Y. 2001) ........................................................... 39

*United States v. Bray*,
  139 F.3d 1104 (6th Cir. 1998) ...................................................................... 38

*United States v. Carborundum Co.*,
  536 F.2d 373 (CCPA 1976) ........................................................................... 29

*United States v. Fahnbulleh*,
  752 F.3d 470 (D.C. Cir. 2014) ...................................................................... 38

*United States v. Fechner*,
  952 F.3d 954 (8th Cir. 2020) ........................................................................ 38

*United States v. Halderman*,
  559 F. 2d 31 (D.C. Cir. 1976) ....................................................................... 32

*United States v. Harvic Int'l, Ltd.*,
  427 F. Supp. 3d 1349 (Ct. Int'l Trade 2020) ............................................... 37

*United States v. Spalding*,
  894 F.3d 173 (5th Cir. 2018) ........................................................................ 38

*United States v. Sterling Footwear, Inc.*,
  279 F. Supp. 3d 1113 (Ct. Int'l Trade 2017) .......................................... 31, 37

**Harmonized Tariff Schedule of The United States**

General Rules of Interpretation 1 .................................................................................... 12, 25

General Rules of Interpretation 2 .................................................................................... 12

General Rules of Interpretation 6 .................................................................................... 12

Chapter 87

   Heading 8711 ................................................................................................................... 13, 14

     Subheading 8711.60.00 ............................................................................................. *passim*

     Subheading 8711.60.00.50 ......................................................................................... 3

Chapter 95

   Heading 9503 ................................................................................................................... *passim*

     Subheading 9503.00.00 ............................................................................................. 2, 3, 9, 10

   Heading 9508 ................................................................................................................... 25

Chapter 99

   Heading 9903

     Subheading 9903.88.02 ............................................................................................. 2

     Subheading 9903.88.12 ............................................................................................. 2

US Note 20(v)(86) ........................................................................................................... 10, 45, 46

US Note 30(v)(87) ........................................................................................................... *passim*

**Statutes**

19 U.S.C. § 1514 ............................................................................................................. 11

19 U.S.C. § 2411 ............................................................................................................. 2

28 U.S.C. § 2641 ............................................................................................................. 31

**Rules**

Fed. R. Civ. P. 56(e) ....................................................................................................... 41

Fed. R. Evid. 702 ............................................................................................................ 42

Fed. R. Evid. 801(c) ................................................................................................... 37

Fed. R. Evid. 802 ................................................................................................ 37, 41

Fed. R. Evid. 901(a) .......................................................................................... 31, 32

Fed. R. Evid. 901(b) ................................................................................................ 32

Fed. R. Evid. 901(b)(1) ..................................................................................... 32, 33

Fed. R. Evid. 902 .................................................................................................... 32

Fed. R. Evid. 1006 ............................................................................................ 38, 39

USCIT Rule 37 ....................................................................................................... 39

USCIT Rule 56 .............................................................................................. 1, 30, 34

USCIT Rule 56(a) ............................................................................................. 11, 12

USCIT Rule 56(c) .................................................................................................... 41

USCIT Rule 56(c)(2) ......................................................................................... 30, 31

USCIT Rule 56(c)(4) ......................................................................................... 33, 37

USCIT Rule 56.3 ..................................................................................................... 30

USCIT Rule 56.3(a) ................................................................................................. 30

USCIT Rule 56.3(c) ................................................................................................. 30

USCIT Rule 56.3(c)(2) ............................................................................................ 30

**Regulations**

*Notice of Action Pursuant to Section 301: China's Acts, Policies, and Practices Related to Technology Transfer, Intellectual Property, and Innovation,*
83 Fed. Reg. 40,823 (U.S. Trade Rep. Aug. 16, 2018)................................................... 2

*Notice of Product Exclusions: China's Acts, Policies, and Practices Related to Technology Transfer, Intellectual Property, and Innovation,*
84 Fed. Reg. 49,600 (U.S. Trade Rep. Sept. 20, 2019) ................................................. 3

**Other Authorities**

Motorcycle, *Collins Dictionary*,
available at https://www.collinsdictionary.com/dictionary/motorcycle .................................... 46

Tricyles, *Collins Dictionary*,
available at https://www.collinsdictionary.com/dictionary/tricycle ........................................... 17

Testimony of Witness with Knowledge, 31 Fed. Prac. & Proc. Evid. § 7106 (2d ed.) .............. 33

31 Charles Alan Wright & Victor James Gold, Federal Practice and Procedure
§ 8045 (2d ed. 2022) ................................................................................................................... 39

**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

BEFORE: THE HONORABLE JANE A. RESTANI, JUDGE

| | |
|---|---|
| ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ ) | |
| 3BTECH, INC.,                                  ) | |
|                                                ) | |
|                    Plaintiff,                  ) | |
|                                                ) | |
|            v.                                  )    Court No. 21-00026 |
|                                                ) | |
| UNITED STATES,                                 ) | |
|                                                ) | |
|                    Defendant.                  ) | |
| ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ ) | |

## DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT

Pursuant to United States Court of International Trade (USCIT) Rule 56, defendant, the United States (the "Government"), respectfully requests that the Court enter an order denying the motion for summary judgment filed by plaintiff, 3BTech, Inc. (ECF No. 31 (Pl. Mot.)), granting our cross-motion for summary judgment, affirming the classification and liquidation decision made by U.S. Customs and Border Protection (CBP), and dismissing this action.

The basis for our motion is set forth in the following memorandum, defendant's Rule 56.3 Statement, and the declarations of CBP National Import Specialist Matthew Sullivan, Mr. Norbert Reiner, and Mr. Edward Benjamin (Def. Ex. 1, 2, and 3, respectively).

## MEMORANDUM SUPPORTING DEFENDANT'S CROSS-MOTION

## PRELIMINARY STATEMENT

This action involves the classification of 28 entries of eight models of Swagtron® hoverboards, models T1, T5, T6, T380, T500, T580, T588, and T881, imported between September 2018 and June 2019 by 3BTech from the People's Republic of China.

The imported hoverboards are motorized cycles propelled by a rechargeable lithium battery of a power not exceeding 300 watts, consisting of two separate foot platforms (footpads) mounted between two wheels and controlled by how the rider distributes their weight on the footpads. In use, these hoverboards travel on the ground, and the rider stands upon them, without the use of a balancing bar. These hoverboards are referred to as "self-balancing" because they have gyroscopes that assist the rider in maintaining balance. These hoverboards also have other electronics that sense and control speed and direction based on the pressure applied by the rider to the front or back of the foot pads. Both children and adults use hoverboards to travel short distances.

3BTech entered the eight models of Swagtron® hoverboards as "wheeled toys" under the duty-free subheading 9503.00.00 of the Harmonized Tariff Schedule of the United States (HTSUS) that, among other things, provides for "[t]ricycles, scooters, pedal cars and similar wheeled toys." CBP liquidated the entries under HTSUS subheading 8711.60.00, the provision covering "[m]otorcycles (including mopeds) and cycles fitted with an auxiliary motor . . . [w]ith electric motor for propulsion," which is also a duty-free provision. However, merchandise from China that is classifiable in HTSUS subheading 8711.60.00 is subject to duties of 25 percent *ad valorem* under HTSUS heading 9903.88.02 pursuant to Section 301 of the Trade Act of 1974, 19 U.S.C. § 2411. *See* Notice of Action Pursuant to Section 301: China's Acts, Policies, and Practices Related to Technology Transfer, Intellectual Property, and Innovation, 83 Fed. Reg. 40,823 (U.S. Trade Rep. Aug. 16, 2018) (Section 301) (imposing 25 percent *ad valorem* duties on merchandise of subheading 8711.60.00). HTSUS heading 9903.88.12 grants exclusions to two different products that fall within the scope of HTSUS subheading 8711.60.00 and otherwise

conform to the language of the exclusions. *See* Notice of Product Exclusions: China's Acts, Policies, and Practices Related to Technology Transfer, Intellectual Property, and Innovation, 84 Fed. Reg. 49,600 (U.S. Trade Rep. Sept. 20, 2019) (U.S. Note 20(v)(86)-(87)).  For entries made prior to July 1, 2019, U.S. Note 20(v)(86) provided an exclusion to Section 301 duties for merchandise covered by HTSUS statistical reporting number 8711.60.0050 that constitute "Motorcycles with electric power for propulsion, each of a power not exceeding 1,000 W." *Id*. at 49,609.  U.S. Note 20(v)(87) provided an exclusion to Section 301 duties for merchandise covered by HTSUS statistical reporting number 8711.60.0050 that constitute "Skateboards with electric power for propulsion, of a power of 250 W." *Id*.

As we demonstrate below, the imported hoverboards were properly liquidated by CBP under HTSUS subheading 8711.60.00 as cycles fitted with an electric motor for propulsion. These hoverboards are not "wheeled toys" of HTSUS subheading 9503.00.00 because they are not "wheeled toys" similar to tricycles, scooters, and pedal cars.  They are also not "motorcycles" or "skateboards" and, therefore, do not fall within either of the exclusions to Section 301 duties covering HTSUS subheading 8711.60.00.

## **BACKGROUND**

I.    Factual Background

The underlying facts necessary to grant summary judgment in the Government's favor are not in dispute.

Human powered and electrically powered vehicles that are used for transportation fall within the micro-mobility vehicles industry.  DSOF ¶ 1.  The micro-mobility industry includes a

class of vehicles known as Light Electric Vehicles (LEV).  DSOF ¶ 2.  LEVs are smaller than

cars and motorcycles, and they weigh less than 200 pounds.  DSOF ¶ 3.

The LEV industry covers a wide range of small primarily battery-operated or electric

vehicles, including one- to four- wheeled vehicles, cycles fitted with an auxiliary motor, and

two- wheeled electric transportation devices designed for carrying a single person, such as the

electric bicycle, self-balancing monowheel, the Segway, electric skateboards, electric scooters,

mopeds, light electric motorcycles, and hoverboards.  DSOF ¶ 4.  LEVs use electric propulsion

to move using one or more electric motors, one or more controllers, a lithium battery, and one or

more sensors.  DSOF ¶ 5.  LEVs can have fore- and aft- wheels or side-by-side wheels that are

rotated through electric propulsion.  DSOF ¶ 6.

There are several different kinds of LEVs, including: (1) electric bicycles; (2) "scooters,"

a catchall category that includes electric mini scooters, the Yikebike, the electric self-balancing

monowheel; mobility scooters, and electric motor scooters that resemble light motorcycles like

the Vespa; and (3) "personal transporters" or "human transporters," including the Segway and

hoverboards.  DSOF ¶ 7.  All LEVs share the same or similar components, operating paradigms,

and use patterns.  DSOF ¶ 8.

The components that are similar for vehicles described as LEVs include an electric

motor(s), a lithium battery, control circuits or controllers, wiring harnesses that carry the current

between the components, and sensors.  DSOF ¶ 9.  All LEVs are designed to transport a person

from one place to another through use of electric propulsion.  DSOF ¶ 10.  There are, however,

some differences between the kinds of LEVs.  For instance, some LEVs have seats, a balance bar

(*i.e.*, a structure with handlebars that ascends from the platform upward toward the chest of a

user), throttles, brakes, pedals, or footrests.  DSOF ¶ 11.  Certain LEVs, like the Segway and

hoverboards, are designed with technology that allows a single rider to stand upright while a

system composed of gyroscopes and sensors that assist with balance, steering, speed, and

stopping.  DSOF ¶ 12.  The different types of LEVs have different wheel sizes, ranging from

approximately 2 to 29 inches depending on the vehicle.  DSOF ¶ 13.  The different categories of

LEVs operate at different maximum speeds, with some maximum speeds as low as six miles per

hour and others as high as 32 miles per hour.  DSOF ¶ 14.

A "hoverboard," including the Swagtron® hoverboards at issue here, consists of two-

independent footpads between side-by-side wheels, small motors, gyroscopes, sensors,

controllers, and a battery.  DSOF ¶ 15.  Each model of the Swagtron® hoverboards at issue has a

200–300-watt motor (depending on the model) powered by a rechargeable lithium battery housed

in the body of the vehicle.  PSUF ¶ 15.  The hoverboard is controlled through rider position and

weight distribution on the footpads, the movement and shift in weight is detected by the sensors

and the vehicle responds.  DSOF ¶ 16.  When the rider leans forward, with weight distribution at

the front of the footpads, the vehicle accelerates forward, and when the rider leans backward,

settling on the heels of their feet, the vehicle slows.  DSOF ¶ 17.  Turning is similarly

accomplished through body positioning and weight distribution to either the right or left.  *Id*.

Braking is similarly accomplished through body positioning and weight distribution; the rider

stands tall, causing the sensor to signal the logic board to slow and stop the vehicle.  DSOF ¶ 18.

Hoverboards, including the Swagtron® hoverboards at issue, are intended to be and are

used as modes of transportation.  DSOF ¶ 19; Pl. Ex. J (3BTech Deposition) at 76:10-21.  The

Swagtron® catalog and user manuals identify the hoverboard models at issue as "personal

transporters."  DSOF ¶ 23.  The Swagtron® catalog states that "SWAGTRON provides customers with easy-to-use, ***personal transportation*** and entertainment technology."  Pl. Ex. A "Ex. A," ECF No. 31-3, p. 24 of 49 (emphasis added).  Swagtron user manuals state "You're about to take the next step in the ***evolution of transportation***" or describe a specific hoverboard model as being "a self-balancing, personal transporter that uses gyroscopic technology ***to revolutionize the way you travel***."  DSOF ¶ 25 (emphasis added).  These hoverboards have claimed maximum speeds of 6.8 to 13 miles per hour (mph), depending on the model.  Def. Ex. 1, Sullivan Declaration.  It is practical for hoverboards to be used as vehicles to travel short distances.  Indeed, according to Swagtron, hoverboards "get you where you need to go without leaving you in need of a shower or change of clothes, and you'll have a lot of fun getting there."  DSOF ¶ 19.  Swagtron even acknowledges that hoverboards are LEVs.  DSOF ¶ 27.  These descriptions, coupled with Swagtron's acknowledgment of hoverboards being LEVs, show that the Swagtron® hoverboards at issue here fall in the class of micromobility vehicles known as LEVs and specifically within the kind of LEVs known as "personal transporters."

The distance that a person may travel on a hoverboard on a full charge depends upon the model.  The Swagtron® T1, T6 and T380 have a range per charge of 7 to 12 miles.  DSOF ¶ 28.  The Swagtron® T5 and T588 have a riding range of 7 and 8 miles, respectively.  *Id*.  The T881 has a riding range of 4.8 miles.  *Id*.  However, several factors may affect the actual range per charge, such as: (1) speed and riding style; (2) topography, such as rough terrains or slopes; (3) the weight of the operator; and (4) environmental temperature.  DSOF ¶ 29.  The Swagtron® hoverboards contain a battery indicator light that informs the user that the travel range may be low.  DSOF ¶ 30.  Swagtron® user manuals show that T6 and T380 contain LED headlamps,

taillights, and integrated movement indicators (including turning and braking signals).  DSOF ¶ 31.

Hoverboards require training prior to use.  Although hoverboards are made for use by children and adults and they have gyroscopes that assist with balance, learning to ride a hoverboard takes time and practice, and they require skill to fully use them.  DSOF ¶ 32. Swagtron admits that "riding a hoverboard takes some getting used to. . . . With a little practice, you'll get used to the balance and the feel of the board while it moves" and they advise new users that, "[t]o help with balance, place the hoverboard next to a wall and use the wall to help you balance."  *See* Def. Ex. 1, Att. G-1 (Swagtron Faq "How to Ride a Hoverboard").  Swagtron explains that mounting, dismounting, balancing, turning, and stopping are "not as easy as it looks, at first."   Def. Ex. 1, Att. G-3 (Swagtron Faq "How to Stop on a Hoverboard").  Swagtron further states that "[l]earning to ride your new hoverboard takes time and practice[.]"  *Id*.

According to Swagtron, using hoverboards requires that the rider have "coordination, agility, and balance" and they urge that one "[u]se your best judgment to determine if an individual can use the SWAGTRON safely."  DSOF ¶ 33.  Swagtron advises that "[i]n the very beginning, you'll want to start by using your board's training mode which will limit your speed, so you can get a feel for your board before you go all out.  This will stop you from accidentally taking off at full speed before you mastered slowing down and coming to a stop."  Def. Ex. 1, Att. G-3 (Swagtron Faq "How to Stop on a Hoverboard").  Therefore, Swagtron® hoverboards include up to three riding modes – "learning mode," "standard mode," and "advanced mode" – that allow the ride to be tailored to the user.  DSOF ¶ 34.  "Learning mode" is explained as being "[i]deal for new or inexperienced riders" and this mode regulates the maximum speed of the

hoverboard to allow the user to practice balancing and general movement.  DSOF ¶ 35.

"Standard mode" is for experienced riders only as it removes the learning mode restriction and

allows the hoverboard to reach maximum speeds.  DSOF ¶ 37.  The "advanced mode" is only

available on certain models and can only be activated through the Swagtron® app.  DSOF ¶ 38.

There are significant risks of injury associated with the use of hoverboards, like falling

forward or backward, which can cause elbow, ankle or wrist fractures, or even traumatic brain

injury.  DSOF ¶ 40.  In 2015, U.S. News & World Reports reported that a published research

study found that 26,854 patients were admitted to U.S. hospitals due to falls and collisions

involving hoverboards.  *Id*.  The study found that the most common types of injuries for

hoverboard accidents were fractures, comprising of 40 percent of incidents, with contusions at 17

percent, and sprains and/or strains at 13 percent.  *Id*.  The study found that, although most

injuries were minor, about 3 percent of patients had to be admitted to hospital, with head injuries

accounting for 14 percent of hospital admissions in hoverboard accidents.  *Id*.

Swagtron® acknowledges potential risks with the use of its hoverboards and offers "safe

riding techniques" in its user manuals.  DSOF ¶ 41; Def. Ex. 1, Sullivan Decl., Att. F at p. 21

(Swagtron® Hands Free Smart Board [T1] User Manual (T1 User Manual) IV – Safe Riding

Techniques providing cautions and warnings for use of the T1 hoverboard) (stating "We

sincerely hope every operator can ride the SWAGTRON® safely.  Think back to when you first

learned to ride a bike, drive a car, or skateboard.").  Swagtron user manuals also warn that

"[f]ailure to use common sense and heed the above warnings increases the risk of serious injury,

or in very rare cases, death.  Use with appropriate caution and serious attention to safe

operation."  DSOF ¶ 42 (capitilization normalized and emphasis omitted).

Hoverboards are sold in retail stores and online. DSOF ¶ 43. In retail stores, such as Walmart, Target, and Macy's, Swagtron® hoverboards and other hoverboard brands are displayed and sold in the sporting goods department. *Id.*

Hoverboards are regulated as vehicles in several states and cities. DSOF ¶ 44. Swagtron advises users that hoverboards are vehicles and that certain states regulate the use of hoverboards as LEVs. DSOF ¶ 45. Accordingly, Swagtron® user manuals warn users to "[n]ever ride your SWAGTRON® after consumption of alcohol, drugs, or while intoxicated. You can be arrested for drunk driving." DSOF ¶ 46.

II.   Administrative Background

3BTech entered the Swagtron® hoverboards as "wheeled toys" under the duty-free HTSUS subheading 9503.00.00. Following the requests for and the receipt of information regarding the hoverboards, CBP issued a Notice of Action, classifying the 28 entries under the duty-free HTSUS subheading 8711.60.00. Unless falling in a category for exclusions, merchandise from China classifiable in HTSUS subheading 8711.60.00 is subject to Section 301 duties of 25 percent *ad valorem*. CBP liquidated the entries on August 9, 2019, and August 30, 2019. 3BTech filed Protest Nos. 3901-20-106024, 3901-20-106997, and 3901-20-107048 between January 28, 2020, and February 20, 2020. As it does here, in addition to arguing that the imported hoverboards are "wheeled toys" of subheading 9503.00.00, 3BTech pressed two alternative arguments. First, 3BTech argued that if the hoverboards are classifiable in HTSUS subheading 8711.60.00, then they are "motorcycles" and excluded from Section 301 duties pursuant to U.S. Note 20(v)(86), covering "Motorcycles with electric power for propulsion, each of a power not exceeding 1,000 W." *See* Pl. Ex. G, ECF No. 31-9 at 14. Second, 3BTech argued

that if the hoverboards are not "motorcycles," then they are "skateboards" and excluded from Section 301 duties pursuant to U.S. Note 20(v)(87), covering "Skateboards with electric power for propulsion, of a power of 250." *Id*. CBP denied 3BTech's protests on February 26, 2020, and March 9, 2020, and determined that the imported hoverboards are classifiable in HTSUS subheading 8711.60.00, they are not covered by the "motorcycle" and "skateboard" exclusions, and they are subject to Section 301 duties.

## RELEVANT STATUTORY PROVISIONS AND EXPLANATORY NOTES

The relevant statutory provisions and their corresponding Explanatory Notes are contained in the Addendum to this memorandum.

## QUESTIONS PRESENTED

(1)    Whether CBP properly classified the imported hoverboards in HTSUS Heading 8711, subheading 8711.60.00, the provision for "motorcycles (including mopeds) and cycles fitted with an auxiliary motor . . . with electric motor for propulsion," because they do not fall within the scope of HTSUS subheading 9503.00.00, the provision for, among other things, "tricycles, scooters, pedal cars and similar wheeled toys."

(2)    Whether the imported hoverboards are "motorcycles" and excluded from Section 301 duties pursuant to U.S. Note 20(v)(86), covering "Motorcycles with electric power for propulsion, each of a power not exceeding 1,000 W."

(3)    Whether the imported hoverboards are "skateboards" and excluded from Section 301 duties pursuant to U.S. Note 20(v)(87), covering "Skateboards with electric power for propulsion, of a power of 250."

10

**ARGUMENT**

I.    Jurisdiction And Standard Of Review

    A.    Jurisdiction

The Court has jurisdiction to entertain this action contesting CBP's denial of Protest Nos. 3901-20-106024, 3901-20-106997, and 3901-20-107048, which cover 28 entries made from September 2018 through June 2019. CBP liquidated the entries on August 9, 2019, and August 30, 2019. The protests, filed on and between January 28, 2020, and February 20, 2020, were timely filed within 180 days of liquidation in accordance with 19 U.S.C. § 1514. CBP denied the protests on February 26, 2020, and March 9, 2020, and mailed them to 3BTech on September 10, 2020. 3BTech filed a timely summons on January 26, 2021. All liquidated duties, taxes and charges were paid prior to the filing of the summons. Because this action was designated a test case, there are several cases suspended under it.

B.    Standard Of Review

On a motion for summary judgment, the Court "shall grant summary judgment if the movant shows that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law." USCIT R. 56(a); *see Celotex Corp. v. Catrett*, 477 U.S. 317, 322-23 (1986). The burden of establishing the absence of a genuine issue of material fact lies with the moving party. *Celotex*, 477 U.S. at 322-23. The Court must view the evidence in the light most favorable to the non-movant and may not weigh the evidence, assess the credibility of witnesses, or resolve issues of fact. *See Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 255 (1986) (citation omitted); USCIT R. 56(a).

II.    <u>The Government's Cross-Motion For Summary Judgment Should Be Granted</u>

Classification of goods under the HTSUS "is directed by the General Rules of

Interpretation (GRI) of the HTSUS and the Additional United States Rules of Interpretation."

*Orlando Food Corp. v. United States*, 140 F.3d 1437, 1439 (Fed. Cir. 1998).  A classification

analysis begins with applying GRI 1, which requires that classification be "determined according

to the terms of the headings and any relative section or chapter notes" as HTSUS chapter and

section notes are considered binding statutory law.  GRI 1; *see also Minnetonka Brands, Inc. v.*

*United States*, 110 F. Supp. 2d 1020, 1025 (CIT 2000); *see also BenQ Am. Corp. v. United*

*States*, 646 F.3d 1371, 1376 (Fed Cir. 2011).  If classification cannot be determined based on

GRI 1, the analysis must then proceed through GRIs 2 through 6.  *See N. Am. Processing Co. v.*

*United States*, 236 F.3d 695, 698 (Fed. Cir. 2001).  Once the correct heading has been identified,

the appropriate subheading for classification must then be determined.  *See Orlando*, 140 F.3d at

1440; GRI 1, 6.  Moreover, the Court interprets "[t]he terms of the HTSUS . . . according to their

common commercial meanings."  *Millennium Lumber Distribution Ltd. v. United States*, 558

F.3d 1326, 1329 (Fed. Cir. 2009).  In doing so, "the court may rely on its own understanding of

the term as well as upon lexicographic and scientific authorities."  *Mita Copystar Am. v. United*

*States*, 21 F.3d 1079, 1082 (Fed. Cir. 1994)).  Finally, the Explanatory Notes to the Harmonized

System (Explanatory Notes) can be consulted to "clarify the scope of HTSUS subheadings and to

offer guidance in interpreting subheadings."  *Id*. at 1082.  Although the Explanatory Notes "are

not legally binding or dispositive," they are "generally indicative of the proper interpretation of

the various HTSUS provisions."  *N. Am. Processing Co.*, 236 F.3d at 698.

A.     <u>The Imported Hoverboards Are Classifiable In Heading 8711</u>

HTSUS heading 8711 and subheading 8711.60.00 provide, in relevant part:

8711          Motorcycles (including mopeds) and cycles fitted
             with an auxiliary motor, with or without side-cars;
             side cars:

***

8711.60.00          With electric motor for propulsion . . . . Free

HTSUS heading 8711 is located within Section XVII.  Section XVII Note 1 states that this

section does not cover articles of HTSUS heading 9503.  Thus, if an article is found to be

classifiable in HTSUS heading 9503, it is excluded from classification in Section XVII and

HTSUS heading 8711.

The Explanatory Note to heading 8711 provides interpretive guidance on the kinds of

articles encompassed within its scope.  Among other things, the Explanatory Note states that:

> This heading also covers two-wheeled, electrically-powered
> transportation devices, designed for carrying a single person, for
> use within low speed areas such as pavements (sidewalks), paths,
> and bicycle lanes. Their technology allows the rider to stand
> upright while a system composed of gyroscope sensors and
> multiple onboard microprocessors maintains both the device's and
> rider's balance on two independent, non-tandem wheels.

Explanatory Note to heading 87.11.

As indicated by the Explanatory Note, the term "cycle fitted with an auxiliary motor" in

heading 8711 refers to "two-wheeled motorized vehicles" that "are essentially designed for

carrying persons."  This definition is consistent with the common meaning of the term "cycle"

which refers to unicycles, bicycles, tricycles, and other forms of cycles.  *See, e.g.*, Cycle,

Merriam-Webster Online, https://www.merriam-webster.com/dictionary/cycle ("bicycle;

motorcycle; tricycle").  There is no dispute that the imported hoverboards are cycles fitted with

13

electric motors for propulsion and are designed for carrying persons. *See* Pl. Mem. of Law in Support of Pl. Mot. (Pl. Mem.), 8; Compl. ¶ 12, 13. Therefore, the imported hoverboards are *prima facie* classifiable under HTSUS heading 8711.

Moreover, classification under subheading 8711.60.00 is supported by the Explanatory Notes. The Explanatory Notes specifically identify "two-wheeled, electrically-powered transportation devices, designed for carrying a single person, for use within low speed areas such as pavements (sidewalks), paths, and bicycle lanes." Explanatory Note 87.11. The Notes also refer to electric cycles that contain gyroscopes and sensors that assist the rider to balance on two independent, non-tandem wheels. *Id*. The hoverboards here indisputably include gyroscopes and related electronics that sense the position and momentum of the scooter and adjust the speed and direction of the wheels. PSUF ¶ 18. Thus, the Explanatory Notes describe the imported hoverboards as classifiable under HTSUS subheading 8711.60.00.

According to 3BTech, the Explanatory Note was drafted before hoverboards were invented, and the product referred to in the note relates to Segways, a larger and more practical device for transportation. Pl. Mem. 31-33. Therefore, according to 3BTech, the Explanatory Note could not have referred specifically to hoverboards. Pl. Mem. 31-33. This argument lacks merit.

Hoverboards are intended to be used and are used as modes of transportation. DSOF ¶¶ 19-22. Indeed, the inventor of the first hoverboard (Hovertrax), Shane Chen, obtained a patent for his invention, which he described as a "two-wheel, self-balancing personal vehicle having independently movable foot placement sections." DSOF ¶ 20. The Chen patent reveals components and an operating paradigm that are consistent with hoverboards being personal

modes of transportation or "personal transporters."  DSOF ¶ 21.  The Chen patent further reveals

that the original hoverboard "art" was modeled on the preexisting "art" of the Segway patent for

personal mobility vehicles, in that the hoverboard was designed to be a smaller, portable version

of the Segway with the same operating paradigm.  DSOF ¶ 22.  The Swagtron® hoverboard

models at issue have the same type of components and operating paradigm as the vehicles in

Chen's patent and the Segway patent, both of which identify the patented articles as "personal"

or "human" transporters.

Additionally, the World Customs Organization (WCO) issued two Classification

Opinions regarding merchandise specifically covered by subheading 8711.60.00.  *See* Def. Ex. 8,

Def. Ex. 9.  We recognize that opinions by foreign tribunals are not binding and are not given

deference by United States courts.  *Cummins Inc. v. United States*, 454 F.3d 1361, 1366 (Fed.

Cir. 2006).  However, they may be consulted for "persuasive value," but they are "not a proxy

for independent analysis."  *Id*.  The issue before the WCO Tariff and Trade Affairs Directorate

was whether the subject articles in the High-Tech area, hoverboards, were classifiable in heading

8711 or heading 9503.  In the first opinion, adopted in 2007 and 2016, the WCO classified a

"two-wheeled, electrically powered transportation device" like the Segway under subheading

8711.60.  Def. Ex. 8.  In the second opinion, adopted in 2017, the WCO classified a "two-

wheeled, self-balancing, electrically-powered transportation device, designed for carrying a

single person, for use within low speed areas such as pavements (sidewalks), paths, and bicycle

lanes" under subheading 8711.60.  *See* Def. Ex. 9, Amendments to the Compendium of

Classification Opinions, Harmonized System Committee, 59th Session (amending Compendium

Page XVII/26) at 10 (March 2017).  The opinion indicated that, "[t]hrough the built-in gyroscope

15

and acceleration sensors, the device uses the dynamic balance principle to control moving forward, backward, turning and stopping.  It is controlled by the changes of the operator's body posture."  Moreover, the opinion stated that "[t]he maximum speed of the device is 10 km/h [6mph] and the maximum distance per charge is 15-20 km [9.3-12 miles]."  The WCO concluded that such hoverboards are classifiable under subheading 8711.60.[1]  *Id*.

Furthermore, hoverboards are a category of "personal transporters" or "human transporters" that falls within the LEV industry.  DSOF ¶¶ 7, 12, 27.  Each model of the Swagtron® hoverboards at issue in this case has two independent foot pads between two side-by-side wheels, a 200–300-watt motor (depending on the model) powered by a rechargeable lithium battery housed in the body of the vehicle, and a gyroscope and related electronics that sense and control speed and direction of the vehicle based on the pressure applied by the rider on the front or back of the foot pads.  DSOF ¶ 16; PSUF ¶ 17-18.  The method of controlling the hoverboard is through rider position and weight distribution on the footpads, the movement and shift in weight is detected by the sensors and the vehicle responds.  DSOF ¶ 16.  When the rider leans forward, with weight distribution at the front of the footpads, the vehicle accelerates forward. DSOF ¶ 17.  When the rider leans backward, settling on the heels of their feet, the vehicle slows. *Id*.  Turning is similarly accomplished through body positioning and weight distribution to either the right or left.  *Id*.  Braking is similarly accomplished through body positioning and weight distribution; with braking, the rider stands tall, causing the sensor to signal the logic board to

---

[1]  Subheading 8711.60 was added to the HTS in 2017.  Previously, the WCO's Classification Opinion indicated that the merchandise was classifiable under the "other" provision in subheading 8711.90.

16

slow and stop the vehicle.  DSOF ¶ 18.  Depending on the model, these hoverboards have

claimed maximum speeds of 6.8 to 13 mph (11kph to 20kph).  DSOF ¶ 18.

3BTech does not dispute that the imported hoverboards are motorized cycles with electric

motors for propulsion.  Pl. Mem., 8.  Therefore, the imported hoverboards fall squarely within

the scope of subheading 8711.60.00, based upon the terms of the subheading, the Explanatory

Notes, and prior WCO opinions.

B.    The Imported Hoverboards Are Not "Wheeled Toys" Of The Kind That Are
      Classifiable In HTSUS Heading 9503

HTSUS heading 9503 covers, among other things, "[t]ricycles, scooters, pedal cars and

similar wheeled toys[.]"  The imported hoverboards do not fall within the common meaning of

the named exemplars of HTSUS heading 9503.  The imported hoverboards are not "tricycles."

A "tricycle" is defined as "a bike with three wheels, two at the back and one at the front.

Tricycles are ridden by young children."  Tricycle, Collins Dictionary, available at

https://www.collinsdictionary.com/dictionary/tricycle; DSOF ¶ 53.  Children's "tricycles" have a

seat, handlebar, pedals, and three wheels, and children use the pedal to move.  Tricycles are used

primarily by very young children who require a sense of balance to operate.  DSOF ¶ 53.  Wide

spaced wheels and more wheels make the tricycle easier to balance.  *Id.*  Tricycles are

manufactured and marketed to children ages two to eight.  *Id.*  The imported hoverboards do not

possess the characteristics of a "tricycle."  PSUF ¶¶ 17, 18; DSOF ¶¶ 15-18, 30-33, 39.

Although the imported hoverboards are described on the commercial invoices as "toy

scooters" or "scooters," they do not fall within the common meaning of a "scooter."  A "scooter"

is defined as "a vehicle ridden while standing that consists of a narrow footboard mounted

between or atop two wheels tandem that has an upright steering handle attached to the front

17

wheel, and that is moved by pushing with one foot." *See* Scooter, Merriam-Webster Online, https://www.merriam-webster.com/dictionary/scooter; DSOF ¶ 54. Further, "scooters" of the kind in HTSUS heading 9503 are propelled by means of direct contact with the ground and have handles that provide balance. DSOF ¶ 54. The imported hoverboards do not possess the characteristics of a "scooter." PSUF ¶¶ 17, 18; DSOF ¶¶ 15-18, 30-33, 39. There appears to be no dispute that the importer hoverboards are not scooters, and they do not possess the characteristics of scooters. *See generally* Pl. Mem.; ECF No. 9, Compl. ¶ 16, Count I, & Request for Relief (c). Accordingly, the imported hoverboards are not *eo nomine* classifiable as a "scooter."

The imported hoverboards are also not "pedal cars." A "pedal car" is defined as "[a] car, usually a child's toy, propelled by means of pedals." Pedal Car, Oxford English Dictionary Online, https://www.oed.com/dictionary/pedal-car; DSOF ¶ 52. Moreover, "pedal cars" have four wide-spaced wheels, a seat, a steering wheel, and pedals, and they are manufactured and marketed for children ages two to four. DSOF ¶ 52. They are also usually made in the form of miniature vehicles and propelled by means of pedals, hand levers or the feet, or by simply being pulled or pushed by another person. *Id*. The imported hoverboards do not possess these characteristics. PSUF ¶¶ 17, 18; DSOF ¶¶ 15-18, 30-33, 39. Therefore, they are not *eo nomine* classifiable as "pedal cars."

Because the imported hoverboards are not tricycles, scooters, or pedal cars, the question is whether they are "similar wheeled toys," and the answer to that question is no because they do not possess the characteristics of these types of wheeled toys. Construction of HTSUS heading 9503 requires application of the rule of statutory construction known as *ejusdem generis*.

*Ejusdem generis* was explained by the U.S. Court of Appeals for the Federal Circuit (Federal Circuit):

> where an enumeration of specific things is followed by a general word or phrase, the general word or phrase is held to refer to things of the same kind as those specified . . . . As applicable in classification cases, *ejusdem generis* requires that the imported merchandise possess the essential characteristics or purposes that unite the articles enumerated *eo nomine* in order to be classified under the general terms.

*Sports Graphics, Inc. v. United States*, 24 F.3d 1390, 1392 (Fed. Cir. 1994).  As discussed above, the imported hoverboards do not possess the characteristics of the types of wheeled toys enumerated by name in HTSUS heading 9503, namely, tricycles, scooters, and pedal cars.

The Explanatory Note to HTSUS heading 9503 provides guidance as to what kinds of toys are encompassed by the heading:

> These articles are usually designed for propulsion either by means of pedals, hand levers or other simple devices which transmit power to the wheels through a chain or rod, or, as in the case of certain scooters, by direct pressure of a person's foot against the ground. Other types of wheeled toys may be simply drawn or pushed by another person or driven by a motor.
>
> These toys include:
>
> (1) Children's tricycles and the like, but excluding bicycles of heading 87.12.
>
> (2) Two- or three-wheeled scooters designed to be ridden by children, as well as youngsters and adults, with an adjustable or non-adjustable steering column and small solid or inflatable wheels. They are sometimes equipped with a bicycle-type handle-bar, a hand brake or a foot brake on the rear wheel.
>
> (3) Pedal- or hand-propelled wheeled toys in the form of animals.
>
> (4) Pedal cars, frequently in the form of miniature sports cars, jeeps, lorries, etc.

(5) Wheeled toys, propelled by hand levers.

(6) Other wheeled toys (with no mechanical transmission system) which are designed to be drawn or pushed, and are large enough for children to ride.

(7) Children's cars powered by a motor.

Explanatory Note to heading 95.03.

Although the most obvious unifying characteristic of the named exemplars of "wheeled toys" is that they are self-powered, either by means of simple devices or by direct contact with the ground. *See* Explanatory Note 95.03(A). The Explanatory Note, however, also identifies another category of wheeled toys that fall under the heading, which are not self-propelled. The Explanatory Note refers to wheeled toys that are "simply drawn or pushed by another person or driven by a motor." Explanatory Note 95.03(A). The only exemplar in the Explanatory Notes identifying a motorized wheeled toy is "Children's cars powered by a motor."

In *Streetsurfing*, 11 F. Supp. 3d 1287 (Ct. Int'l Trade 2014), the Court construed HTSUS heading 9503 in determining the proper classification of "waveboards," which were described as caster boards having front and rear boards connected in the middle, each with one direction-casters mounted on the underside, permitting the rider to swivel in a transverse wave motion. Although the Court did not expressly state that it was employing the rule of statutory construction known as *ejusdem generis*, the Court ascertained the essential characteristics or purposes that unite the articles enumerated *eo nomine* in the heading and identified in the Explanatory Notes to determine whether waveboards were classifiable under the general term "similar wheeled toys."

The Court found that:

20

the exemplars listed in the Explanatory Notes, such as children's tricycles, pedal cars, and wheeled cars designed to be drawn or pushed, and large enough for children to ride, are all items that require no training prior to their use and involve no meaningful risk of injury. Rather, these items can be safely used by a child, with minimal supervision, and without prior instruction.

In addition, items, such as pedal cars and wheeled toys designed to be drawn or pushed with a child riding inside, involve no development or practice of individual skills in order for them to be used to their maximum capacity. Nor do these items afford a user a reasonable degree of exercise or physical activity. That is, there is no minimum degree of skill required in order to fully use a wheeled toy, and wheeled toys do not provide notable exercise or require athletic ability.

Further, as noted, all articles listed as wheeled toys are propelled "by means of pedals, hand levers or other simple devices which transmit power to the wheels through a chain or rod, ... by direct pressure of a person's foot against the ground," or by "simply [being] drawn or pushed by another person or driven by a motor." Explanatory Notes 95.03. ***Thus, wheeled toys all conform to a general design, characterized by the support of an assistive device, such as one or more seats, additional wheels, hand levers, handle bars, pedals, or breaks***.

*Streetsurfing*, 11 F. Supp. 3d at 1295-96 (emphasis added).  From its review of the Explanatory Notes, the Court concluded that a "wheeled toy" of HTSUS heading 9503 is also characterized by: (1) the absence of a training requirement prior to its use; (2) the absence of a meaningful risk of injury involved in its use; (3) the lack of acquired skill to fully utilize the item; (4) the lack of exercise or athletic aspect in the item's use; and (5) the presence of an assistive device."  *Id*. at 1296.

Based on the facts presented in *Streetsurfing*, the Court held that the scope of HTSUS Heading 9503 is "too narrow" to encompass waveboards, finding that, "[a]lthough items with wheels can provide amusement, the waveboards fail[ed] to conform to the other necessary criteria needed for classification as "wheeled toys" of HTSUS heading 9503.  *Id*. at 1298.  As the

21

Court explained, waveboards (1) require training prior to their use, (2) involve a meaningful risk of injury, (3) require that a user develop a degree of skill, (4) provide the user with considerable exercise, and (5) do not conform to the design of wheeled toys because they do not employ an assistive device for users, the waveboards lack the necessary elements for classification as wheeled toys. *Id*.

As the Court made clear in *Streetsurfing*, HTSUS heading 9503 "does not cover every item with wheels that is principally used for amusement." *Id*. at 1295. Rather, wheeled toys of HTSUS heading 9503 all conform to a general design, characterized by the support of an assistive device, such as one or more seats, additional wheels, hand levers, handlebars, pedals, or brakes. Wheeled toys are and have been designed, manufactured, and marketed for use by young children, usually between the ages of 12 months to eight years old. DSOF ¶¶ 47-54. Wheeled toys, such as tricycles, scooters, and pedal cars are designed to help children with physical and cognitive development. DSOF ¶ 55. These types of wheeled toys help children develop gross motor skills, coordination, and balance. *Id*.

In addition to not conforming to the design characteristics of wheeled toys in that they do not have seats, additional wheels, hand levers, handlebars, pedals, or breaks, the imported hoverboards require that the rider already possess "coordination, agility, and balance." DSOF ¶ 33. The imported hoverboards also require the exercise of judgment and the use of common sense, DSOF ¶¶ 33, 41, 42, and to check and follow local traffic laws, DSOF ¶ 27, which no one expects of a child who plays with the kinds of wheeled toys identified in HTSUS heading 9503 and its Explanatory Notes.

22

Furthermore, the imported hoverboards, like the *Streetsurfing* waveboards, fail to conform to the other necessary criteria needed for classification as "wheeled toys" of HTSUS heading 9503.  First, hoverboards require training prior to use and require that a user develop a degree of skill.  DSOF ¶¶ 32, 34-36.  Although they are made for use by children and adults and they have gyroscopes that assist with balance, learning to ride a hoverboard takes time and practice, and they require skill to fully use them.  DSOF ¶ 32.  Beginners are recommended to use the hoverboard's "learning mode," which is essentially a training mode that limits the speed of the hoverboard to allow the user to practice balancing and general movement.  DSOF ¶¶ 32, 34-36; Def. Ex. 1, Sullivan Decl., Att. F at p. 13-14 (T1 User Manual).  Mounting, dismounting, balancing, turning, and stopping the hoverboards are not easy; therefore, Swagtron advises users that learning to ride a hoverboard takes time and practice.  DSOF ¶ 32.

Second, the imported hoverboards involve a meaningful risk of injury.  Significant risks of injury have been associated with the use of hoverboards, resulting fractures, sprains and/or strains, contusions, and head injuries, including traumatic brain injury.  DSOF ¶¶ 40-42.  The potential risks of injuries with hoverboard use is highlighted in Swagtron's user manuals.  DSOF ¶¶ 41-42.  Swagtron has a section in its user manuals related to safe riding techniques, and it highlights cautions and warnings for the use of its hoverboards.  DSOF ¶ 41.  Swagtron user manuals also warn that "[f]ailure to use common sense and heed the [] warnings increases the risk of serious injury, or in very rare cases, death.  Use with appropriate caution and serious attention to safe operation."  DSOF ¶ 42; Def. Ex. 1, Sullivan Decl., Att. F at p. 21 (T1 User Manual) (capitalization normalized and emphasis omitted).

Just as the *Streetsurfing* waveboards lacked the necessary elements for classification as wheeled toys, so too do the Swagtron® hoverboards at issue here. Therefore, the Court should grant our cross-motion for summary judgment.

III.    Plaintiff's Motion For Summary Judgment Should Be Denied

3BTech argues that the imported hoverboards are "wheeled toys" and are classifiable in HTSUS heading 9503. Pl. Mot. 13-29. As we have demonstrated above, hoverboards are not classifiable in HTSUS 9503 because they are not "wheeled toys" within the meaning and scope of that provision.

As we demonstrate below, 3BTech's motion for summary judgment is based upon inadmissible evidence, irrelevant facts, mischaracterizations of evidence, and a flawed analysis of the law. Therefore, 3BTech's motion for summary judgment should be denied.

A.    The Imported Hoverboards Are Not Classifiable As "Wheeled Toys"

As previously noted, 3BTech claims that the imported hoverboards are classifiable under HTSUS heading 9503 as "wheeled toys." 3BTech alleges that these hoverboards are "designed and principally used for amusement, diversion, and/or play," are "predominantly purchased as toys for children," and are "commercially marketed and recognized as toys." *See*, *generally*, Pl. Mem. As discussed in section III.B, below, 3BTech relies upon unsupported, unauthenticated, and mischaracterized evidence that, in some cases, is hearsay within hearsay. 3BTech's factual assertions are also contradicted by how Swagtron® markets and characterizes its own products. 3BTech's arguments are also not aligned with law. Therefore, 3BTech's motion for summary judgment should be denied.

3BTech's primary argument is that the imported hoverboards are classifiable as "children's cycles" because HTSUS Section XVII, which covers HTSUS heading 8711, states that the "section does not cover articles of heading 9503 or 9508, or sleds, bobsleds, toboggans or the like of heading 9506" and that HTSUS Chapter 87 Note 4 provides that "children's bicycles are to be classified in Heading 8712, and instructs that all ' *[o]ther children's cycles fall in heading 9503*' (emphasis added)." Pl. Mem., 13. According to 3BTech, "if the Court should characterize the Subject Merchandise as a children's cycle—which includes children's cycles that are fitted with an electric motor—the applicable [Section] and Chapter Notes instruct that they are to be classified as a toy under HTSUS Heading 9503, and they are excluded from classification under Chapter 87." This argument is circular and contrary to the GRI.

First, pursuant to HTSUS GRI 1, classification in HTSUS heading 9503 must be based upon the terms of the heading and any applicable section and chapter notes. The only "children's cycle" that is identified in HTSUS heading 9503 is a "tricycle." As we have demonstrated, hoverboards do not fall within the meaning and scope of the tariff term "tricycle," and 3BTech has not demonstrated that they do. Furthermore, the Explanatory Note to heading 9503 states that the articles of the heading "are usually designed for propulsion either by means of pedals, hand levers or other simple devices which transmit power to the wheels through a chain or rod, or, as in the case of certain scooters, by direct pressure of a person's foot against the ground." Explanatory Note 95.03. The imported hoverboards are not designed for propulsion by means of "pedals" or "other simple devices which transmit power to wheels through a chain or rod." Explanatory Note 95.03. Rather, the imported hoverboards are propelled by rechargeable lithium batteries of a power up to 300 watts. *See* PSUF ¶ 15. Pl. Mem., 1, 8. The Explanatory

Note further provides that "[o]ther types of wheeled toys may be simply drawn or pushed by another person or driven by a motor" and these toys include, among other things, "(1) [c]hildren's tricycles and the like, but excluding bicycles of heading 87.12." 3BTech has made no effort to demonstrate that the imported hoverboards are or are like children's tricycles.

Shifting gears, 3BTech suggests that the imported hoverboards are akin to the "children's cars powered by a motor" that are referred to in the Explanatory Note to heading 9503 because the imported hoverboards are powered by a motor. Pl. Mem., 20-21. 3BTech states that

> As the Court applies the five-factor "wheeled toy" *Streetsurfing* test, Plaintiff believes it is of great benefit for the Court to consider the specific characteristics and features of children's cars powered by a motor, which closely align with the characteristics of motorized hoverboards. Plaintiff believes that these specific characteristics and features indicate that motorized wheeled toys of Heading 9503, HTSUS, may require a different level of training, may have a different base risk level of injury, and/or may require a different degree of skill for operation, as compared with non-motorized wheeled toys of Heading 9503, HTSUS.

Pl. Mem., 22. Analyzed within this context, 3BTech argues that the imported hoverboards meet the five-factor *Streetsurfing* test. In support of its argument, 3BTech relies upon plaintiff's exhibits Q and R. We object to these exhibits and request that the Court disregard them. However, should the Court determine to consider these exhibits, 3BTech's argument lacks merit and these two exhibits do not support 3BTech's argument.

As we have demonstrated, the imported hoverboards do not possess the essential characteristics or purposes that unite the articles enumerated by name in HTSUS heading 9503. The imported hoverboards likewise to not conform to the additional criteria the Court recognized in *Streetsurfing* as being needed for classification as "wheeled toys" of HTSUS heading 9503 based on the Explanatory Notes. Contrary to 3BTech's assertions (at Pl. Mem., 22-29), the

26

imported hoverboards (1) require training prior to their use, (2) involve a meaningful risk of injury, including traumatic brain injury, (3) require that a user develop a degree of skill, (4) require mastery of mounting, dismounting, balancing (even with the assistance of the gyroscope) prior to performing athletic stunts, and (5) do not conform to the design of wheeled toys because they do not employ an assistive device, such seats, additional wheels, hand levers, handlebars, or pedals.

3BTech's exhibits Q and R highlight the distinction between the wheeled toys of HTSUS heading 9503 and the imported hoverboards. Unlike the imported hoverboards, each of the "children's electronic toy car" manuals (Pl. Ex. Q and R) expressly refer to the articles as "toys" repeatedly throughout the manuals. The imported hoverboard manuals do not refer to the hoverboards as "toys," rather, they are referred to as personal transporters. DSOF ¶¶ 23-27. Unlike the imported hoverboards, each of the children's electronic toy car manuals states the age of the child for which the toy is suitable. *See* Pl. Ex. Q, ECF No. 31-22, at 1, 2 (age 3+ years); Pl. Ex. R, ECF No. 31-23, at 2 (37-96 months). The imported hoverboard manuals do not state an age for which the hoverboards are suitable. The maximum speed of the children's electronic toy cars represented in plaintiff's exhibits Q and R is 6km/h and 5km/h (*i.e.*, approximately 3.7 mph and 3.1 mph), respectively. The imported hoverboards have significantly higher maximum speeds at between 6.8 and 13mph. DSOF ¶ 39. The children's electronic toy cars in plaintiff's exhibits Q and R can seat two children, and plaintiff's exhibit Q has a maximum weight capacity of 35KG (*i.e.*, approximately 77 pounds) and plaintiff's exhibit R has a maximum weight capacity of 40KGS (i.e., approximately 88 pounds). Pl. Ex. Q, 14; Pl. Ex. R, 12. Only one person can use the imported hoverboards at a time, and the maximum weight is 220 pounds

(except for the T6, which has a 420-pound maximum weight requirement). Each of the children's electronic toy cars will automatically stop when the child's foot is removed from the foot pedal. Pl. Ex. Q, 13; Pl. Ex. R, 12. Hoverboard users must shift their weight and body position to stop, and they cannot remove a foot from a pedal until the vehicle comes to a complete stop. DSOF ¶¶ 16-18. Finally, each children's electronic toy car represented in plaintiff's exhibits Q and R comes with a remote controller that allows an adult to control the toy car. Pl. Ex. Q, 19; Pl. Ex. R, 14. The imported hoverboards do not have a remote that an adult can use to control a hoverboard that their child is using. Plaintiff's exhibits Q and R share the characteristics of the wheeled toys of HTSUS 9503, and the imported hoverboards do not.

Finally, 3BTech's attempts to demonstrate that the imported hoverboards are principally used as toys fails. *See* Pl. Mem, 15-20. The Courts has held that HTSUS heading 9503 is a principal use provision. *See Streetsurfing*, 11 F. Supp. 3d at 1295 (citing *StoreWALL, LLC v. United States*, 644 F.3d 1358, 1365–66 (Fed. Cir. 2011)); *Minnetonka*, 110 F. Supp. 2d at 1026. HTSUS Additional U.S. Rules of Interpretation 1(a) provides that "a tariff classification controlled by use (other than actual use) is to be determined in accordance with the use in the United States at, or immediately prior to, the date of importation, ***of goods of that class or kind to which the imported goods belong***, and the controlling use is the principal use." *See also Minnetonka*, 110 F. Supp. 2d at 1026 (citing *Primal Lite, Inc. v. United States*, 182 F.3d 1362, 1365 (Fed. Cir. 1999)). At or about the time of importation, the hoverboards at issue belonged to a class of goods known as LEVs, and they belong to the kind of goods in that class known as "personal transporters." DSOF ¶¶ 1-7. The principal use of personal transporters is to move from one place to another, and this is precisely what the imported hoverboards do. DSOF ¶ 10.

28

We do not dispute that hoverboard users, whether children or adults, enjoy using hoverboards but, as the Court made clear in *Streetsurfing*, not all items with wheels that may potentially provide amusement fall under HTSUS heading 9503. 11 F. Supp. 3d at 1295.

To determine whether merchandise belongs to the "class or kind" of merchandise the Court considers the factors enunciated in *United States v. Carborundum Co.*, 536 F.2d 373, 377 (CCPA 1976). These factors are: (1) the general physical characteristics of the merchandise; (2) the expectation of the ultimate purchasers; (3) the channels, class or kind of trade in which the merchandise moves; (4) the environment of the sale (*i.e.*, accompanying accessories and the manner in which the merchandise is advertised and displayed); (5) usage, if any, in the same manner as merchandise which defines the class; (6) the economic practicality of so using the import; and (7) the recognition in the trade of the use." *Id*. The seven *Carborundum* factors are not definitive, but "are simply areas of inquiry that may prove useful in determining what is the principal use of merchandise alleged to be a 'toy.'" *Processed Plastics Co. v. United States*, 473 F.3d 1164, 1170 (Fed. Cir. 2006).

3BTech has failed to demonstrate that the imported hoverboards satisfy the *Carborundum* factors for classification as a "wheeled toy" and that is because the overwhelming evidence demonstrates that these hoverboards belong to another class and kind of merchandise known as LEVs. *See* DSOF ¶¶ 1-14, 19-31, 44-46, 57-64.

B.    3BTech's Motion For Summary Judgment Is Supported By Flawed Evidence

As a preliminary matter, the trial judge is supposed to rule on material evidentiary objections made on summary judgment. *See*, *e.g.*, *Norse v. City of Santa Cruz*, 629 F.3d 966, 973 (9th Cir. 2010) ("Before ordering summary judgment in a case, a district court … must also rule on evidentiary objections that are material to its ruling."); *Am. Motorists Ins. Co. v. United*

*States,* 5 C.I.T. 33, 36 (1983).  "In addition to the pleadings and official record, which the court

may consider without further certification, a party seeking summary judgment must annex to its

motion a statement of the material facts as to which it is contended there is no genuine issue to

be tried."  *Id.*; USCIT R. 56 (practice comment); USCIT R. 56.3(a).  Each statement contained in

the statement of material facts annexed to a motion for summary judgment must "be followed by

citation to evidence which would be admissible."  USCIT R. 56.3(c).  "The moving party may

also support its motion for summary judgment with sworn affidavits setting forth such facts as

would be admissible in evidence.  The affidavits may be supplemented by depositions, answers

to interrogatories, exhibits and other evidence which would be admissible at trial."  *Am.*

*Motorists,* 5 C.I.T. at 36.  "A party may object that the material cited to support or dispute a fact

cannot be presented in a form that would be admissible in evidence."  USCIT R. 56(c)(2).

 In our response to 3BTech's USCIT Rule 56.3 statement of undisputed facts (PSUF), we

admit paragraphs 1-18, 49-53, 55-63, 65, 68-70, 73-77, 81, and 83-84.  We also admit in part

paragraphs 20 and 21.  We deny in part the statements in PSUF paragraphs 20 and 21.  We

object to the statements in PSUF paragraphs 19, 22-48, 54, 64, 67, 78-80, 82, and 85-92.  Finally,

notwithstanding our objections, and in the event the Court does not sustain our objections, we

admit the statements in PSUF paragraphs 22, 26, and 31, and we deny the statements in PSUF

paragraphs 19, 23-25, 28-33, 35-48, 54, 64, 67, 78-80, and 82.  The Court should sustain our

objections to the statements in PSUF paragraphs 19, 22-48, 54, 64, 67, 78-80, 82, and 85-92 and

disregard the statements in those paragraphs.  Furthermore, our denials do not create triable

issues of material fact that would prevent the Court from granting our cross-motion for summary

judgment because the PSUF statements that we deny consists nonmaterial or irrelevant facts and

30

mischaracterizations of evidence and are largely supported by inadmissible evidence.  These

facts are not material to classification of the imported hoverboards under HTSUS subheading

8711.60.00.

> 1.    The Government's Objections To Unauthenticated Documents And
>        Hearsay Should Be Sustained

Pursuant to USCIT Rule 56(c)(2), "[a] party may object that the material cited to support

or dispute a fact cannot be presented in a form that would be admissible in evidence."  Thus, for

summary judgment purposes, "the inquiry is whether the cited evidence may be reduced to

admissible form, not whether it is admissible in the form submitted at the summary judgment

stage."  *United States v. Sterling Footwear, Inc.*, 279 F. Supp. 3d 1113, 1124 (Ct. Int'l Trade

2017) (citing USCIT Rule 56(c)(2)).

The Court decides actions that contest the denial of a protest on a *de novo* basis.  *See*

*Park B. Smith, Ltd. v. United States*, 347 F.3d 922, 924 (Fed. Cir. 2003).  In conducting that *de*

*novo* review, the Court applies the Federal Rules of Evidence (FRE).  *See* 28 U.S.C. § 2641

(except for certain scenarios not at issue here, the FRE "shall apply to all civil actions in the

Court of International Trade.").  The statements in PSUF paragraphs 19, 22-48, 54, 64, 67, 78-

80, 82, and 85-92 are either unsupported or based on evidence that is inadmissible pursuant to

the FRE and the rules of this Court.

Several of the documents used to support PSUF paragraphs 19, 22-48, 54, 64, 67, 78-80,

82, and 85-92 have not been unauthenticated.  Under FRE 901(a), "[t]o satisfy the requirement of

authenticating or identifying an item of evidence, the proponent must produce evidence

sufficient to support a finding that the item is what the proponent claims it is."  Fed. R. Evid.

901(a).  A party presenting the evidence must present "sufficient evidence from which a

31

reasonable finder of fact could conclude that . . . [the evidence is] authentic." *Homeland Housewares, LLC v. Sorensen Research*, 581 F. App'x 869, 873 (Fed. Cir. 2014). While the Federal Circuit has not ruled on the standard FRE 901(a) requires for authentication, the U.S. Court of Appeals for the D.C. Circuit has held that the standard requires the possibilities of misidentification and adulteration must be eliminated, not absolutely, but as a matter of reasonable probability. *United States v. Halderman*, 559 F. 2d 31, 70 (D.C. Cir. 1976). The U.S. Court of Appeals for the 9th Circuit has held that authentication is a condition precedent to admissibility. *See Orr v. Bank of America, NT & SA*, 285 F.3d 764, 773 (9th Cir. 2002) (citing Rule 901(a)).

FRE 901(b) provides examples of how to meet the authentication requirement in FRE 901(a), including "[t]estimony [of a witness with knowledge] that a matter is what is claimed to be." Fed. R. Evid. 901(b)(1). Evidence may also be self-authenticating, if it meets the criteria set forth in FRE 902, or the evidence can be authenticated using other methods. *See e.g.,* Fed. R. Evid. 901(b) (providing a non-exhaustive list of methods to authenticate evidence); *Metro-Goldwyn-Mayer Studios, Inc. v. Grokster, Ltd.*, 454 F. Supp. 2d 966, 972-73 (C.D. Cal. 2006) (explaining methods of authenticating documents through discovery).

PSUF paragraphs 19, 22-48, 54, 64, 67, 78-80, 82, and 85-92 are supported by evidence "authenticated" by 3BTech's counsel of record, Mr. Serhiy Kiyasov. *See* ECF No. 31-2, Decl. of Counsel in Support of Pl. Mot. for Summary Judgment (Pl. Counsel's Decl.). The declaration of plaintiff's counsel certifies that each of 3BTech's 26 exhibits is a "true and correct copy" and states that the declarant is "competent to testify as to the matters set forth herein based upon [his] personal knowledge." However, "[t]o be acceptable at summary judgment stage, the evidence

presented in the affidavit must be evidence that would be admissible if presented at trial through the testimony of the affiant as a sworn witness." *Scosche Indus., Inc. v. Visor Gear, Inc.*, 121 F.3d 675, 682 (Fed. Cir. 1997) (quoting 11 James Wm. Moore, Moore's Federal Practice § 56.14[1][d], at 56–162 (3d ed.1997) (cleaned up)); USCIT Rule 56(c)(4) (affidavits must set forth such facts as would be admissible in evidence and shall show affirmatively that the affiant is competent to testify to the matters stated therein).

Plaintiff's counsel's declaration is also insufficient under FRE 901(b)(1) because he is not a witness qualified to authenticate the documents upon which PSUF paragraphs 19, 22-48, 54, 64, 67, 78-80, 82, and 85-92 rely, namely Pl. Ex. C (Plaintiff's Responses to Defendant's First Interrogatories), Ex. D (Swagtron® packaging layouts), Pl. Ex. F (Swagtron® coloring page), Pl. Ex G (hoverboard customer reviews and retail product categories), Ex. H (Summary of Amazon and Swagtron® customer reviews for hoverboards), Pl. Ex. J-1 (T1 User Manual), Pl. Ex. Q (user manual for children's car), Pl. Ex. R (user manual for children's car), Pl. Ex. U (article depicting hoverboard at International Toy Fair in New York).

Under FRE 901(b)(1), documents "can be authenticated by a witness who wrote it, signed it, used it, or saw others do so." § 7106 Subdivision (b)(1)—Testimony of Witness with Knowledge, 31 Fed. Prac. & Proc. Evid. § 7106 (2d ed.); *see also e.g., Orr*, 285 F.3d at 774 n.8; *Diamax Hawaii, Ltd. v. United States*, 4 C.I.T. 162, 165 (1982) (citing *Tashnizi v. I.N.S.*, 585 F.2d 781, 783 n. 1 (5th Cir.1978) for the proposition that a "government attorney who obtained letter from private corporation for the limited and temporary use of submitting it in evidence is not a witness qualified to authenticate the document as a business record"). Plaintiff's counsel's declaration that plaintiff's exhibits C, D, F, G, H, J-1, Q, R, and U are "true and correct" is

insufficient testimony to authenticate these documents because he did not write, sign, or use the documents nor is there any indication that he witnessed others do so, and he has not identified the original source of each document or explained his personal knowledge regarding how the documents were produced during this case.

Plaintiff's exhibits C, D, F, G, H, J-1, Q, R, and U were not authenticated during discovery. Indeed, plaintiff's exhibits Q, R, and U were not produced during any stage of discovery. These three exhibits are not self-authenticating. Plaintiff's exhibits Q and R are purportedly user manuals for children's cars powered by a motor. Pl.'s Counsel Decl. ¶¶ 21-22. Exhibit U is purportedly a depiction of a hoverboard at a toy fair in New York. Pl.'s Counsel Decl. ¶ 25. Although plaintiff's counsel attempts to authenticate these documents in his declaration, based on his personal knowledge, his declaration is insufficient to authenticate the documents because authentication based on personal knowledge requires that he have authored, signed, used, or witnessed another authoring, signing, or using the document. Plaintiff's counsel's declaration provides does not provide the requisite information necessary to demonstrate where these documents originated, who obtained them, and how they were used. These exhibits also constitute hearsay. Therefore, when considering 3BTech's motion for summary judgment, the Court should not consider these exhibits, or any facts derived from them in PSUF.

Plaintiff's exhibits D (Swagtron® packaging layouts), F (Swagtron® coloring page), G (hoverboard customer reviews and retail product categories), H (Summary of Amazon and Swagtron® customer reviews for hoverboards), and J-1 (T1 User Manual) were produced during discovery. However, the authenticity of plaintiff's exhibits D, F, and J-1 is questionable, at best,

and they have not been authenticated by plaintiff's counsel's declaration. Therefore, when considering 3BTech's motion for summary judgment, the Court should not consider these exhibits, or any facts derived from them in PSUF.

Plaintiff's exhibits D and J-1 are the Swagtron® packaging layouts and T1 user manual, respectively. Each of these documents contains a cartoon graphic of a cartoon child on a hoverboard with "Kids Choice Wheeled Toy" written on them. Whatever the relevance of the Swagtron packing layouts, the actual packaging within which the hoverboards are sold does not contain the cartoon graphic of a cartoon child on a hoverboard with "Kids Choice Wheeled Toy" written on them. *See* DSOF ¶ 64; Def. Physical Exhibits 1-8. Similarly, the Swagtron® T1 user manual available on Swagtron's official website does not contain the cartoon graphic of a child on a hoverboard with "Kids Choice Wheeled Toy" written on it, and neither do any of the user manuals for the seven other hoverboard models at issue in this case that were obtained from the sample boxes belatedly produced or from Swagtron's official website. *See* DSOF ¶ 64. *See also* Pl. Ex. J, Zhu Depo. at 54:4-11 (testifying that user manuals come in the box and are available online). Furthermore, when questioned about the cartoon graphic with "Kids Choice Wheeled Toy" written on the user manuals that were produced during discovery, 3BTech, through its designated agent Johnny Zhu, could not state where the phrase "Kids Choice Wheeled Toys" came from. *See* Pl. Ex. J, Zhu Depo. at 88:22-91:8. Mr. Zhu could not state where the graphic originated because 3BTech is the importer, it is not Swagtron®. 3BTech did not write the user manuals. *Id*. at 100:17-19. The user manuals were prepared by the factory, and 3BTech had very little involvement with preparing the user manuals. *Id*. at 119:6-9. 3BTech was involved with producing the catalog. *Id*. at 118:6-7, 118:18-25-119:2-5. However, the catalog does not

have a cartoon graphic of a child on a hoverboard with "Kids Choice Wheeled Toy" written on it.  *See* Pl. Ex. A, Ex. B (Swagtron catalog).  Therefore, plaintiff's exhibits D and J-1 have not been authenticated by plaintiff's counsel's declaration, and when considering 3BTech's motion for summary judgment, the Court should not consider these exhibits, or any facts derived from them in the PSUF.

Similarly, plaintiff's exhibit F, the Swagtron® coloring page, has not been authenticated by plaintiff's counsel's declaration.  Each user manual describes the contents of the box, and none of the user manuals for the hoverboards at issue identify a coloring page as being included in the box.  *See* Def. Ex. 1, Att. A (T881 User Manual 1.2 "What's In The Box") at p.7, Att. B (T380 User Manual 1.2 "What's In The Box") at p. 7, Att. C. (T5 User Manual 1.2 "What's In The Box") p. 3, Att. D (T588 User Manual 1.2 "What's In The Box) at p. 6, Att. E (T6 User Manual "What's In The Box") at p. 7, Att. F (T1 User Manual 1.2 "What's In The Box") at p. 7. Although one of the belatedly produced samples contains a coloring page in the box that states "COLOR ME SWAG A prettySwag coloring page for kids (big and small)," the box was not factory sealed when produced to the Government.  *See* Def. Ex. 1 (Sullivan Declaration) at p. 4-5 ¶15.  Furthermore, "coloring pages" are not classifiable as toys, they would have been separately classifiable under a different HTSUS provision had they been identified on the entry papers or commercial invoices as accompanying any of the imported hoverboards.  Plaintiff's counsel's declaration fails to authenticate this document.  Therefore, when considering 3BTech's motion for summary judgment, the Court should not consider these exhibits, or any facts derived from them in PSUF.

Plaintiff's counsel also lacks the personal knowledge necessary to lay the foundation

36

required to authenticate plaintiff's exhibits C (Plaintiff's Responses to Defendant's First Interrogatories), G (customer reviews and online retail product categories), and H (a summary compilation of Amazon and Swagtron customs reviews); therefore, these exhibits are unauthenticated and inadmissible. *See Orr*, 285 F.3d at 774 nn. 8-9, 777-787 (declaration of counsel that various documents, including letters written by third parties, were "true and correct" was insufficient to authenticate said documents). These documents also constitute "hearsay" and, when considering 3BTech's motion for summary judgment, the Court should not consider these exhibits, or any facts derived from them in PSUF.

FRE 801(c) defines "hearsay" as a "statement that: (1) the declarant does not make while testifying at the current trial or hearing; and (2) a party offers in evidence to prove the truth of the matter asserted in the statement." Fed. R. Evid. 801(c). A party may not rely on inadmissible hearsay offered for the truth of the matter asserted in support of their motion for summary judgment. Fed. R. Evid. 802; USCIT R. 56, 56(c)(4). We recognize that, for summary judgment purposes, the inquiry is whether the cited evidence may be reduced to admissible form, and not whether it is admissible in the form submitted at summary judgment. *United States v. Harvic Int'l, Ltd.*, 427 F. Supp. 3d 1349, 1355 (Ct. Int'l Trade 2020). We also understand that the Court may consider hearsay evidence on a motion for summary judgment "if the statement could be reduced to admissible evidence at trial or reduced to admissible form." *Sterling*, 279 F. Supp. 3d at 1124-25 (quoting *Jones v. UPS Ground Freight*, 683 F.3d 1283, 1293–94 (11th Cir. 2012) (cleaned up). Here, however, we urge the Court to disregard these hearsay documents because they are hearsay within hearsay and, as a result, 3BTech will not likely be able to reduce the statements in these documents to admissible form.

37

Furthermore, with respect to plaintiff's exhibit H, FRE 1006 provides that a "proponent may use a summary, chart, or calculation to prove the content of voluminous writings, recordings, or photographs that cannot be conveniently examined in court." Fed. R. Evid. 1006. However, "Rule 1006 is not a backdoor for admitting otherwise" inadmissible evidence in summary form. *Alifax Holding SpA v. Alcor Scientific Inc.*, 404 F. Supp. 3d 552, 581 (D.R.I. 2019). The summary's proponent must, among other things, "lay a proper foundation as to the admissibility of the material that is summarized and show that the summary is accurate." *Needham v. White Labs., Inc.*, 639 F.2d 394, 403 (7th Cir. 1981). A summary itself is admissible only if "the witness who prepared it is subject to cross-examination." *United States v. Fechner*, 952 F.3d 954, 959 (8th Cir. 2020); *accord United States v. Spalding*, 894 F.3d 173, 185 (5th Cir. 2018) ("[Rule 1006] charts are admissible when . . . the chart preparer is available for cross-examination"); *United States v. Fahnbulleh*, 752 F.3d 470, 479 (D.C. Cir. 2014); *United States v. Bray*, 139 F.3d 1104, 1110 (6th Cir. 1998).

FRE 1006 also requires that the summary's proponent make the underlying documents "available for examination or copying, or both, by other parties at a reasonable time and place." Fed. R. Evid. 1006. "Common sense dictates that this guaranteed access, designed to give the opponent the ability to check the summary's accuracy and prepare for cross-examination, must include unequivocal notice of the other party's intent to invoke Rule 1006." *Rivera-Davila v. Asset Conservation, Inc.*, 230 F.3d 1378, 2000 WL 27891, at *6 (Fed. Cir. 2000) (unpublished) (quoting *Air Safety, Inc. v. Roman Catholic Archbishop of Boston*, 94 F.3d 1, 8 (1st Cir. 1996)). "Thus, . . . a party seeking to use a summary under Rule 1006 must identify its exhibit as such, provide a list or description of the documents supporting the exhibit, and state when and where

they may be reviewed." *Id.* (quoting *Air Safety, Inc.*, 94 F.3d at 8). "Absent a particularized notice of a summary's contents and the identity of the source material, summary evidence should not be admissible under Rule 1006. This is true even if all the source materials have already been produced." 31 Charles Alan Wright & Victor James Gold, Federal Practice and Procedure § 8045 (2d ed. 2022); *United States ex rel. Maris Equip. Co., Inc. v. Morganti, Inc.*, 163 F. Supp. 2d 174, 202 (E.D.N.Y. 2001) (admitting a summary despite a proponent's failure to satisfy these requirements would be "a gross abuse of the appropriate utilization of Rule 1006").

Plaintiff's exhibit H is not properly authenticated, contains hearsay, and does not comport with FRE 1006. Exhibit H was produced to the Government on September 9, 2022, as part of 3BTech's response to a USCIT Rule 37 letter served by the Government. *See* Ex. 4 and 5. Plaintiff's response provides that the summary was prepared by Mike Johnson, Senior Vice President, Sales, 3BTech, Inc. Exhibit H is purportedly "[a] true and correct copy of Amazon and Swagtron® customer reviews for Hoverboards." Pl's Counsel Decl. ¶ 9. Because this 371-page exhibit appears to combine numerous reviews from customers across websites into one summary document, it must comport with FRE 1006. Although we do not dispute Mr. Johnson's potential availability to testify at trial, 3BTech has not laid a proper foundation as to the admissibility of the material that Mr. Johnson summarized, it has not shown, and plaintiff's counsel's declaration does not show that the summary is accurate. *See Needham*, 639 F.2d at 403.

Furthermore, because 3BTech offers exhibit H to establish how customers think of and use hoverboards, the exhibit constitutes hearsay. Each of the underlying reviews contained in the summary must also be authenticated. To make each review summarized in Exhibit H admissible,

39

3BTech would be required to call the author of each review to testify about the contents of their review. Even under the less demanding review of the exhibit at the summary judgment stage, it does not appear that 3BTech will be able to produce the authors of all of the reviews at trial to cure the authenticity and hearsay defect because some of the names suggest that the reviewer may be impossible to locate[2] if they are legitimate reviewers. And plaintiff's counsel's declaration that Pl. Ex. H is "true and correct" is insufficient to authenticate either the summary or the underlying documents because he did not write, sign, or use the documents nor did he witness others do so. Thus, he lacks the personal knowledge necessary to lay the foundation required to authenticate these exhibits. *See Orr v. Bank of Am., NT & SA*, 285 F.3d 764, (9th Cir. 2002) (declaration of counsel that various documents, including letters written by third parties, were "true and correct" was insufficient to authenticate said documents).

Finally, 3BTech's counsel's declaration is insufficient to authenticate plaintiff's exhibit C (Plaintiff's Responses to Defendant's First Interrogatories). Although "answers to interrogatories may be considered 'so far as they are admissible under the rules of evidence,' where such answers are not based upon personal knowledge, such answers have no probative force." *Schwartz v. Compagnie General Transatlantique Eyeglasses*, 405 F.2d 270 (2nd Cir. 1968) (citing *State of Maryland for Use of Barresi v. Hatch*, 198 F. Supp. 1 (D.Conn.1961). *See also S & S Logging Co. v. Barker*, 366 F.2d 617 (9th Cir. 1966); *H. B. Zachry Company v. O'Brien*, 378 F.2d 423 (10th Cir. 1967). Simply put, a party cannot use their own responses to

---

[2] *See e.g.,* "Jill," Ex. H at 2, "Amazon Customer," *id.* at *passim*, "Kellercrew," *id.* at 3, "dirtbike," *id.* at 6, "FLUDFFUB," *id.* at 11, "Barbie29," *id.* at 15, "Flowerchild '47," *id.* at 30, "Nothin w/o Jesus," *id.* at 35, "214357025," *id.*, "Doggymcnuggets," *id.* at 55, "Chicken Lady," *id.* at 71, "pr1ncess5230," *id.* at 171, "Boober73," *id.* at 204, "Certified Review Guy," *id.* at 298, "MrSlinkyman," *id.* at 322, "Redacted," *id.* at 335, and "very mad," *id.* at 347.

interrogatories as affirmative evidence.  *See generally Gilmore v. Macy's Retail Holdings*, Civ. No. 06–3020, 2009 WL 140518, at *9 (D.N.J. Jan. 20, 2009) ("a litigant may not introduce statements from its own answers to interrogatories . . . as evidence because such answers typically constitute hearsay when used in this manner").  *See also Innovention Toys, LLC v. MGA Entm't, Inc.*, No. CIV.A. 07-6510, 2012 WL 5398476, at *3 (E.D. La. Nov. 4, 2012) (sustaining an objection to a party's exhibit introducing its own interrogatory responses because "discovery responses are self-serving hearsay, and no exception to the hearsay rule applies").  Indeed, the verification for plaintiff's responses to defendant's first interrogatories is itself based on hearsay in that it is based "upon knowledge or information and belief," and not "personal knowledge."  *See* Def. Ex. 5 (Verification for Plaintiff's Responses to Defendant's First Interrogatories).  Therefore, the Court should not consider plaintiff's citations of inadmissible hearsay in Exhibit C for the truth of the matter asserted.  FRE 802; USCIT 56(c); *Scosche*, 121 F.3d at 681–82 (holding "a declaration submitted in opposition to the summary judgment motion . . . is hearsay; it therefore does not satisfy the requirement of Fed. R. Civ. P. 56(e) [now FRCP 56(c)] that affidavits opposing summary judgment 'shall set forth such facts as would be admissible in evidence, and shall show affirmatively that the affiant is competent to testify to the matters stated therein'").

Because PSUF paragraphs 19, 22-48, 54, 64, 67, 78-80, and 82 are not supported by evidence that is "authenticated" or rely upon hearsay, the Court should sustain our objections.

2.      The Government's Objections To PSUF Relating To Mr. Velte's Opinions Of The Reiner And Benjamin Expert Reports Should Be Sustained Because Mr. Velte Is Not An Expert

Paragraphs 85 to 92 of PSUF rely upon the rebuttal reports of Mr. Stephen Velte.  *See* PSUF ¶¶ 85-92; Pl. Ex. N; Pl. Ex. O.  However, whatever his expertise may be, Mr. Velte is not

41

a "wheeled toy" or "light electric vehicle" expert.  Therefore, we object to the statements set forth in PSUF paragraphs 85-92, and we request that the Court either sustain our objection or disregard these paragraphs of PSUF.

FRE 702 provides that a "witness who is qualified as an expert by knowledge, skill, experience, training, or education may testify in the form of an opinion or otherwise" when: "(a) the expert's scientific, technical, or other specialized knowledge will help the trier of fact to understand the evidence or to determine a fact in issue; (b) the testimony is based on sufficient facts or data; (c) the testimony is the product of reliable principles and methods; and (d) the expert has reliably applied the principles and methods to the facts of the case."  Fed. R. Evid. 702.

The Supreme Court has held that trial courts have a special obligation to act as gatekeepers to ensure that expert testimony meets the requirements of qualification, reliability, and relevance. *Kumho Tire Co. v. Carmichael*, 526 U.S. 137, 147 (1999); *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579, 597 (1993).  Therefore, the trial court must consider the proposed expert's qualifications as to the issue on which the expert is to opine.  An expert may be disallowed from providing testimony if he is not qualified to speak on the subject, or he offers an opinion that is not founded from an area of expertise.  For example, the Federal Circuit reversed the judgment of a trial court where that court permitted a patent lawyer to opine on a technical issue when he lacked knowledge on the topic.  *Sundance, Inc. v. Demonte Fabricating Ltd.*, 550 F.3d 1356, 1361 (Fed. Cir. 2008) (reversing the trial court's judgment after it had permitted the lawyer to testify).  The Federal Circuit reasoned that because the patent lawyer was not qualified by knowledge, skill, experience, or training, he could not assist the trier or fact.  *Id.*

42

at 1361–62.  Rather, "admitting testimony from such a person . . . with no skill in the pertinent art, serves only to cause mischief and confuse the factfinder."  *Id.* at 1362.

Mr. Velte was presented by 3BTech as a rebuttal expert, and he submitted reports rebutting the expert reports of Mr. Reiner and Mr. Benjamin.  *See* Pl. Ex. N, Pl. Ex. O.  Mr. Velte's reports are primarily based upon 3Btech's protest, and the documents attached to it, online reviews.  Although lacking any substantive experience with "wheeled toys" or the micromobility industry, particularly the LEV industry, Mr. Velte opines that Mr. Reiner's and Mr. Benjamin's reports are not based on reliable principles and methods.  In addition to intruding upon the Court's duties by making a legal conclusion that Mr. Reiner's and Mr. Benjamin's opinions are based on reliable principles and methods, Mr. Velte is not an expert, and his reports are not based upon expertise or specialized knowledge, skill, experience, training, or education.

The Government deposed Mr. Velte on April 12, 2024.  *See* Def. Ex. 10, Deposition of Stephen K. Velte (Velte Depo.).  Mr. Velte testified that he has a degree in electrical engineering.  Velte Depo. at 17:17-18.  For nearly his entire career since obtaining his electrical engineering degree, Mr. Velte has been a salesman of selling high-end test equipment.  Velte Depo. at 22:9-26:22.  Mr. Velte then became a chief technology officer for a small publicly traded company.  *Id.* at 26:23-28:7.  None of the companies that he worked with involved hoverboards or wheeled toys.  Mr. Velte had a small business that created novelty items and games.  *Id.* at 29:6-33:5, 39:15-42:5, 43:18-44:5, 44:24-49:2.  He did not, however, create wheeled toys.  *Id.* at 49:3-7.  Mr. Velte currently works at Global Toy Experts which assists with licensing, mergers and acquisitions, and expansion of companies that manufacture "toy products," such as games, novelty, wheeled goods, and plush, to market.  *Id.* at 63:25-75:19.  Mr.

43

Velte's rebuttal report and opinion regarding hoverboards is based on a his review of an article about the hoverboard inventor, seeing a hoverboard at a toy fair, and reviewing "dozens of videos." *Id*. at 88:20-90:4. It crossed Mr. Velte's mind to review the Chen patent, but he did not. Id. at 96:16-97:3. Mr. Velte reached his conclusion, despite reviewing hoverboard user's manuals, including of models at issue in this case, which describe hoverboards as a personal mobility system, personal transporters, and some that expressly state that a hoverboard is not a toy. Id. at 97:11-108:10; 109:17-110:5, 110:11-17; 114:23-117:2, 117:12-119:1. According to Mr. Velte, user manuals are focused on limiting liability. *Id*. at 108:13-23. Finally, when asked his definition of a "wheeled toy," Mr. Velte stated: "Well, I can only give you examples of what, you know, I'm familiar with. The Power Wheels Wild Thing, which is a 12-volt toy, a wheeled toy, the product that primarily used for play and amusement as opposed to having a functional micromobility-type thing." *Id*. at 112:17-113:1. Mr. Velte continued, stating: "Some other examples, based on scale, little Mercedes cars, they're intended for three to five year olds. Things in that category, those are wheeled toys." *Id*. at 113:2-6.

In sum, Mr. Velte has no scientific, technical, or other specialized knowledge that will help the Court to understand the evidence or to determine a fact in issue. His rebuttal report is not based on sufficient facts or data, not the product of reliable principles and methods, and he has not demonstrated that he reliably applied any principles or methods to rebut the expertise of Mr. Reiner (a toy expert who has designed, manufactured, and produced wheeled toys of the kind covered by HTSUS heading 9503) or Mr. Benjamin (a light electric vehicles expert who consults manufacturers, brands, retailers and users of LEV and trains mechanics on how to repair LEV). Furthermore, many of his "opinions" contradict how Swagtron and other manufacturers

or branding companies describe and market the hoverboards.

Based on the foregoing, Mr. Velte (i) is not qualified to opine on the wheeled toys or light electric vehicles and (ii) has no special knowledge, skill or experience that will assist the Court in this case, (iii) the testimony is not based on sufficient facts or data; (iv) the testimony is not the product of reliable principles and methods; and (v) he has not reliably applied the principles and methods to the facts of the case. Therefore, Mr. Velte's rebuttal report and deposition testimony demonstrate that he has only the experience of a lay person and, as a result, his testimony will not assist the Court. Therefore, the Court should sustain our objections to the statements set forth in PSUF paragraphs 85-92.

      C.     The Imported Hoverboards Are Not Covered By The HTSUS Note 20(v) Exclusions Because They Are Not "Motorcycles" Or "Skateboards"

Finally, the hoverboards at issue are classifiable in HTSUS subheading 8711.60.00 and are not covered by the exclusions provided in Note 20(v)(86) and (87), as alternatively alleged by 3BTech, because the hoverboards are neither "motorcycles" nor "skateboards." Note 20(v)(86) and (87) provide for, in full:

> (86) Motorcycles with electric power for propulsion, each of a power not exceeding 1,000 W (described in statistical reporting numbers 8711.60.0050 or 8711.60.0090)

> (87) Skateboards with electric power for propulsion, of a power not exceeding 250 W (described in statistical reporting number 8711.60.0050).

HTSUS Note 20(v)(86) and (87). As to Note 20(v)(86), 3BTech does not allege that any one of the imported models the hoverboards is a "motorcycle" of HTSUS heading 8711.60.00. Rather, 3BTech claims that the imported hoverboards can be considered a "cycle" powered by a motor not exceeding 1,000 watts. Pl. Mem. at 33-34. 3BTech completely ignores that the exclusion

refers to "motorcycles" and not "cycles" generally.  Had the exclusion intended to cover the broad range of cycles powered with electric motors covered by subheading 8711.60.00, in addition to motorcycles, it would have included the terms "and other cycles" or similar terminology.  In any event, the imported hoverboards are not "motorcycles."  The term "motorcycle" is not defined in the HTSUS.  However, its common and commercial meanings are presumed to be the same.  "A motorcycle is a vehicle with two wheels and an engine." Motorcycle, Collins Dictionary, available at https://www.collinsdictionary.com/us/dictionary/english/motorcycle; DSOF ¶ 65.  Accordingly, the exclusion in Note 20(v)(86) applicable to motorcycles does not cover self-balancing electric scooters.

3BTech's second alternative argument, that the hoverboards at issue are "skateboards" because they are "short boards mounted with wheels at each end on which a person rides in a standing or crouching position" must similarly fail.  Pl. Mem. at 35.  First, a "skateboard" is defined as "a short board mounted on small wheels that is used for coasting and for performing athletic stunts."  *See* https://www.merriam-webster.com/dictionary/skateboard (defining "skateboard"); DSOF ¶¶ 67-72.  By contrast, the hoverboards here have two separated, independent footpads between side-by-side wheels.  Moreover, skateboards are not equipped with "self-balancing" sensors and technology and are designed for tricks and stunts.  The hoverboards at issue do not meet the common understanding of the term "skateboard." Accordingly, the exclusion in Note 20(v)(87) does not cover self-balancing electric scooters.

CONCLUSION

For all the foregoing reasons, we respectfully request that plaintiff's motion for summary judgment be denied, defendant's cross-motion be granted, judgment be entered sustaining CBP's classification of the imported hoverboard under HTSUS subheading 8711.60.00, and that this action be dismissed.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. MCCARTHY
Director

/s/ Justin R. Miller
JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

*Of Counsel*:                                /s/Mikki Cottet
                                             MIKKI COTTET
TAYLOR R. BATES                              Senior Trial Counsel
Attorney                                     U.S. Department of Justice
Office of Assistant Chief Counsel            Civil Division
International Trade Litigation               Commercial Litigation Branch
U.S. Customs and Border Protection          PO Box 480
                                             Ben Franklin Station
                                             Washington, DC 20044
                                             Telephone: 202-307-0962
                                             Facsimile: 202-514-7965
                                             E-mail: Mikki.Cottet@usdoj.gov

September 4, 2024                            Attorneys for Defendants

47

## **CERTIFICATE OF SERVICE**

I, Mikki Cottet, hereby certify that on this day, September 4, 2024, I electronically filed a copy of the foregoing using the CM/ECF system, which sent a notification of such filing to all counsel of record.

/s/ Mikki Cottet

## <u>CERTIFICATE OF COMPLIANCE</u>

I, MIKKI COTTET, a Senior Trial Counsel in the Office of the Assistant Attorney General, Civil Division, Commercial Litigation Branch, am responsible for filing the foregoing brief, relying upon the Microsoft Word Word-Count feature of the word processing system used to prepare the brief, including text, footnotes, and headings, certify that this brief complies with the word count limitation of the U.S. Court of International Trade Standard Chambers Procedures and contains 13,954 words.

<u>/s/ Mikki Cottet</u>

**ADDENDUM**

**Harmonized Tariff Schedule of the United States (2018)**
Annotated for Statistical Reporting Purposes

CHAPTER 87

VEHICLES OTHER THAN RAILWAY OR TRAMWAY ROLLING STOCK,
AND PARTS AND ACCESSORIES THEREOF

XVII
87-1

<u>Notes</u>

1.    This chapter does not cover railway or tramway rolling stock designed solely for running on rails.

2.    For the purposes of this chapter, "<u>tractors</u>" means vehicles constructed essentially for hauling or pushing another vehicle, appliance or load, whether or not they contain subsidiary provision for the transport, in connection with the main use of the tractor, of tools, seeds, fertilizers or other goods.

     Machines and working tools designed for fitting to tractors of heading 8701 as interchangeable equipment remain classified in their respective headings even if presented with the tractor, and whether or not mounted on it.

3.    Motor chassis fitted with cabs fall in headings 8702 to 8704, and not in heading 8706.

4.    Heading 8712 includes all children's bicycles. Other children's cycles fall in heading 9503.

<u>Additional U.S. Notes</u>

1.    Road tractors, trailers and semi-trailers remain separately classified in headings 8701 and 8716, respectively, even when entered together.

2.    For the purposes of classifying bicycles under the provisions therefore in heading 8712, the diameter of each wheel is the diameter measured to the outer circumference of the tire which is mounted thereon or, if none is mounted thereon, of the usual tire for such wheel.

     [**Compiler's note:** All provisions of subchapter II of chapter 99 have expired; footnote references are shown for reference only]

**Harmonized Tariff Schedule of the United States (2018)**
Annotated for Statistical Reporting Purposes

| Heading/ Subheading | Stat. Suf- fix | Article Description | Unit of Quantity | Rates of Duty | | |
|---|---|---|---|---|---|---|
| | | | | 1 | | 2 |
| | | | | General | Special | |
| 8701 | | Tractors (other than tractors of heading 8709): | | | | |
| 8701.10.01 | 00 | Single axle tractors........................................... | No.......... | Free | | Free |
| 8701.20.00 | | Road tractors for semi-trailers.......................... | .................. | 4% | Free (A+, AU, B, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 25% |
| | | New: | | | | |
| | 15 | G.V.W. not exceeding 36,287 kg.................. | No. | | | |
| | 45 | G.V.W. exceeding 36,287 kg....................... | No. | | | |
| | 80 | Used............................................................ | No. | | | |
| 8701.30 | | Track-laying tractors: | | | | |
| 8701.30.10 | | Suitable for agricultural use............................. | .................. | Free | | Free |
| | | New: | | | | |
| | 15 | With a net engine power of less than 93.3 kW................................................... | No. | | | |
| | 30 | With a net engine power of 93.3 kW or more but less than 119.4 kW..................... | No. | | | |
| | 45 | With a net engine power of 119.4 kW or more but less than 194 kW...................... | No. | | | |
| | 60 | With a net engine power of 194 kW or more but less than 257.4 kW..................... | No. | | | |
| | 75 | With a net engine power of 257.4 kW or more............................................................ | No. | | | |
| | 90 | Used............................................................ | No. | | | |
| 8701.30.50 | | Other................................................................ | .................. | Free | | 27.5% |
| | | New: | | | | |
| | 15 | With a net engine power of less than 93.3 kW................................................... | No. | | | |
| | 30 | With a net engine power of 93.3 kW or more but less than 119.4 kW..................... | No. | | | |
| | 45 | With a net engine power of 119.4 kW or more but less than 194 kW...................... | No. | | | |
| | 60 | With a net engine power of 194 kW or more but less than 257.4 kW..................... | No. | | | |
| | 75 | With a net engine power of 257.4 kW or more............................................................ | No. | | | |
| | 90 | Used............................................................ | No. | | | |
| 8701.91 | | Other, of an engine power: | | | | |
| | | Not exceeding 18 kW: | | | | |
| 8701.91.10 | 00 | For agricultural use..................................... | No........... | Free | | Free |
| 8701.91.50 | 00 | Other........................................................... | No........... | Free | | 27.5% |
| 8701.92 | | Exceeding 18 kW but not exceeding 37 kW: | | | | |
| 8701.92.10 | 00 | Suitable for agricultural use........................ | No........... | Free | | Free |
| 8701.92.50 | 00 | Other........................................................... | No........... | Free | | 27.5% |
| 8701.93 | | Exceeding 37 kW but not exceeding 75 kW: | | | | |
| 8701.93.10 | 00 | Suitable for agricultural use........................ | No........... | Free | | Free |
| 8701.93.50 | 00 | Other........................................................... | No........... | Free | | 27.5% |
| 8701.94 | | Exceeding 75 kW but not exceeding 130 kW: | | | | |
| 8701.94.10 | 00 | Suitable for agricultural use........................ | No........... | Free | | Free |
| 8701.94.50 | 00 | Other........................................................... | No........... | Free | | 27.5% |
| 8701.95 | | Exceeding 130 kW: | | | | |
| 8701.95.10 | 00 | Suitable for agricultural use........................ | No........... | Free | | Free |
| 8701.95.50 | 00 | Other........................................................... | No........... | Free | | 27.5% |

**Harmonized Tariff Schedule of the United States (2018)**
Annotated for Statistical Reporting Purposes

| Heading/ Subheading | Stat. Suf- fix | Article Description | Unit of Quantity | Rates of Duty | | |
|---|---|---|---|---|---|---|
| | | | | 1 | | 2 |
| | | | | General | Special | |
| 8702 | | Motor vehicles for the transport of ten or more persons, including the driver: | | | | |
| 8702.10 | | With only compression-ignition internal combustion piston engine (diesel or semi-diesel): | | | | |
| 8702.10.31 | 00 | Designed for the transport of 16 or more persons, including the driver.................. | No............ | 2% | Free (A, AU, B, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 25% |
| 8702.10.61 | 00 | Other.................. | No............ | 2% | Free (A, AU, B, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 25% |
| 8702.20 | | With both compression-ignition internal combustion piston engine (diesel or semi-diesel) and electric motor as motors for propulsion: | | | | |
| 8702.20.31 | 00 | Designed for the transport of 16 or more persons, including the driver.................. | No............ | 2% | Free (A, AU, B, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 25% |
| 8702.20.61 | 00 | Other.................. | No............ | 2% | Free (A, AU, B, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 25% |
| 8702.30 | | With both spark-ignition internal combustion reciprocating piston engine and electric motor as motors for propulsion: | | | | |
| 8702.30.31 | 00 | Designed for the transport of 16 or more persons, including the driver.................. | No............ | 2% | Free (A, AU, B, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 25% |
| 8702.30.61 | 00 | Other.................. | No............ | 2% | Free (A, AU, B, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 25% |
| 8702.40 | | With only electric motor for propulsion: | | | | |
| 8702.40.31 | 00 | Designed for the transport of 16 or more persons, including the driver.................. | No............ | 2% | Free (A, AU, B, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 25% |
| 8702.40.61 | 00 | Other.................. | No............ | 2% | Free (A, AU, B, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 25% |
| 8702.90 | | Other: | | | | |
| 8702.90.31 | 00 | Designed for the transport of 16 or more persons, including the driver.................. | No............ | 2% | Free (A, AU, B, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 25% |

**Harmonized Tariff Schedule of the United States (2018)**
Annotated for Statistical Reporting Purposes

XVII
87-4

| Heading/ Subheading | Stat. Suf- fix | Article Description | Unit of Quantity | Rates of Duty | | |
|---|---|---|---|---|---|---|
| | | | | 1 | | 2 |
| | | | | General | Special | |
| 8702 (con.) | | Motor vehicles for the transport of ten or more persons, including the driver: (con.) | | | | |
| 8702.90 (con.) | | Other: (con.) | | | | |
| 8702.90.61 | 00 | Other.................................................................. | No............ | 2% | Free (A, AU, B, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 25% |

Case 1:21-cv-00026-JAR    Document 36    Filed 09/04/24    Page 63 of 112
**Harmonized Tariff Schedule of the United States (2018)**
Annotated for Statistical Reporting Purposes

XVII
87-5

| Heading/ Subheading | Stat. Suf- fix | Article Description | Unit of Quantity | Rates of Duty | | |
|---|---|---|---|---|---|---|
| | | | | 1 | | 2 |
| | | | | General | Special | |
| 8703 | | Motor cars and other motor vehicles principally designed for the transport of persons (other than those of heading 8702), including station wagons and racing cars: | | | | |
| 8703.10 | | Vehicles specially designed for traveling on snow; golf carts and similar vehicles: | | | | |
| 8703.10.10 | 00 | Vehicles specially designed for traveling on snow...... | No............. | 2.5% | Free (A+, AU, B, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 10% |
| 8703.10.50 | | Other.................................................. | ................. | 2.5% | Free (A, AU, B, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 10% |
| | 30 | Golf carts................................. | No. | | | |
| | 60 | Other...................................... | No. | | | |

**Harmonized Tariff Schedule of the United States (2018)**
Annotated for Statistical Reporting Purposes

XVII
87-6

| Heading/ Subheading | Stat. Suf- fix | Article Description | Unit of Quantity | Rates of Duty | | |
|---|---|---|---|---|---|---|
| | | | | 1 | | 2 |
| | | | | General | Special | |
| 8703 (con.) | | Motor cars and other motor vehicles principally designed for the transport of persons (other than those of heading 8702), including station wagons and racing cars: (con.) | | | | |
| | | Other vehicles, with only spark-ignition internal combustion reciprocating piston engines: | | | | |
| 8703.21.01 | | Of a cylinder capacity not exceeding 1,000 cc............ | ................. | 2.5% | Free (A+, AU, B, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 10% |
| | | Three or four wheel off-road vehicles with straddle seat and handlebar control: | | | | |
| | 10 | With label indicating that vehicle is for operation only by persons at least 16 years of age.................................... | No. | | | |
| | 30 | Other....................................... | No. | | | |
| | 50 | Other....................................... | No. | | | |
| 8703.22.01 | 00 | Of a cylinder capacity exceeding 1,000 cc but not exceeding 1,500 cc.................................... | No............ | 2.5% | Free (A+, AU, B, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 10% |
| 8703.23.01 | | Of a cylinder capacity exceeding 1,500 cc but not exceeding 3,000 cc.................................... | ................. | 2.5% | Free (A+, AU, B, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 10% |
| | 10 | Motor homes........................... | No. | | | |
| | | Other: | | | | |
| | | New: | | | | |
| | | Having engines with not more than 4 cylinders: | | | | |
| | | Station wagons and passenger vans: | | | | |
| | 20 | Station wagons under 160 cm in height................................ | No. | | | |
| | 30 | Other................................ | No. | | | |
| | 40 | Other................................ | No. | | | |
| | 60 | Having engines with more than 4 cylinders but not more than 6 cylinders................. | No. | | | |
| | 70 | Having engines with more than 6 cylinders............................. | No. | | | |
| | 90 | Used....................................... | No. | | | |
| 8703.24.01 | | Of a cylinder capacity exceeding 3,000 cc................ | ................. | 2.5% | Free (A+, AU, B, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 10% |
| | 10 | Ambulances, hearses and prison vans.................. | No. | | | |
| | 30 | Motor homes........................... | No. | | | |
| | | Other: | | | | |
| | | New: | | | | |
| | 40 | Having engines with not more than 4 cylinders............................. | No. | | | |
| | 50 | Having engines with more than 4 cylinders but not more than 6 cylinders............. | No. | | | |
| | 60 | Having engines with more than 6 cylinders............................. | No. | | | |
| | 90 | Used....................................... | No. | | | |

# Harmonized Tariff Schedule of the United States (2018)
Annotated for Statistical Reporting Purposes

| Heading/ Subheading | Stat. Suf- fix | Article Description | Unit of Quantity | Rates of Duty | | |
|---|---|---|---|---|---|---|
| | | | | 1 | | 2 |
| | | | | General | Special | |
| 8703 (con.) | | Motor cars and other motor vehicles principally designed for the transport of persons (other than those of heading 8702), including station wagons and racing cars: (con.) | | | | |
| | | Other vehicles, with only compression-ignition internal combustion piston engine (diesel or semi-diesel): | | | | |
| 8703.31.01 | 00 | Of a cylinder capacity not exceeding 1,500 cc............ | No............. | 2.5% | Free (A+, AU, B, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 10% |
| 8703.32.01 | | Of a cylinder capacity exceeding 1,500 cc but not exceeding 2,500 cc.............................. | ................. | 2.5% | Free (A+, AU, B, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 10% |
| | 10 | New.................................................. | No. | | | |
| | 50 | Used................................................. | No. | | | |
| 8703.33.01 | | Of a cylinder capacity exceeding 2,500 cc................ | ................. | 2.5% | Free (A+, AU, B, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 10% |
| | 10 | Ambulances, hearses, and prison vans................ | No. | | | |
| | 30 | Motor homes.................................... | No. | | | |
| | | Other: | | | | |
| | 45 | New........................................ | No. | | | |
| | 85 | Used....................................... | No. | | | |

**Harmonized Tariff Schedule of the United States (2018)**
Annotated for Statistical Reporting Purposes

XVII
87-8

| Heading/ Subheading | Stat. Suf- fix | Article Description | Unit of Quantity | Rates of Duty | | |
|---|---|---|---|---|---|---|
| | | | | 1 | | 2 |
| | | | | General | Special | |
| 8703 (con.) | | Motor cars and other motor vehicles principally designed for the transport of persons (other than those of heading 8702), including station wagons and racing cars: (con.) | | | | |
| 8703.40.00 | | Other vehicles, with both spark-ignition internal combustion reciprocating piston engine and electric motor as motors for propulsion, other than those capable of being charged by plugging to external source of electric power............... | .................. | 2.5% | Free (A+, AU, B, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 10% |
| | 05 | Of a cylinder capacity not exceeding 1,000 cc............ | No. | | | |
| | 10 | Of a cylinder capacity exceeding 1,000 cc but not exceeding 1.500 cc...... | No. | | | |
| | | Of a cylinder capacity exceeding 1,500 cc but not exceeding 3,000 cc: | | | | |
| | 15 | Motor homes............... | No. | | | |
| | | Other: | | | | |
| | | New: | | | | |
| | 20 | Having engines with not more than 4 cylinders............... | No. | | | |
| | 30 | Having engines with more than 4 cylinders but not more than 6 cylinders.................... | No. | | | |
| | 40 | Having engines with more than 6 cylinders............... | No. | | | |
| | 45 | Used............... | No. | | | |
| | | Of a cylinder capacity exceeding 3,000 cc: | | | | |
| | 50 | Ambulances, hearses and prison vans................... | No. | | | |
| | 55 | Motor homes............... | No. | | | |
| | | Other: | | | | |
| | | New: | | | | |
| | 60 | Having engines with not more than 4 cylinders............... | No. | | | |
| | 70 | Having engines with more than 4 cylinders but not more than 6 cylinders.................... | No. | | | |
| | 80 | Having engines with more than 6 cylinders............... | No. | | | |
| | 90 | Used............... | No. | | | |

# Harmonized Tariff Schedule of the United States (2018)
Annotated for Statistical Reporting Purposes

| Heading/ Subheading | Stat. Suf- fix | Article Description | Unit of Quantity | Rates of Duty | | |
|---|---|---|---|---|---|---|
| | | | | 1 | | 2 |
| | | | | General | Special | |
| 8703 (con.) | | Motor cars and other motor vehicles principally designed for the transport of persons (other than those of heading 8702), including station wagons and racing cars: (con.) | | | | |
| 8703.50.00 | | Other vehicles, with both compression-ignition internal combustion piston engine and electric motor as motors for propulsion, other than those capable of being charged by plugging to external source of electric power..................... | ................. | 2.5% | Free (A+, AU, B, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 10% |
| | 10 | Of a cylinder capacity not exceeding 1,500 cc............ | No. | | | |
| | | Of a cylinder capacity exceeding 1,500 cc but not exceeding 2,500 cc | | | | |
| | 30 | New........................................................................ | No. | | | |
| | 50 | Used...................................................................... | No. | | | |
| | | Of a cylinder capacity exceeding 2,500 cc: | | | | |
| | 60 | Ambulances, hearses and prison vans................... | No. | | | |
| | 65 | Motor homes......................................................... | No. | | | |
| | | Other: | | | | |
| | 70 | New................................................................. | No. | | | |
| | 90 | Used................................................................ | No. | | | |

**Harmonized Tariff Schedule of the United States (2018)**
Annotated for Statistical Reporting Purposes

XVII
87-10

| Heading/ Subheading | Stat. Suf- fix | Article Description | Unit of Quantity | Rates of Duty | | |
|---|---|---|---|---|---|---|
| | | | | 1 | | 2 |
| | | | | General | Special | |
| 8703 (con.) | | Motor cars and other motor vehicles principally designed for the transport of persons (other than those of heading 8702), including station wagons and racing cars: (con.) | | | | |
| 8703.60.00 | | Other vehicles, with both spark-ignition internal combustion reciprocating piston engine and electric motor as motors for propulsion, capable of being charged by plugging to external source of electric power............................. | .................. | 2.5% | Free (A+, AU, B, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 10% |
| | 05 | Of a cylinder capacity not exceeding 1,000 cc............ | No. | | | |
| | 10 | Of a cylinder capacity exceeding 1,000 cc but not exceeding 1,500 cc.......... | No. | | | |
| | | Of a cylinder capacity exceeding 1,500 cc but not exceeding 3,000 cc: | | | | |
| | 15 | Motor homes............................ | No. | | | |
| | | Other: | | | | |
| | | New: | | | | |
| | 20 | Having engines with not more than 4 cylinders............................ | No. | | | |
| | 30 | Having engines with more than 4 cylinders but not more than 6 cylinders.................. | No. | | | |
| | 40 | Having engines with more than 6 cylinders............................ | No. | | | |
| | 45 | Used.............................. | No. | | | |
| | | Of a cylinder capacity exceeding 3,000 cc: | | | | |
| | 50 | Ambulances, hearses and prison vans.................. | No. | | | |
| | 55 | Motor homes............................ | No. | | | |
| | | Other: | | | | |
| | | New: | | | | |
| | 60 | Having engines with not more than 4 cylinders............................ | No. | | | |
| | 70 | Having engines with more than 4 cylinders but not more than 6 cylinders.................. | No. | | | |
| | 80 | Having engines with more than 6 cylinders............................ | No. | | | |
| | 90 | Used.............................. | No. | | | |

**Harmonized Tariff Schedule of the United States (2018)**
Annotated for Statistical Reporting Purposes

| Heading/ Subheading | Stat. Suf- fix | Article Description | Unit of Quantity | Rates of Duty | | |
|---|---|---|---|---|---|---|
| | | | | 1 | | 2 |
| | | | | General | Special | |
| 8703 (con.) | | Motor cars and other motor vehicles principally designed for the transport of persons (other than those of heading 8702), including station wagons and racing cars: (con.) | | | | |
| 8703.70.00 | | Other vehicles, with both compression-ignition internal combustion piston engine (diesel or semi-diesel) and electric motor as motors for propulsion, capable of being charged by plugging to external source of electric power:................ | ................ | 2.5% | Free (A+, AU, B, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 10% |
| | 10 | Of a cylinder capacity not exceeding 1,500 cc........... | No. | | | |
| | | Of a cylinder capacity exceeding 1,500 cc but not exceeding 2,500 cc: | | | | |
| | 30 | New................................... | No. | | | |
| | 50 | Used.................................. | No. | | | |
| | | Of a cylinder capacity exceeding 2,500 cc | | | | |
| | 60 | Ambulances, hearses and prison vans.................. | No. | | | |
| | 65 | Motor homes............................. | No. | | | |
| | | Other: | | | | |
| | 70 | New................................... | No. | | | |
| | 90 | Used.................................. | No. | | | |
| 8703.80.00 | 00 | Other vehicles, with only electric motors for propulsion..... | No. | 2.5% | Free (A+, AU, B, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 10% |
| 8703.90.01 | 00 | Other........................................... | No. | 2.5% | Free (A+, AU, B, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 10% |

**Harmonized Tariff Schedule of the United States (2018)**
Annotated for Statistical Reporting Purposes

XVII
87-12

| Heading/ Subheading | Stat. Suf- fix | Article Description | Unit of Quantity | Rates of Duty | | |
|---|---|---|---|---|---|---|
| | | | | 1 | | 2 |
| | | | | General | Special | |
| 8704 | | Motor vehicles for the transport of goods: | | | | |
| 8704.10 | | Dumpers designed for off-highway use: | | | | |
| 8704.10.10 | 00 | Cab chassis.................................. | No............ | Free | | 25% |
| 8704.10.50 | | Other....................................... | ................. | Free | | 25% |
| | | Rear dump: | | | | |
| | 20 | With a capacity of 40.8 metric tons or less...... | No. | | | |
| | 30 | With a capacity exceeding 40.8 metric tons but not exceeding 63.5 metric tons.................. | No. | | | |
| | 40 | With a capacity exceeding 63.5 metric tons but not exceeding 90.7 metric tons.................. | No. | | | |
| | 50 | With a capacity exceeding 90.7 metric tons.... | No. | | | |
| | 60 | Other.................................... | No. | | | |
| | | Other, with compression-ignition internal combustion piston engine (diesel or semi-diesel): | | | | |
| 8704.21.00 | 00 | G.V.W. not exceeding 5 metric tons........................... | No............ | 25% | Free (A+, AU, B, BH, CA, CL, CO, D, E, IL, JO, MA, MX, OM, P, PA, PE, SG) 25% (KR) | 25% |
| 8704.22 | | G.V.W. exceeding 5 metric tons but not exceeding 20 metric tons: | | | | |
| 8704.22.10 | | Cab chassis............................... | ................. | 4% | Free (A+, AU, B, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 25% |
| | 20 | G.V.W. exceeding 5 metric tons but not exceeding 9 metric tons................................. | No. | | | |
| | 40 | G.V.W. exceeding 9 metric tons but not exceeding 12 metric tons................................. | No. | | | |
| | 60 | G.V.W. exceeding 12 metric tons but not exceeding 15 metric tons................................. | No. | | | |
| | 80 | G.V.W. exceeding 15 metric tons but not exceeding 20 metric tons................................. | No. | | | |
| 8704.22.50 | | Other....................................... | ................. | 25% | Free (A+, AU, B, BH, CA, CL, CO, D, E, IL, JO, MA, MX, OM, P, PA, PE, SG) 25% (KR) | 25% |
| | 20 | G.V.W. exceeding 5 metric tons but not exceeding 9 metric tons................................. | No. | | | |
| | 40 | G.V.W. exceeding 9 metric tons but not exceeding 12 metric tons................................. | No. | | | |
| | 60 | G.V.W. exceeding 12 metric tons but not exceeding 15 metric tons................................. | No. | | | |
| | 80 | G.V.W. exceeding 15 metric tons but not exceeding 20 metric tons................................. | No. | | | |
| 8704.23.00 | 00 | G.V.W. exceeding 20 metric tons................. | No............ | 25% | Free (A+, AU, B, BH, CA, CL, CO, D, E, IL, JO, MA, MX, OM, P, PA, PE, SG) 25% (KR) | 25% |

| Heading/ Subheading | Stat. Suf- fix | Article Description | Unit of Quantity | Rates of Duty | | |
|---|---|---|---|---|---|---|
| | | | | 1 | | 2 |
| | | | | General | Special | |
| 8704 (con.) | | Motor vehicles for the transport of goods: (con.) | | | | |
| | | Other, with spark-ignition internal combustion piston engine: | | | | |
| 8704.31.00 | | G.V.W. not exceeding 5 metric tons............................. | ................. | 25% | Free (A+, AU, B, BH, CA, CL, CO, D, E, IL, JO, MA, MX, OM, P, PA, PE, SG) 25% (KR) | 25% |
| | 20 | G.V.W. not exceeding 2.5 metric tons.................. | No. | | | |
| | 40 | G.V.W. exceeding 2.5 metric tons but not exceeding 5 metric tons............................. | No. | | | |
| 8704.32.00 | | G.V.W. exceeding 5 metric tons................................... | ................. | 25% | Free (A+, AU, B, BH, CA, CL, CO, D, E, IL, JO, MA, MX, OM, P, PA, PE, SG) 25% (KR) | 25% |
| | 10 | G.V.W. exceeding 5 metric tons but not exceeding 9 metric tons................................. | No. | | | |
| | 20 | G.V.W. exceeding 9 metric tons but not exceeding 12 metric tons............................... | No. | | | |
| | 30 | G.V.W. exceeding 12 metric tons but not exceeding 15 metric tons............................... | No. | | | |
| | 40 | G.V.W. exceeding 15 metric tons but not exceeding 20 metric tons............................... | No. | | | |
| | 50 | G.V.W. exceeding 20 metric tons......................... | No. | | | |
| 8704.90.00 | 00 | Other................................................................. | No............. | 25% | Free (A+, AU, B, BH, CA, CL, CO, D, E, IL, JO, MA, MX, OM, P, PA, PE, SG) 25% (KR) | 25% |
| 8705 | | Special purpose motor vehicles, other than those principally designed for the transport of persons or goods (for example, wreckers, mobile cranes, fire fighting vehicles, concrete mixers, road sweepers, spraying vehicles, mobile workshops, mobile radiological units): | | | | |
| 8705.10.00 | | Mobile cranes.............................................................. | ................. | Free | | 25% |
| | 10 | Cable operated........................................................ | No. | | | |
| | 50 | Other........................................................................ | No. | | | |
| 8705.20.00 | 00 | Mobile drilling derricks.................................................. | No............. | Free | | 25% |
| 8705.30.00 | 00 | Fire fighting vehicles...................................................... | No............. | Free | | 25% |
| 8705.40.00 | 00 | Concrete mixers............................................................. | No............. | Free | | 25% |
| 8705.90.00 | 00 | Other.............................................................................. | No............. | Free | | 25% |

**Harmonized Tariff Schedule of the United States (2018)**
Annotated for Statistical Reporting Purposes

XVII
87-14

| Heading/ Subheading | Stat. Suf- fix | Article Description | Unit of Quantity | Rates of Duty | | |
|---|---|---|---|---|---|---|
| | | | | 1 | | 2 |
| | | | | General | Special | |
| 8706.00 | | Chassis fitted with engines, for the motor vehicles of headings 8701 to 8705: | | | | |
| | | For the vehicles of subheading 8701.20 or heading 8702 or 8704: | | | | |
| 8706.00.03 | 00 | For vehicles of subheading 8704.21 or 8704.31.... | No............ | 4% | Free (A+, AU, B, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 25% |
| 8706.00.05 | | Other........ | ................ | 4% | Free (A+, AU, B, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 25% |
| | 20 | For the vehicles of subheading 8701.20............... | No. | | | |
| | 40 | For the vehicles of heading 8702........................... | No. | | | |
| | 75 | For the vehicles of heading 8704........................... | No. | | | |
| 8706.00.15 | | For the vehicles of heading 8703........................... | ................ | 2.5% | Free (A+, AU, B, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 10% |
| | 20 | For passenger automobiles........................... | No. | | | |
| | 40 | For other vehicles of heading 8703............... | No. | | | |
| 8706.00.25 | 00 | For the vehicles of heading 8705............... | No............ | 1.6% | Free (A+, AU, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 10% |
| | | For other vehicles: | | | | |
| 8706.00.30 | 00 | For tractors suitable for agricultural use.......... | No............ | Free | | Free |
| 8706.00.50 | 00 | Other........ | No............ | 1.4% | Free (A, AU, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 27.5% |
| 8707 | | Bodies (including cabs), for the motor vehicles of headings 8701 to 8705: | | | | |
| 8707.10.00 | | For the vehicles of heading 8703........................... | ................ | 2.5% | Free (A+, AU, B, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 10% |
| | 20 | For passenger automobiles........................... | No. | | | |
| | 40 | For other vehicles........................... | No. | | | |
| 8707.90 | | Other: | | | | |
| 8707.90.10 | 00 | For tractors suitable for agricultural use.......... | No............ | Free | | Free |
| 8707.90.50 | | Other........ | ................ | 4% | Free (A+, AU, B, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 25% |
| | 20 | For vehicles of subheading 8701.20.................. | No. | | | |
| | 40 | For vehicles of heading 8702........................... | No. | | | |
| | 60 | For vehicles of heading 8704........................... | No. | | | |
| | 80 | For vehicles of heading 8705........................... | No. | | | |
| | 90 | For other vehicles........................... | No. | | | |

**Harmonized Tariff Schedule of the United States (2018)**
Annotated for Statistical Reporting Purposes

| Heading/ Subheading | Stat. Suf- fix | Article Description | Unit of Quantity | Rates of Duty | | |
|---|---|---|---|---|---|---|
| | | | | 1 | | 2 |
| | | | | General | Special | |
| 8708 | | Parts and accessories of the motor vehicles of headings 8701 to 8705: | | | | |
| 8708.10 | | Bumpers and parts thereof: | | | | |
| 8708.10.30 | | Bumpers.................................................. | .................. | 2.5% | Free (A, AU, B, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 25% |
| | 10 | Stampings............................... | No. | | | |
| | 50 | Other........................................ | No. | | | |
| 8708.10.60 | | Parts of bumpers................................... | .................. | 2.5% | Free (A, AU, B, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 25% |
| | 10 | Stampings............................... | No. | | | |
| | 50 | Other........................................ | No. | | | |
| | | Other parts and accessories of bodies (including cabs): | | | | |
| 8708.21.00 | 00 | Safety seat belts................................... | kg............. | 2.5% | Free (A, AU, B, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 25% |
| 8708.29 | | Other: | | | | |
| 8708.29.15 | 00 | Door assemblies................................... | No............ | 2.5%  1/ | Free (A, AU, B, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 25% |
| | | Body stampings: | | | | |
| 8708.29.21 | 00 | For tractors suitable for agricultural use.......... | No............ | Free | | Free |
| 8708.29.25 | 00 | Other........................................ | No............ | 2.5%  1/ | Free (A, AU, B, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 25% |
| 8708.29.50 | | Other........................................ | | 2.5%  1/ | Free (A, AU, B, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 25% |
| | 10 | Stampings............................... | No. | | | |
| | 25 | Truck caps................................ | No. | | | |
| | 60 | Other........................................ | No. | | | |
| 8708.30 | | Brakes and servo-brakes; parts thereof: | | | | |
| 8708.30.10 | | For tractors suitable for agricultural use............ | .................. | Free | | Free |
| | 10 | Mounted brake linings................. | No. | | | |
| | 90 | Other........................................ | No. | | | |
| 8708.30.50 | | For other vehicles................................... | .................. | 2.5%  2/ | Free (A*, AU, B, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 25% |
| | 20 | Brake drums............................. | No. | | | |
| | 30 | Brake rotors (discs)................... | No. | | | |
| | 40 | Mounted brake linings................. | No. | | | |
| | 90 | Other........................................ | No. | | | |

1/ See subheading 9902.25.79.
2/ See subheading 9902.10.92.

**Harmonized Tariff Schedule of the United States (2018)**
Annotated for Statistical Reporting Purposes

XVII
87-16

| Heading/ Subheading | Stat. Suf- fix | Article Description | Unit of Quantity | Rates of Duty | | |
|---|---|---|---|---|---|---|
| | | | | 1 | | 2 |
| | | | | General | Special | |
| 8708 (con.) | | Parts and accessories of the motor vehicles of headings 8701 to 8705: (con.) | | | | |
| 8708.40 | | Gear boxes and parts thereof: | | | | |
| | | Gear boxes: | | | | |
| 8708.40.11 | | For the vehicles of subheading 8701.20 or heading 8702, 8703 or 8704.................. | .................. | 2.5% 1/ | Free (A, AU, B, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 25% |
| | 10 | For vehicles of heading 8703......................... | No. | | | |
| | 50 | Other.......................... | No. | | | |
| 8708.40.30 | 00 | For tractors suitable for agricultural use............... | No. | Free | | Free |
| 8708.40.50 | 00 | For other vehicles.................................................. | No. | 2.5% | Free (A*, AU, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 25% |
| | | Parts: | | | | |
| 8708.40.60 | 00 | Of tractors suitable for agricultural use................ | No. | Free | | Free |
| 8708.40.65 | 00 | Of other tractors (except road tractors)................ | No. | Free | | 27.5% |
| | | Other: | | | | |
| 8708.40.70 | 00 | Of cast iron.......................... | kg | Free | | Free |
| 8708.40.75 | | Other........................... | .................. | 2.5% | Free (A*, AU, B, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 25% |
| | 70 | Steel forgings.............................................. | kg | | | |
| | 80 | Other............................................. | No. | | | |

1/ See headings 9902.10.93 and 9902.25.32.

**Harmonized Tariff Schedule of the United States (2018)**
Annotated for Statistical Reporting Purposes

XVII
87-17

| Heading/ Subheading | Stat. Suf- fix | Article Description | Unit of Quantity | Rates of Duty | | |
|---|---|---|---|---|---|---|
| | | | | 1 | | 2 |
| | | | | General | Special | |
| 8708 (con.) | | Parts and accessories of the motor vehicles of headings 8701 to 8705: (con.) | | | | |
| 8708.50 | | Drive-axles with differential, whether or not provided with other transmission components, and non-driving axles; parts thereof: | | | | |
| | | Drive-axles with differential, whether or not provided with other transmission components, and non-driving axles: | | | | |
| | | For tractors (except road tractors): | | | | |
| 8708.50.11 | | For tractors suitable for agricultural use.......... | ................. | Free | | Free |
| | 10 | Drive axles with differential, whether or not provided with other transmission components..................... | No. kg | | | |
| | 50 | Non-driving axles.................................... | No | | | |
| 8708.50.31 | | For other tractors................................ | ................. | Free | | 27.5% |
| | 10 | Drive axles with differential, whether or not provided with other transmission components..................... | No. kg | | | |
| | 50 | Non-driving axles.................................... | No | | | |
| 8708.50.51 | | For vehicles of heading 8703................................ | ................. | 2.5% | Free (A, AU, B, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 25% |
| | 10 | Drive axles with differential, whether or not provided with other transmission components..................... | No. kg | | | |
| | 50 | Non-driving axles.................................... | No | | | |
| | | For other vehicles: | | | | |
| 8708.50.61 | 00 | Drive axles with differential, whether or not provided with other transmission components..................... | No............. kg | 2.5% | Free (A, AU, B, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 25% |
| 8708.50.65 | 00 | Non-driving axles............................................. | No............. | 2.5% | Free (A*, AU, B, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 25% |

**Harmonized Tariff Schedule of the United States (2018)**
Annotated for Statistical Reporting Purposes

XVII
87-18

| Heading/ Subheading | Stat. Suf- fix | Article Description | Unit of Quantity | Rates of Duty | | |
|---|---|---|---|---|---|---|
| | | | | 1 | | 2 |
| | | | | General | Special | |
| 8708 (con.) | | Parts and accessories of the motor vehicles of headings 8701 to 8705: (con.) | | | | |
| 8708.50 (con.) | | Drive-axles with differential, whether or not provided with other transmission components, and non-driving axles; parts thereof: (con.) | | | | |
| | | Parts: | | | | |
| | | For tractors (except road tractors): | | | | |
| 8708.50.70 | 00 | For tractors suitable for agricultural use.......... | No............. | Free | | Free |
| 8708.50.75 | 00 | For other tractors................................. | No............. | Free | | 27.5% |
| | | For vehicles of heading 8703: | | | | |
| 8708.50.79 | 00 | Parts of non-driving axles.............. | No............. | 2.5% | Free (A*, AU, B, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 25% |
| | | Other: | | | | |
| 8708.50.81 | 00 | Of cast iron..................... | kg.......... | Free | | Free |
| | | Other: | | | | |
| 8708.50.85 | 00 | Half-shafts........................ | No............. | 2.5% | Free (A, AU, B, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 25% |
| 8708.50.89 | 00 | Other.............. | No............. | 2.5% | Free (A*, AU, B, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 25% |
| | | For other vehicles: | | | | |
| 8708.50.91 | | Parts of non-driving axles.............. | ................. | 2.5% | Free (A*, AU, B, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 25% |
| | 10 | Spindles..................................... | No. kg | | | |
| | 50 | Other........................ | No. | | | |
| | | Other: | | | | |
| 8708.50.93 | 00 | Of cast iron..................... | kg.......... | Free | | Free |
| | | Other: | | | | |
| 8708.50.95 | 00 | Half-shafts........................ | No............. | 2.5% | Free (A*, AU, B, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 25% |
| 8708.50.99 | 00 | Other.............. | No............. | 2.5% | Free (A*, AU, B, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 25% |

| Heading/ Subheading | Stat. Suf- fix | Article Description | Unit of Quantity | Rates of Duty | | |
|---|---|---|---|---|---|---|
| | | | | 1 | | 2 |
| | | | | General | Special | |
| 8708 (con.) | | Parts and accessories of the motor vehicles of headings 8701 to 8705: (con.) | | | | |
| 8708.70 | | Road wheels and parts and accessories thereof: | | | | |
| | | For tractors (except road tractors): | | | | |
| | | For tractors suitable for agricultural use: | | | | |
| 8708.70.05 | 00 | Road wheels.................................................... | No............ | Free | | Free |
| 8708.70.15 | 00 | Parts and accessories.................................... | No............ | Free | | Free |
| | | For other tractors: | | | | |
| 8708.70.25 | 00 | Road wheels.................................................... | No............ | Free | | 27.5% |
| 8708.70.35 | 00 | Parts and accessories.................................... | No............ | Free | | 27.5% |
| | | For other vehicles: | | | | |
| 8708.70.45 | | Road wheels............................................ | ................. | 2.5% | Free (A, AU, B, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 25% |
| | 30 | For vehicles of subheading 8701.20 or heading 8702, 8704 or 8705............. | No............ | | | |
| | | Other: | | | | |
| | 45 | Of aluminum.................................... | No............ | | | |
| | 60 | Other............................................... | No............ | | | |
| 8708.70.60 | | Parts and accessories............................................. | ................. | 2.5% | Free (A*, AU, B, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 25% |
| | 30 | Wheel rims for vehicles of subheading 8701.20 or heading 8702, 8703, 8704, or 8705........... | No............ | | | |
| | 45 | Wheel covers and hubcaps for vehicles of subheading 8701.20 or heading 8702, 8703, 8704 or 8705............ | No............ | | | |
| | 60 | Other.................................................. | No............ | | | |

# Harmonized Tariff Schedule of the United States (2018)
Annotated for Statistical Reporting Purposes

XVII
87-20

| Heading/ Subheading | Stat. Suf- fix | Article Description | Unit of Quantity | Rates of Duty | | |
|---|---|---|---|---|---|---|
| | | | | 1 | | 2 |
| | | | | General | Special | |
| 8708 (con.) | | Parts and accessories of the motor vehicles of headings 8701 to 8705: (con.) | | | | |
| 8708.80 | | Suspension systems and parts thereof (including shock absorbers): | | | | |
| | | Suspension systems (including shock absorbers): | | | | |
| | | For tractors suitable for agricultural use: | | | | |
| 8708.80.03 | 00 | McPherson struts.............................. | No............ | Free | | Free |
| 8708.80.05 | 00 | Other................................... | No............ | Free | | Free |
| | | For other vehicles: | | | | |
| 8708.80.13 | 00 | McPherson struts.............................. | No............ | 2.5% | Free (A, AU, B, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 25% |
| 8708.80.16 | 00 | Other................................... | No............ | 2.5% | Free (A, AU, B, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 25% |
| | | Parts: | | | | |
| 8708.80.51 | 00 | Of tractors suitable for agricultural use................ | No............ | Free | | Free |
| 8708.80.55 | 00 | Of other tractors (except road tractors)................ | No............ | Free | | 27.5% |
| | | Other: | | | | |
| 8708.80.60 | 00 | Of cast iron................................... | kg............ | Free | | Free |
| 8708.80.65 | | Other................................... | ................. | 2.5%  1/ | Free (A, AU, B, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 25% |
| | 10 | Beam hanger brackets................................. | No. | | | |
| | 90 | Other................................... | No. | | | |

1/ See heading 9902.25.77.

Case 1:21-cv-00026-JAR    Document 36    Filed 09/04/24    Page 79 of 112
**Harmonized Tariff Schedule of the United States (2018)**
Annotated for Statistical Reporting Purposes

XVII
87-21

| Heading/ Subheading | Stat. Suf- fix | Article Description | Unit of Quantity | Rates of Duty | | |
|---|---|---|---|---|---|---|
| | | | | 1 | | 2 |
| | | | | General | Special | |
| 8708 (con.) | | Parts and accessories of the motor vehicles of headings 8701 to 8705: (con.) | | | | |
| | | Other parts and accessories: | | | | |
| 8708.91 | | Radiators and parts thereof: | | | | |
| | | Radiators: | | | | |
| 8708.91.10 | 00 | For tractors suitable for agricultural use.......... | No............. | Free | | Free |
| 8708.91.50 | 00 | For other vehicles................................. | No............. | 2.5% | Free (A, AU, B, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 25% |
| | | Parts: | | | | |
| 8708.91.60 | 00 | For tractors suitable for agricultural use.......... | No............. | Free | | Free |
| 8708.91.65 | 00 | For other tractors (except road tractors)......... | No............. | Free | | 27.5% |
| | | For other vehicles: | | | | |
| 8708.91.70 | 00 | Of cast iron.................................. | kg............. | Free | | Free |
| 8708.91.75 | | Other.......................................... | .................. | 2.5% | Free (A*, AU, B, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 25% |
| | 10 | Radiator cores.................................... | No. | | | |
| | 50 | Other............................................. | No. | | | |
| 8708.92 | | Mufflers and exhaust pipes; parts thereof: | | | | |
| | | Mufflers and exhaust pipes: | | | | |
| 8708.92.10 | 00 | For tractors suitable for agricultural use.......... | No............. | Free | | Free |
| 8708.92.50 | 00 | For other vehicles................................. | No............. | 2.5% | Free (A+, AU, B, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 25% |
| | | Parts: | | | | |
| 8708.92.60 | 00 | For tractors suitable for agricultural use.......... | No............. | Free | | Free |
| 8708.92.65 | 00 | For other tractors (except road tractors)......... | No............. | Free | | 27.5% |
| | | For other vehicles: | | | | |
| 8708.92.70 | 00 | Of cast iron.................................. | kg............. | Free | | Free |
| 8708.92.75 | 00 | Other.......................................... | No............. | 2.5% | Free (A*, AU, B, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 25% |
| 8708.93 | | Clutches and parts thereof: | | | | |
| | | For tractors suitable for agricultural use: | | | | |
| 8708.93.15 | 00 | Clutches...................................... | No............. | Free | | Free |
| 8708.93.30 | 00 | Other......................................... | No............. | Free | | Free |
| | | For other vehicles: | | | | |
| 8708.93.60 | 00 | Clutches...................................... | No............. | 2.5% | Free (A, AU, B, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 25% |
| 8708.93.75 | 00 | Other......................................... | No............. | 2.5% | Free (A, AU, B, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 25% |

**Harmonized Tariff Schedule of the United States (2018)**
Annotated for Statistical Reporting Purposes

XVII
87-22

| Heading/ Subheading | Stat. Suf- fix | Article Description | Unit of Quantity | Rates of Duty | | |
|---|---|---|---|---|---|---|
| | | | | 1 | | 2 |
| | | | | General | Special | |
| 8708 (con.) | | Parts and accessories of the motor vehicles of headings 8701 to 8705: (con.) | | | | |
| | | Other parts and accessories: (con.) | | | | |
| 8708.94 | | Steering wheels, steering columns and steering boxes; parts thereof: | | | | |
| | | Steering wheels, steering columns and steering boxes: | | | | |
| 8708.94.10 | 00 | For tractors suitable for agricultural use.......... | No............. | Free | | Free |
| 8708.94.50 | 00 | For other vehicles............................................... | No............. | 2.5% | Free (A, AU, B, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 25% |
| | | Parts: | | | | |
| 8708.94.60 | 00 | For tractors suitable for agricultural use.......... | No............. | Free | | Free |
| 8708.94.65 | 00 | For other tractors (except road tractors).......... | No............. | Free | | 27.5% |
| | | For other vehicles: | | | | |
| 8708.94.70 | 00 | Of cast iron................................................ | kg............. | Free | | Free |
| 8708.94.75 | | Other........................................................... | ................. | 2.5%  1/ | Free (A, AU, B, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 25% |
| | 10 | Steering shaft assemblies incorporating universal joints.............. | No. kg | | | |
| | 50 | Other....................................................... | No. | | | |
| 8708.95 | | Safety airbags with inflater system; parts thereof: | | | | |
| 8708.95.05 | 00 | Inflaters and modules for airbags.......................... | No............. | 2.5%  2/ | Free (A, AU, B, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 25% |
| | | Other: | | | | |
| 8708.95.10 | 00 | For tractors suitable for agricultural use.......... | No............. | Free | | Free |
| 8708.95.15 | 00 | For other tractors (except road tractors)......... | No............. | Free | | 27.5% |
| 8708.95.20 | 00 | For other vehicles............................................... | No............. | 2.5% | Free (A, AU, B, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 25% |

1/ See heading 9902.10.63.
2/ See heading 9902.25.79.

# Harmonized Tariff Schedule of the United States (2018)
Annotated for Statistical Reporting Purposes

| Heading/ Subheading | Stat. Suf- fix | Article Description | Unit of Quantity | Rates of Duty | | |
|---|---|---|---|---|---|---|
| | | | | 1 | | 2 |
| | | | | General | Special | |
| 8708 (con.) | | Parts and accessories of the motor vehicles of headings 8701 to 8705: (con.) | | | | |
| | | Other parts and accessories: (con.) | | | | |
| 8708.99 | | Other: | | | | |
| | | Parts of tractors suitable for agricultural use: | | | | |
| 8708.99.03 | 00 | Vibration control goods containing rubber...... | No............. | Free | | Free |
| 8708.99.06 | 00 | Double flanged wheel hub units incorporating ball bearings.................... | No............. | Free | | Free |
| 8708.99.16 | 00 | Other parts for power trains............................ | No............. | Free | | Free |
| 8708.99.23 | 00 | Other................................................ | No............. | Free | | Free |
| | | Parts of other tractors (except road tractors): | | | | |
| 8708.99.27 | 00 | Vibration control goods containing rubber...... | No............. | Free | | 27.5% |
| 8708.99.31 | 00 | Double flanged wheel hub units incorporating ball bearings.................... | No............. | Free | | 27.5% |
| 8708.99.41 | 00 | Other parts for power trains............................ | No............. | Free | | 27.5% |
| 8708.99.48 | | Other................................................ | ................. | Free | | 27.5% |
| | 10 | Tracklinks for track-laying tractors........... | No. kg | | | |
| | 50 | Other........................................... | No. | | | |

| Heading/ Subheading | Stat. Suf- fix | Article Description | Unit of Quantity | Rates of Duty | | |
|---|---|---|---|---|---|---|
| | | | | 1 | | 2 |
| | | | | General | Special | |
| 8708 (con.) | | Parts and accessories of the motor vehicles of headings 8701 to 8705: (con.) | | | | |
| 8708.99 (con.) | | Other parts and accessories: (con.) Other: (con.) | | | | |
| | | Other: | | | | |
| 8708.99.53 | 00 | Of cast-iron.......................................... | kg............. | Free | | Free |
| | | Other: | | | | |
| 8708.99.55 | 00 | Vibration control goods containing rubber................................................ | No............. | 2.5% | Free (A, AU, B, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 25% |
| 8708.99.58 | 00 | Double flanged wheel hub units incorporating ball bearings........................ | No............. kg | 2.5% | Free (A, AU, B, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 25% |
| | | Other: | | | | |
| 8708.99.68 | | Other parts for power trains............... | .................. | 2.5% | Free (A*, AU, B, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 25% |
| | 05 | Drive shafts.................................... | No. | | | |
| | 10 | Forged universal joints for vehicles of heading 8703............................. | No. | | | |
| | 20 | Forged universal joints for vehicles of heading 8704............................. | No. | | | |
| | 90 | Other............................................... | No. | | | |
| 8708.99.81 | | Other.................................................... | .................. | 2.5% | Free (A*, AU, B, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 25% |
| | 05 | Brake hoses of plastics, with attached fittings............................. | No. | | | |
| | 15 | Double flanged wheel hub units not incorporating ball bearings...... | No. kg | | | |
| | 30 | Slide-in campers............................. | No. | | | |
| | 60 | Cable traction devices................... | kg | | | |
| | 80 | Other................................................ | No. | | | |

| Heading/ Subheading | Stat. Suf- fix | Article Description | Unit of Quantity | Rates of Duty | | |
|---|---|---|---|---|---|---|
| | | | | 1 | | 2 |
| | | | | General | Special | |
| 8709 | | Works trucks, self-propelled, not fitted with lifting or handling equipment, of the type used in factories, warehouses, dock areas or airports for short distance transport of goods; tractors of the type used on railway station platforms; parts of the foregoing vehicles: | | | | |
| | | Vehicles: | | | | |
| 8709.11.00 | | Electrical.................................................... | .................. | Free | | 35% |
| | 30 | Operator riding........................... | No. | | | |
| | 60 | Other............................................ | No. | | | |
| 8709.19.00 | | Other........................................................ | .................. | Free | | 35% |
| | 30 | Operator riding........................... | No. | | | |
| | 60 | Other............................................ | No. | | | |
| 8709.90.00 | | Parts:....................................................... | .................. | Free | | 35% |
| | 10 | Road wheels................................ | kg | | | |
| | 20 | Wheel and tire assemblies........... | kg | | | |
| | 90 | Other............................................ | kg | | | |
| 8710.00.00 | | Tanks and other armored fighting vehicles, motorized, whether or not fitted with weapons, and parts of such vehicles............ | .................. | Free | | 35% |
| | | Vehicles: | | | | |
| | 30 | Tracked (including half-tracked)................. | No. | | | |
| | 60 | Other............................................ | No. | | | |
| | 90 | Parts........................................................ | kg | | | |

**Harmonized Tariff Schedule of the United States (2018)**
Annotated for Statistical Reporting Purposes

XVII
87-26

| Heading/ Subheading | Stat. Suf- fix | Article Description | Unit of Quantity | Rates of Duty | | |
|---|---|---|---|---|---|---|
| | | | | 1 | | 2 |
| | | | | General | Special | |
| 8711 | | Motorcycles (including mopeds) and cycles fitted with an auxiliary motor, with or without side-cars; side-cars: | | | | |
| 8711.10.00 | 00 | With reciprocating internal combustion piston engine of a cylinder capacity not exceeding 50 cc.................................. | No............ | Free | | 10% |
| 8711.20.00 | | With reciprocating internal combustion piston engine of a cylinder capacity exceeding 50 cc but not exceeding 250 cc.......................................................................... | ................ | Free | | 10% |
| | 30 | Exceeding 50 cc but not exceeding 90 cc.................... | No. | | | |
| | 60 | Exceeding 90 cc but not exceeding 190 cc................ | No. | | | |
| | 90 | Exceeding 190 cc but not exceeding 250 cc................ | No. | | | |
| 8711.30.00 | | With reciprocating internal combustion piston engine of a cylinder capacity exceeding 250 cc but not exceeding 500 cc.......................................................................... | ................ | Free | | 10% |
| | 30 | Exceeding 250 cc but not exceeding 290 cc.............. | No. | | | |
| | 60 | Exceeding 290 cc but not exceeding 490 cc.............. | No. | | | |
| | 90 | Exceeding 490 cc but not exceeding 500 cc.............. | No. | | | |
| 8711.40 | | With reciprocating internal combustion piston engine of a cylinder capacity exceeding 500 cc but not exceeding 800 cc: | | | | |
| 8711.40.30 | 00 | Exceeding 500 cc but not exceeding 700 cc.............. | No............ | Free | | 10% |
| 8711.40.60 | | Exceeding 700 cc but not exceeding 800 cc.............. | ................ | 2.4% | Free (A, AU, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 10% |
| | 30 | Exceeding 700 cc but not exceeding 790 cc.......... | No. | | | |
| | 60 | Exceeding 790 cc but not exceeding 800 cc.......... | No. | | | |
| 8711.50.00 | | With reciprocating internal combustion piston engine of a cylinder capacity exceeding 800 cc...................................... | ................ | 2.4% | Free (A, AU, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 10% |
| | 30 | Exceeding 800 cc but not exceeding 970 cc.............. | No. | | | |
| | 60 | Exceeding 970 cc......................................................... | No. | | | |
| 8711.60.00 | 00 | With electric motor for propulsion..................................... | No............ | Free | | 10% |
| 8711.90.01 | 00 | Other............................................................................... | No............ | Free | | 10% |

| Heading/ Subheading | Stat. Suf- fix | Article Description | Unit of Quantity | Rates of Duty | | |
|---|---|---|---|---|---|---|
| | | | | 1 | | 2 |
| | | | | General | Special | |
| 8712.00 | | Bicycles and other cycles (including delivery tricycles), not motorized: | | | | |
| 8712.00.15 | | Bicycles having both wheels not exceeding 63.5 cm in diameter.................. | .................. | 11% | Free (A+, AU, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 30% |
| | 10 | Having both wheels not exceeding 50 cm in diameter........................ | No. | | | |
| | 20 | Having both wheels exceeding 50 cm but not exceeding 55 cm in diameter........................ | No. | | | |
| | 50 | Having both wheels exceeding 55 cm but not exceeding 63.5 cm in diameter................ | No. | | | |
| | | Bicycles having both wheels exceeding 63.5 cm in diameter: | | | | |
| 8712.00.25 | 00 | If weighing less than 16.3 kg complete without accessories and not designed for use with tires having a cross-sectional diameter exceeding 4.13 cm.... | No............ | 5.5% | Free (A+, AU, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 30% |
| 8712.00.35 | 00 | Other........................ | No............ | 11% | Free (A+, AU, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 30% |
| 8712.00.44 | 00 | Bicycles having a front wheel exceeding 55 cm but not exceeding 63.5 cm in diameter and a rear wheel exceeding 63.5 cm in diameter, weighing less than 16.3 kg complete without accessories and not designed for use with tires having a cross-sectional diameter exceeding 4.13 cm, valued $200 or more each....... | No............ | 5.5% | Free (A+, AU, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 30% |
| 8712.00.48 | 00 | Other bicycles........................ | No............ | 11% | Free (A+, AU, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 30% |
| 8712.00.50 | 00 | Other cycles........................ | No............ | 3.7%  1/ | Free (A, AU, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 35% |
| 8713 | | Carriages for disabled persons, whether or not motorized or otherwise mechanically propelled: | | | | |
| 8713.10.00 | 00 | Not mechanically propelled................ | No............ | Free | | 40% |
| 8713.90.00 | | Other........................ | .................. | Free | | 10% |
| | 30 | Three-wheeled........................ | No. | | | |
| | 60 | Other........................ | No. | | | |

1/ See subheading 9902.24.67.

**Harmonized Tariff Schedule of the United States (2018)**
Annotated for Statistical Reporting Purposes

XVII
87-28

| Heading/ Subheading | Stat. Suf- fix | Article Description | Unit of Quantity | Rates of Duty | | |
|---|---|---|---|---|---|---|
| | | | | 1 | | 2 |
| | | | | General | Special | |
| 8714 | | Parts and accessories of vehicles of headings 8711 to 8713: | | | | |
| 8714.10.00 | | Of motorcycles (including mopeds)...................................... | .................. | Free | | 25% |
| | 10 | Saddles and seats............................................................ | kg | | | |
| | 20 | Wheels.............................................................................. | kg | | | |
| | 50 | Other................................................................................ | kg | | | |
| 8714.20.00 | 00 | Of carriages for disabled persons.................................... | kg............ | Free | | 40% |
| | | Other: | | | | |
| 8714.91 | | Frames and forks, and parts thereof: | | | | |
| | | Frames: | | | | |
| 8714.91.20 | 00 | Valued over $600 each..................................... | No............ | 3.9% | Free (A, AU, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 30% |
| 8714.91.30 | 00 | Other................................................................ | No............ | 3.9% | Free (A+, AU, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 30% |
| 8714.91.50 | 00 | Sets of steel tubing cut to exact length and each set having the number of tubes needed for the assembly (with other parts) into the frame and fork of one bicycle............................................................. | kg............ | 6%  1/ | Free (A+, AU, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 30% |
| 8714.91.90 | 00 | Other................................................................ | kg............ | Free | | 30% |
| 8714.92 | | Wheel rims and spokes: | | | | |
| 8714.92.10 | 00 | Wheel rims.......................................................... | kg............ | 5%  2/ | Free (A+, AU, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 30% |
| 8714.92.50 | 00 | Spokes................................................................ | kg............ | 10% | Free (A, AU, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 30% |

1/ See subheading 9902.24.68.
2/ See subheading 9902.24.69.

Case 1:21-cv-00026-JAR    Document 36    Filed 09/04/24    Page 87 of 112
**Harmonized Tariff Schedule of the United States (2018)**
Annotated for Statistical Reporting Purposes

XVII
87-29

| Heading/ Subheading | Stat. Suf- fix | Article Description | Unit of Quantity | Rates of Duty | | |
|---|---|---|---|---|---|---|
| | | | | 1 | | 2 |
| | | | | General | Special | |
| 8714 (con.) | | Parts and accessories of vehicles of headings 8711 to 8713: (con.) | | | | |
| 8714.93 | | Other: (con.)<br>Hubs, other than coaster braking hubs and hub brakes, and free-wheel sprocket-wheels:<br>Hubs: | | | | |
| 8714.93.05 | 00 | Aluminum alloy hubs with a hollow axle and lever-operated quick release mechanism....... | No............ | Free | | 30% |
| | | Other: | | | | |
| 8714.93.15 | 00 | Three speed............ | No............ | Free | | 30% |
| 8714.93.24 | 00 | Variable speed (except three speed) with internal gear changing mechanisms:<br>Two speed............ | No............ | Free | | 30% |
| 8714.93.28 | 00 | Other............ | No............ | 3% | Free (A+, AU, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 30% |
| 8714.93.35 | 00 | Other............ | No............ | 10% | Free (A+, AU, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 30% |
| 8714.93.70 | | Free-wheel sprocket-wheels............ | | Free | | 30% |
| | 30 | Multiple free-wheel sprockets............ | No. | | | |
| | 60 | Other............ | kg | | | |
| 8714.94 | | Brakes, including coaster braking hubs and hub brakes, and parts thereof: | | | | |
| 8714.94.30 | | Drum brakes, caliper and cantilever bicycle brakes, and coaster brakes; parts thereof (including cable or inner wire therefor, fitted with fittings)............ | ................ | Free | | 30% |
| | 20 | Caliper and cantilever bicycle brakes............ | No. | | | |
| | 40 | Coaster brakes:<br>Designed for single-speed bicycles............ | No. | | | |
| | 50 | Other:<br>Designed for three-speed bicycles............ | No. | | | |
| | 60 | Other............ | No. | | | |
| | 80 | Other............ | kg | | | |
| 8714.94.90 | 00 | Other............ | kg............ | 10% 1/ | Free (A+, AU, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 30% |
| 8714.95.00 | 00 | Saddles............ | No............ | 8% | Free (A+, AU, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 30% |
| 8714.96 | | Pedals and crank-gear, and parts thereof: | | | | |
| 8714.96.10 | 00 | Pedals and parts thereof............ | kg............ | 8% | Free (A+, AU, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 30% |
| 8714.96.50 | 00 | Cotterless-type crank sets and parts thereof............ | kg............ | Free | | 30% |
| 8714.96.90 | 00 | Other crank-gear and parts thereof............ | kg............ | 10% 2/ | Free (A+, AU, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 30% |

1/ See subheading 9902.24.71.
2/ See subheading 9902.24.70.

**Harmonized Tariff Schedule of the United States (2018)**
Annotated for Statistical Reporting Purposes

XVII
87-30

| Heading/ Subheading | Stat. Suf- fix | Article Description | Unit of Quantity | Rates of Duty | | |
|---|---|---|---|---|---|---|
| | | | | 1 | | 2 |
| | | | | General | Special | |
| 8714 (con.) | | Parts and accessories of vehicles of headings 8711 to 8713: (con.) | | | | |
| 8714.99 | | Other: (con.) Other: | | | | |
| 8714.99.10 | 00 | Click twist grips and click stick levers.................... | kg.............. | Free | | 30% |
| 8714.99.50 | 00 | Derailleurs and parts thereof................................. | kg.............. | Free | | 30% |
| 8714.99.60 | 00 | Trigger and twist grip controls for three speed hubs, and parts thereof; bicycle handlebar stems wholly of aluminum alloy (including their hardware of any material), valued over $2.15 each; and bicycle handlebar stem rotor assemblies.............. | kg.............. | Free | | 30% |
| 8714.99.80 | 00 | Other............................................................. | kg.............. | 10% 2/ | Free (A+, AU, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 30% |
| 8715.00.00 | | Baby carriages (including strollers) and parts thereof............. | .................. | 4.4% | Free (A, AU, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 45% |
| | 20 | Baby carriages (including strollers).................... | No. | | | |
| | 40 | Parts................................................................ | kg | | | |
| 8716 | | Trailers and semi-trailers; other vehicles, not mechanically propelled; and parts thereof: | | | | |
| 8716.10.00 | | Trailers and semi-trailers for housing or camping............. | .................. | Free | | 45% |
| | 30 | Less than 10.6 m in length............................. | No. | | | |
| | 75 | 10.6 m or more in length................................ | No. | | | |
| 8716.20.00 | 00 | Self-loading or self-unloading trailers and semi-trailers for agricultural purposes........................................... | No............. | Free | | 45% |
| | | Other trailers and semi-trailers for the transport of goods: | | | | |
| 8716.31.00 | 00 | Tanker trailers and tanker semi-trailers...................... | No............. | Free | | 45% |
| 8716.39.00 | | Other................................................................ | .................. | Free | | 45% |
| | 10 | Agricultural.................................................. | No. | | | |
| | 20 | For use with the vehicles of heading 8709............ | No. | | | |
| | 30 | Other: For use with the vehicles of heading 8703...... | No. | | | |
| | 40 | Other: Van type.................................. | No. | | | |
| | 50 | Platform type............................. | No. | | | |
| | 90 | Other......................................... | No. | | | |
| 8716.40.00 | 00 | Other trailers and semi-trailers.............................. | No............. | Free | | 45% |
| 8716.80 | | Other vehicles: | | | | |
| 8716.80.10 | 00 | Farm wagons and carts........................................ | No............. | Free | | Free |
| 8716.80.50 | | Other................................................................ | .................. | 3.2% | Free (A, AU, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 45% |
| | 10 | Industrial hand trucks...................................... | No. | | | |
| | 20 | Other: Portable luggage carts.................................. | No. | | | |
| | 90 | Other......................................................... | No. | | | |

| Heading/ Subheading | Stat. Suf- fix | Article Description | Unit of Quantity | Rates of Duty | | |
|---|---|---|---|---|---|---|
| | | | | 1 | | 2 |
| | | | | General | Special | |
| 8716 (con.) | | Trailers and semi-trailers; other vehicles, not mechanically propelled; and parts thereof: (con.) | | | | |
| 8716.90 | | Parts: | | | | |
| 8716.90.10 | | Parts of farm wagons and carts:.................... | ................. | Free | | Free |
| | 10 | Road wheels............................................. | kg | | | |
| | 20 | Wheel and tire assemblies........................ | kg | | | |
| | 90 | Other....................................................... | kg | | | |
| 8716.90.30 | 00 | Castors, other than those of heading 8302................. | kg........... | 5.7% | Free (A, AU, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 45% |
| 8716.90.50 | | Other............................................ | ................. | 3.1% | Free (A*, AU, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 45% |
| | 10 | Axles and parts thereof............................ | kg | | | |
| | | Wheels: | | | | |
| | 35 | Steel wheels measuring 30 to 42 cm in diameter, whether or not assembled.............. | kg | | | |
| | | Other: | | | | |
| | 45 | Wheels.................... | kg | | | |
| | | Wheels with tires: | | | | |
| | 56 | Wheels with tires for off-the-highway use.................................. | kg | | | |
| | 59 | Wheels with other tires........................ | kg | | | |
| | 60 | Other......................... | kg | | | |

**Harmonized Tariff Schedule of the United States (2018)**
Annotated for Statistical Reporting Purposes

CHAPTER 95

TOYS, GAMES AND SPORTS EQUIPMENT; PARTS AND ACCESSORIES THEREOF

Notes

1.     This chapter does not cover:

(a)   Candles (heading 3406);

(b)   Fireworks or other pyrotechnic articles of heading 3604;

(c)   Yarns, monofilament, cords or gut or the like for fishing, cut to length but not made up into fishing lines, of chapter 39, heading 4206 or section XI;

(d)   Sports bags or other containers of heading 4202, 4303 or 4304;

(e)   Fancy dress of textiles, of chapter 61 or 62; sports clothing and special articles of apparel of textiles, of chapter 61 or 62, whether or not incorporating incidentally protective components such as pads or padding in the elbow, knee or groin areas (for example, fencing clothing or soccer goalkeeper jerseys);

(f)   Textile flags or bunting, or sails for boats, sailboards or land craft, of chapter 63;

(g)   Sports footwear (other than skating boots with ice or roller skates attached) of chapter 64, or sports headgear of chapter 65;

(h)   Walking-sticks, whips, riding-crops or the like (heading 6602), or parts thereof (heading 6603);

(ij)   Unmounted glass eyes for dolls or other toys, of heading 7018;

(k)   Parts of general use, as defined in note 2 to section XV, of base metal (section XV), or similar goods of plastics (chapter 39);

(l)   Bells, gongs or the like of heading 8306;

(m)   Pumps for liquids (heading 8413), filtering or purifying machinery and apparatus for liquids or gases (heading 8421), electric motors (heading 8501), electric transformers (heading 8504), discs, tapes, solid-state non-volatile storage devices, "smart cards" and other media for the recording of sound or of other phenomena, whether or not recorded (heading 8523), radio remote control apparatus (heading 8526) or cordless infrared remote control devices (heading 8543);

(n)   Sports vehicles (other than sleds, bobsleds, toboggans and the like) of section XVII;

(o)   Children's bicycles (heading 8712);

(p)   Sports craft such as canoes and skiffs (chapter 89), or their means of propulsion (chapter 44 for such articles made of wood);

(q)   Spectacles, goggles or the like, for sports or outdoor games (heading 9004);

(r)   Decoy calls or whistles (heading 9208);

(s)   Arms or other articles of chapter 93;

(t)   Electric garlands of all kinds (heading 9405);

(u)   Monopods, bipods, tripods and similar articles (heading 9620);

(v)   Racket strings, tents or other camping goods, or gloves, mittens and mitts (classified according to their constituent material); or

(w)   Tableware, kitchenware, toilet articles, carpets and other textile floor coverings, apparel, bed linen, table linen, toilet linen, kitchen linen and similar articles having a utilitarian function (classified according to their constituent material).   1/

2.     This chapter includes articles in which natural or cultured pearls, precious or semiprecious stones (natural, synthetic or reconstructed), precious metal or metal clad with precious metal constitute only minor constituents.

1/ See subheading 9817.95.01 and 9817.95.05

**Harmonized Tariff Schedule of the United States (2018)**
Annotated for Statistical Reporting Purposes

XX
95-2
<u>Notes</u> (con.)

3.   Subject to note 1 above, parts and accessories which are suitable for use solely or principally with articles of this chapter are to be classified with those articles.

4.   Subject to the provisions of Note 1 above, heading 9503 applies, *inter alia*, to articles of this heading combined with one or more items, which cannot be considered as sets under the terms of General Interpretative Rule 3(b), and which, if presented separately, would be classified in other headings, provided the articles are put up together for retail sale and the combinations have the essential character of toys.

5.   Heading 9503 does not cover articles which, on account of their design, shape or constituent material, are identifiable as intended exclusively for animals, for example, "pet toys" (classification in their own appropriate heading).

<u>Subheading Note</u>

1.   Subheading 9504.50 covers:

    (a)   Video game consoles from which the image is reproduced on a television receiver, a monitor or other external screen or surface; or

    (b)   Video game machines having a self-contained video screen, whether or not portable.

    This subheading does not cover video game consoles or machines operated by coins, banknotes, bank cards, tokens or by any other means of payment (subheading 9504.30).

<u>Statistical note</u>

1.   In heading 9503, classification is based on the youngest age for which the product is intended. For example, an item labeled "For ages 2–5" would be appropriately classified in the "Under 3 years of age" category. Parts and accessories, if not specifically labeled for a specific age, should be classified under the age designation that would be applicable to the finished retail product of which it is a component or in which it is incorporated.

[Compiler's note: All provisions of subchapter II of chapter 99 have expired; footnote references are shown for reference only]

**Harmonized Tariff Schedule of the United States (2018)**
Annotated for Statistical Reporting Purposes

XX
95-3

| Heading/ Subheading | Stat. Suf- fix | Article Description | Unit of Quantity | Rates of Duty | | |
|---|---|---|---|---|---|---|
| | | | | 1 | | 2 |
| | | | | General | Special | |
| 9503.00.00 | | Tricycles, scooters, pedal cars and similar wheeled toys; dolls' carriages; dolls, other toys; reduced-scale ("scale") models and similar recreational models, working or not; puzzles of all kinds; parts and accessories thereof........................................... | ................. | Free | | 70% |
| | | "Children's products" as defined in 15 U.S.C. § 2052: | | | | |
| | | Inflatable toy balls, balloons and punchballs, of rubber: | | | | |
| | | Labeled or determined by importer as intended for use by persons: | | | | |
| | 11 | Under 3 years of age.......................................... | No. | | | |
| | 13 | 3 to 12 years of age.......................................... | No. | | | |
| | | Other: | | | | |
| | | Labeled or determined by importer as intended for use by persons: | | | | |
| | 71 | Under 3 years of age.......................................... | X | | | |
| | 73 | 3 to 12 years of age.......................................... | X | | | |
| | 90 | Other.................................................................. | X | | | |

**Harmonized Tariff Schedule of the United States (2018)**
Annotated for Statistical Reporting Purposes

XX
95-4

| Heading/ Subheading | Stat. Suf- fix | Article Description | Unit of Quantity | Rates of Duty | | |
|---|---|---|---|---|---|---|
| | | | | General | Special | 2 |
| 9504 | | Video game consoles and machines, articles for arcade, table or parlor games, including pinball machines, bagatelle, billiards and special tables for casino games; automatic bowling alley equipment; parts and accessories thereof: | | | | |
| 9504.20 | | Articles and accessories for billiards of all kinds: | | | | |
| 9504.20.20 | 00 | Balls.................................................. | No............ | Free | | 50% |
| 9504.20.40 | 00 | Chalk................................................. | No............ | Free | | 25% |
| 9504.20.60 | 00 | Tables............................................... | No............ | Free | | 33 1/3% |
| 9504.20.80 | 00 | Other, including parts and accessories...... | X............... | Free | | 33 1/3% |
| 9504.30.00 | | Other games, operated by coins, banknotes, bank cards, tokens or by any other means of payment, other than automatic bowling alley equipment; parts and accessories thereof.............................................. | ................. | Free | | 35% |
| | 10 | Video............................................... | X | | | |
| | | Other: | | | | |
| | | Games: | | | | |
| | 20 | Pinball machines and bell-type machines and consoles.................................. | X | | | |
| | 40 | Other.......................................... | X | | | |
| | 60 | Parts and accessories........................... | X | | | |
| 9504.40.00 | 00 | Playing cards........................................ | pack......... | Free | | 10¢/pack + 20% |
| 9504.50.00 | 00 | Video game consoles and machines, other than those of subheading 9504.30, and parts and accessories thereof.. | X............... | Free | | 35% |
| 9504.90 | | Other: | | | | |
| 9504.90.40 | 00 | Game machines, other than those operated by coins, banknotes (paper currency), discs or similar articles; parts and accessories thereof........................ | X............... | Free | | 35% |
| | | Other: | | | | |
| 9504.90.60 | 00 | Chess, checkers, parchisi, backgammon, darts and other games played on boards of a special design, all the foregoing games and parts there of (including their boards); mah-jong and dominoes; any of the foregoing games in combination with each other, or with other games, packaged together as a unit in immediate containers of a type used in retail sales; poker chips and dice............. | X............... | Free | | 40% |
| 9504.90.90 | | Other.............................................. | ................. | Free | | 40% |
| | 40 | Bowling balls................................... | No. | | | |
| | 60 | Bowling equipment and parts and accessories thereof......................... | X | | | |
| | 80 | Other.......................................... | X | | | |

| Heading/ Subheading | Stat. Suf- fix | Article Description | Unit of Quantity | Rates of Duty | | |
|---|---|---|---|---|---|---|
| | | | | 1 | | 2 |
| | | | | General | Special | |
| 9505 | | Festive, carnival or other entertainment articles, including magic tricks and practical joke articles; parts and accessories thereof: | | | | |
| 9505.10 | | Articles for Christmas festivities and parts and accessories thereof: | | | | |
| | | Christmas ornaments: | | | | |
| 9505.10.10 | 00 | Of glass.................................................. | X.............. | Free | | 60% |
| | | Other: | | | | |
| 9505.10.15 | 00 | Of wood.......................................... | X.............. | Free | | 20% |
| 9505.10.25 | 00 | Other.............................................. | X.............. | Free | | 20% |
| 9505.10.30 | 00 | Nativity scenes and figures thereof.............. | X.............. | Free | | 80% |
| | | Other: | | | | |
| 9505.10.40 | | Of plastics........................................ | .............. | Free | | 60% |
| | 10 | Artificial Christmas trees................... | No. | | | |
| | 20 | Other................................................ | X | | | |
| 9505.10.50 | | Other.............................................. | | Free | | 90% |
| | 10 | Artificial Christmas trees................... | No. | | | |
| | 20 | Other................................................ | X | | | |
| 9505.90 | | Other: | | | | |
| 9505.90.20 | 00 | Magic tricks and practical joke articles; parts and accessories thereof............................. | X.............. | Free | | 70% |
| 9505.90.40 | 00 | Confetti, paper spirals or streamers, party favors and noisemakers; parts and accessories thereof........... | X.............. | Free | | 45% |
| 9505.90.60 | 00 | Other.............................................. | X.............. | Free | | 25% |
| 9506 | | Articles and equipment for general physical exercise, gymnastics, athletics, other sports (including table-tennis) or outdoor games, not specified or included elsewhere in this chapter; swimming pools and wading pools; parts and accessories thereof: | | | | |
| | | Snow-skis and other snow-ski equipment; parts and accessories thereof: | | | | |
| 9506.11 | | Skis and parts and accessories thereof, except ski poles: | | | | |
| 9506.11.20 | 00 | Cross-country skis.............................. | prs............. | Free | | 33 1/3% |
| 9506.11.40 | | Other skis........................................ | .............. | 2.6% | Free (A, AU, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 33 1/3% |
| | 10 | Snowboards.................................. | No. | | | |
| | 80 | Other............................................ | prs. | | | |
| 9506.11.60 | 00 | Parts and accessories......................... | X.............. | Free | | 45% |
| 9506.12 | | Ski bindings and parts and accessories thereof: | | | | |
| 9506.12.40 | 00 | Cross-country..................................... | X.............. | Free | | 45% |
| 9506.12.80 | 00 | Other.................................................. | X.............. | 2.8% | Free (A, AU, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 45% |

| Heading/ Subheading | Stat. Suf- fix | Article Description | Unit of Quantity | Rates of Duty | | |
|---|---|---|---|---|---|---|
| | | | | 1 | | 2 |
| | | | | General | Special | |
| 9506 (con.) | | Articles and equipment for general physical exercise, gymnastics, athletics, other sports (including table-tennis) or outdoor games, not specified or included elsewhere in this chapter; swimming pools and wading pools; parts and accessories thereof: (con.) | | | | |
| | | Snow-skis and other snow-ski equipment; parts and accessories thereof: (con.) | | | | |
| 9506.19 | | Other: | | | | |
| 9506.19.40 | 00 | Cross-country.................................... | X.............. | Free | | 45% |
| 9506.19.80 | | Other................................................ | ................ | 2.8% | Free (A, AU, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 45% |
| | 40 | Ski poles and parts and accessories thereof............................................ | X | | | |
| | 80 | Other............................................ | X | | | |
| | | Water skis, surf boards, sailboards and other water- sport equipment; parts and accessories thereof: | | | | |
| 9506.21 | | Sailboards and parts and accessories thereof: | | | | |
| 9506.21.40 | 00 | Sailboards......................................... | No............ | Free | | 30% |
| 9506.21.80 | 00 | Parts and accessories........................ | X.............. | Free | | 30% |
| 9506.29.00 | | Other................................................ | ................ | Free | | 40% |
| | 20 | Water skis......................................... | prs. | | | |
| | 30 | Surf boards....................................... | No. | | | |
| | 80 | Other............................................ | X | | | |
| | | Golf clubs and other golf equipment; parts and accessories thereof: | | | | |
| 9506.31.00 | 00 | Golf clubs, complete........................... | No............ | 4.4% | Free (A, AU, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 30% |
| 9506.32.00 | 00 | Balls................................................. | doz............ | Free | | 30% |
| 9506.39.00 | | Other................................................ | ................ | 4.9% | Free (A, AU, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 30% |
| | 60 | Parts of golf clubs.............................. | X | | | |
| | 80 | Other............................................ | X | | | |
| 9506.40.00 | 00 | Articles and equipment for table-tennis, and parts and accessories thereof.......................... | X.............. | 5.1% | Free (A, AU, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 30% |

**Harmonized Tariff Schedule of the United States (2018)**
Annotated for Statistical Reporting Purposes

XX
95-7

| Heading/ Subheading | Stat. Suf- fix | Article Description | Unit of Quantity | Rates of Duty | | |
|---|---|---|---|---|---|---|
| | | | | 1 | | 2 |
| | | | | General | Special | |
| 9506 (con.) | | Articles and equipment for general physical exercise, gymnastics, athletics, other sports (including table-tennis) or outdoor games, not specified or included elsewhere in this chapter; swimming pools and wading pools; parts and accessories thereof: (con.) | | | | |
| | | Tennis, badminton or similar rackets, whether or not strung; parts and accessories thereof: | | | | |
| 9506.51 | | Lawn-tennis rackets, whether or not strung, and parts and accessories thereof: | | | | |
| 9506.51.20 | 00 | Rackets, strung............................................... | No............ | 5.3% | Free (A, AU, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 30% |
| 9506.51.40 | 00 | Rackets, not strung............................... | No............ | 3.9% | Free (A, AU, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 30% |
| 9506.51.60 | 00 | Parts and accessories............................. | X............ | 3.1% | Free (A, AU, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 30% |
| 9506.59 | | Other: | | | | |
| 9506.59.40 | | Badminton rackets and parts and accessories thereof................. | ................. | 5.6% | Free (A, AU, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 30% |
| | 40 | Rackets and racket frames................................ | No. | | | |
| | 80 | Other parts and accessories.......................... | X | | | |
| 9506.59.80 | | Other.................................................. | ................. | 4% | Free (A, AU, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 40% |
| | 20 | Racquetball rackets........................ | No. | | | |
| | 40 | Squash rackets............................. | No. | | | |
| | 60 | Other, including parts and accessories.......... | X | | | |

**Harmonized Tariff Schedule of the United States (2018)**

Annotated for Statistical Reporting Purposes

XX
95-8

| Heading/ Subheading | Stat. Suf- fix | Article Description | Unit of Quantity | Rates of Duty | | |
|---|---|---|---|---|---|---|
| | | | | 1 | | 2 |
| | | | | General | Special | |
| 9506 (con.) | | Articles and equipment for general physical exercise, gymnastics, athletics, other sports (including table-tennis) or outdoor games, not specified or included elsewhere in this chapter; swimming pools and wading pools; parts and accessories thereof: (con.) | | | | |
| | | Balls, other than golf balls and table-tennis balls: | | | | |
| 9506.61.00 | 00 | Lawn-tennis balls.............................................. | No............ | Free | | 30% |
| 9506.62 | | Inflatable balls: | | | | |
| 9506.62.40 | | Footballs and soccer balls.............................. | .................. | Free | | 30% |
| | 40 | Footballs.......................................... | No. | | | |
| | 80 | Soccer balls...................................... | No. | | | |
| 9506.62.80 | | Other.............................................................. | .................. | 4.8% 1/ | Free (A, AU, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 30% |
| | 20 | Basketballs....................................... | No. | | | |
| | 40 | Volleyballs........................................ | No. | | | |
| | 60 | Other................................................ | No. | | | |
| 9506.69 | | Other: | | | | |
| 9506.69.20 | | Baseballs and softballs................................. | .................. | Free | | 30% |
| | 40 | Baseballs.......................................... | No. | | | |
| | 80 | Softballs........................................... | No. | | | |
| 9506.69.40 | 00 | Noninflatable hollow balls not over 19 cm in diameter........................................................ | No............ | 5.4% | Free (A, AU, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 70% |
| 9506.69.60 | | Other.............................................................. | .................. | 4.9% | Free (A, AU, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 30% |
| | 10 | Polo balls......................................... | No. | | | |
| | 20 | Other................................................ | X | | | |
| 9506.70 | | Ice skates and roller skates, including skating boots with skates attached; parts and accessories thereof: | | | | |
| 9506.70.20 | | Roller skates and parts and accessories thereof....... | .................. | Free | | 20% |
| | 10 | Attached to boots............................. | prs. | | | |
| | 90 | Other................................................ | X | | | |
| 9506.70.40 | 00 | Ice skates with footwear permanently attached.......... | prs............ | 2.9% | Free (A, AU, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 20% |
| 9506.70.60 | | Other, including parts and accessories for ice skates with footwear permanently attached............................ | .................. | Free | | 20% |
| | 40 | Ice skates........................................ | prs. | | | |
| | 80 | Parts and accessories...................... | prs. | | | |

1/ See subheadings 9902.13.07, 9902.13.08, 9902.13.09, and 9902.13.10.

**Harmonized Tariff Schedule of the United States (2018)**
Annotated for Statistical Reporting Purposes

XX
95-9

| Heading/ Subheading | Stat. Suf- fix | Article Description | Unit of Quantity | Rates of Duty | | |
|---|---|---|---|---|---|---|
| | | | | 1 | | 2 |
| | | | | General | Special | |
| 9506 (con.) | | Articles and equipment for general physical exercise, gymnastics, athletics, other sports (including table-tennis) or outdoor games, not specified or included elsewhere in this chapter; swimming pools and wading pools; parts and accessories thereof: (con.) | | | | |
| | | Other: | | | | |
| 9506.91.00 | | Articles and equipment for general physical exercise, gymnastics or athletics; parts and accessories thereof.................................. | .................. | 4.6% | Free (A, AU, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 40% |
| | 10 | Exercise cycles.................................. | No. | | | |
| | 20 | Exercise rowing machines.................... | No. | | | |
| | 30 | Other.................................................... | X | | | |
| 9506.99 | | Other: | | | | |
| 9506.99.05 | | Archery articles and equipment and parts and accessories thereof.............................. | .................. | Free | | 35% |
| | 10 | Bows and bow parts.............................. | X | | | |
| | 20 | Arrows and arrow parts.......................... | X | | | |
| | 30 | Other.................................................... | X | | | |
| | | Badminton articles and equipment, except rackets, and parts and accessories thereof: | | | | |
| 9506.99.08 | 00 | Nets of cotton......................................... | No............ kg | 2.8% | Free (A+, AU, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 30% |
| 9506.99.12 | 00 | Other........................................................ | X............. | 5.6% | Free (A, AU, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 30% |
| 9506.99.15 | 00 | Baseball articles and equipment, except balls, and parts and accessories thereof............................... | X............. | Free | | 30% |
| 9506.99.20 | 00 | Football, soccer and polo articles and equip- ment, except balls, and parts and accessories thereof.... | X............... | Free | | 30% |
| 9506.99.25 | | Ice-hockey and field-hockey articles and equipment, except balls and skates, and parts and accessories thereof............................... | .................. | Free | | 30% |
| | 40 | Ice-hockey sticks................................... | No. | | | |
| | 80 | Other, including parts and accessories........... | X | | | |
| 9506.99.28 | 00 | Lacrosse sticks............................................ | No............ | Free | | 30% |
| 9506.99.30 | 00 | Lawn-tennis articles and equipment, except balls and rackets, and parts and accessories thereof.... | X............. | 3.1% | Free (A, AU, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 30% |
| 9506.99.35 | 00 | Skeet targets............................................ | doz........... | Free | | 20% |

# Harmonized Tariff Schedule of the United States (2018)
Annotated for Statistical Reporting Purposes

XX
95-10

| Heading/ Subheading | Stat. Suf- fix | Article Description | Unit of Quantity | Rates of Duty | | |
|---|---|---|---|---|---|---|
| | | | | 1 | | 2 |
| | | | | General | Special | |
| 9506 (con.) | | Articles and equipment for general physical exercise, gymnastics, athletics, other sports (including table-tennis) or outdoor games, not specified or included elsewhere in this chapter; swimming pools and wading pools; parts and accessories thereof: (con.) | | | | |
| | | Other: (con.) | | | | |
| 9506.99 (con.) | | Other: (con.) | | | | |
| | | Sleds, bobsleds, toboggans and the like and parts and accessories thereof: | | | | |
| 9506.99.40 | 00 | Toboggans; bobsleds and luges of a kind used in international competition.............................. | No............ | Free | | Free |
| 9506.99.45 | 00 | Other, including parts and accessories........... | X................ | 2.8% | Free (A, AU, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 45% |
| 9506.99.50 | 00 | Snowshoes and parts and accessories thereof..... | X................ | 2.6% | Free (A, AU, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 33 1/3% |
| 9506.99.55 | 00 | Swimming pools and wading pools and parts and accessories thereof................................. | X................ | 5.3% | Free (A, AU, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 80% |
| 9506.99.60 | | Other................................................. | ................ | 4% | Free (A, AU, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 40% |
| | 40 | Nets not elsewhere specified or included....... | kg | | | |
| | 80 | Other................................................. | X | | | |

**Harmonized Tariff Schedule of the United States (2018)**
Annotated for Statistical Reporting Purposes

XX
95-11

| Heading/<br>Subheading | Stat.<br>Suf-<br>fix | Article Description | Unit<br>of<br>Quantity | Rates of Duty | | |
|---|---|---|---|---|---|---|
| | | | | 1 | | 2 |
| | | | | General | Special | |
| 9507 | | Fishing rods, fish hooks and other line fishing tackle; fish landing nets, butterfly nets and similar nets; decoy "birds" (other than those of heading 9208 or 9705) and similar hunting or shooting equipment; parts and accessories thereof: | | | | |
| 9507.10.00 | | Fishing rods and parts and accessories thereof............... | .................. | 6% | Free (A+, AU, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 55% |
| | 40 | Fishing rods................................................. | No. | | | |
| | 80 | Parts and accessories....................................... | X | | | |
| 9507.20 | | Fish hooks, whether or not snelled: | | | | |
| 9507.20.40 | 00 | Snelled hooks............................................... | X............. | 4% | Free (A, AU, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 55% |
| 9507.20.80 | 00 | Other....................................................... | X............. | 4.8% | Free (A, AU, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 45% |
| 9507.30 | | Fishing reels and parts and accessories thereof:<br>Fishing reels: | | | | |
| 9507.30.20 | 00 | Valued not over $2.70 each.................................. | No............. | 9.2% | Free (A+, AU, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 55% |
| 9507.30.40 | 00 | Valued over $2.70 but not over $8.45 each........... | No............. | 24¢ each | Free (A+, AU, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 55% |
| 9507.30.60 | 00 | Valued over $8.45 each...................................... | No............. | 3.9% | Free (A, AU, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 55% |
| 9507.30.80 | 00 | Parts and accessories...................................... | X............. | 5.4% | Free (A, AU, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 55% |

**Harmonized Tariff Schedule of the United States (2018)**
Annotated for Statistical Reporting Purposes

XX
95-12

| Heading/ Subheading | Stat. Suf- fix | Article Description | Unit of Quantity | Rates of Duty | | |
|---|---|---|---|---|---|---|
| | | | | 1 | | 2 |
| | | | | General | Special | |
| 9507 (con.) | | Fishing rods, fish hooks and other line fishing tackle; fish landing nets, butterfly nets and similar nets; decoy "birds" (other than those of heading 9208 or 9705) and similar hunting or shooting equipment; parts and accessories thereof: (con.) | | | | |
| 9507.90 | | Other: | | | | |
| 9507.90.20 | 00 | Fishing line put up and packaged for retail sale.......... | X................ | 3.7% | Free (A, AU, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 65% |
| 9507.90.40 | 00 | Fishing casts or leaders................................. | doz............ | 5.6% | Free(A, AU, BH, CA, CL, CO, D, E, , IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 55% |
| 9507.90.60 | 00 | Fish landing nets, butterfly nets and similar nets......... | No............. | 5% | Free (A, AU, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 40% |
| | | Other, including parts and accessories: | | | | |
| 9507.90.70 | 00 | Artificial baits and flies.............................. | doz............ | 9% | Free (A+, AU, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 55% |
| 9507.90.80 | 00 | Other, including parts and accessories................. | X................ | 9% | Free (A, AU, BH, CA, CL, CO, D, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 55% |
| 9508 | | Merry-go-rounds, boat-swings, shooting galleries and other fairground amusements; traveling circuses and traveling menageries; traveling theaters; parts and accessories thereof: | | | | |
| 9508.10.00 | 00 | Traveling circuses and traveling menageries; parts and accessories............................................ | X................ | Free | | 35% |
| 9508.90.00 | 00 | Other................................................. | X................ | Free | | 35% |

**87.11 - Motorcycles (including mopeds) and cycles fitted with an auxiliary motor, with or without side-cars; side-cars.**

8711.10 - With internal combustion piston engine of a cylinder capacity not exceeding 50 cc

8711.20 - With internal combustion piston engine of a cylinder capacity exceeding 50 cc but not exceeding 250 cc

8711.30 - With internal combustion piston engine of a cylinder capacity exceeding 250 cc but not exceeding 500 cc

8711.40 - With internal combustion piston engine of a cylinder capacity exceeding 500 cc but not exceeding 800 cc

8711.50 - With internal combustion piston engine of a cylinder capacity exceeding 800 cc

8711.60 - With electric motor for propulsion

8711.90 - Other

This heading covers a group of two-wheeled motorised vehicles which are essentially designed for carrying persons.

In addition to motorcycles of the conventional type, the heading includes motor-scooters, characterised by their small wheels and by a horizontal platform which joins the front and rear portions of the vehicle; mopeds, equipped with both a built-in engine and a pedal system; and cycles fitted with an auxiliary motor.

This heading also covers two-wheeled, electrically-powered transportation devices, designed for carrying a single person, for use within low speed areas such as pavements (sidewalks), paths, and bicycle lanes. Their technology allows the rider to stand upright while a system composed of gyroscope sensors and multiple onboard microprocessors maintains both the device's and rider's balance on two independent, non-tandem wheels. Motorcycles of this heading, which are propelled by one or more electric motors, are known as "Electric Motorcycles". These motorcycles incorporate an electric accumulator pack supplying power to the electric motors. The electric accumulators of these "plug-in" type motorcycles can be recharged by plugging them into an electrical power grid outlet or charging station.

Motorcycles may be equipped to protect the driver against the weather or be fitted with a side-car.

Three-wheeled vehicles (e.g., the "delivery tricycle" type) are also classified here **provided** they do not have the characteristics of motor vehicles of heading 87.03 or heading 87.04 (see the Explanatory Notes to headings 87.03 and 87.04).

The heading further covers side-cars of all kinds, a type of vehicle which is designed for the transport of passengers or goods, and which cannot be used independently. They are equipped with a wheel on one side, the other side bearing fittings enabling the side-car to be attached to, and to travel alongside, a cycle or motorcycle.

The heading **excludes** :

(a)   Four-wheeled motor vehicles, for the transport of persons, with tube chassis, having a motor-car type steering system (e.g., a steering system based on the Ackerman principle) (**heading 87.03**).

(b)   Trailers designed for attachment to a cycle or motorcycle (**heading 87.16**).

Chapter 95

## Toys, games and sports requisites; parts and accessories thereof

**Notes.**

1.- This Chapter does not cover :

(a)   Candles (heading 34.06);

(b)   Fireworks or other pyrotechnic articles of heading 36.04;

(c)   Yarns, monofilament, cords or gut or the like for fishing, cut to length but not made up into fishing lines, of Chapter 39, heading 42.06 or Section XI;

(d)   Sports bags or other containers of heading 42.02, 43.03 or 43.04;

(e)   Fancy dress of textiles, of Chapter 61 or 62; sports clothing and special articles of apparel of textiles, of Chapter 61 or 62, whether or not incorporating incidentally protective components such as pads or padding in the elbow, knee or groin areas (for example, fencing clothing or soccer goalkeeper jerseys);

(f)   Textile flags or bunting, or sails for boats, sailboards or land craft, of Chapter 63;

(g)   Sports footwear (other than skating boots with ice or roller skates attached) of Chapter 64, or sports headgear of Chapter 65;

(h)   Walking-sticks, whips, riding-crops or the like (heading 66.02), or parts thereof (heading 66.03);

(ij)   Unmounted glass eyes for dolls or other toys, of heading 70.18;

(k)   Parts of general use, as defined in Note 2 to Section XV, of base metal (Section XV), or similar goods of plastics (Chapter 39);

(l)   Bells, gongs or the like of heading 83.06;

(m)   Pumps for liquids (heading 84.13), filtering or purifying machinery and apparatus for liquids or gases (heading 84.21), electric motors (heading 85.01), electric transformers (heading 85.04) , discs, tapes, solid-state non-volatile storage devices, "smart cards" and other media for the recording of sound or of other phenomena, whether or not recorded (heading 85.23), radio remote control apparatus (heading 85.26) or cordless infrared remote control devices (heading 85.43);

(n)   Sports vehicles (other than bobsleighs, toboggans and the like) of Section XVII;

(o)   Children's bicycles (heading 87.12);

(p)   Unmanned aircraft (heading 88.06);

(q)   Sports craft such as canoes and skiffs (Chapter 89), or their means of propulsion (Chapter 44 for such articles made of wood);

(r)   Spectacles, goggles or the like, for sports or outdoor games (heading 90.04);

(s)   Decoy calls or whistles (heading 92.08);

(t)   Arms or other articles of Chapter 93;

(u)   Electric garlands of all kinds (heading 94.05);

(v)   Monopods, bipods, tripods and similar articles (heading 96.20);

(w)   Racket strings, tents or other camping goods, or gloves, mittens and mitts (classified according to their constituent material); or

(x)   Tableware, kitchenware, toilet articles, carpets and other textile floor coverings, apparel, bed linen, table linen, toilet linen, kitchen linen and similar articles having a utilitarian function (classified according to their constituent material).

2.-  This Chapter includes articles in which natural or cultured pearls, precious or semi-precious stones (natural, synthetic or reconstructed), precious metal or metal clad with precious metal constitute only minor constituents.

3.-  Subject to Note 1 above, parts and accessories which are suitable for use solely or principally with articles of this Chapter are to be classified with those articles.

4.-  Subject to the provisions of Note 1 above, heading 95.03 applies, *inter alia*, to articles of this heading combined with one or more items, which cannot be considered as sets under the terms of General Interpretative Rule 3 (b), and which, if presented separately, would be classified in other headings, provided the articles are put up together for retail sale and the combinations have the essential character of toys.

5.-  Heading 95.03 does not cover articles which, on account of their design, shape or constituent material, are identifiable as intended exclusively for animals, for example, "pet toys" (classification in their own appropriate heading).

6.-  For the purposes of heading 95.08 :

(a)   The expression "amusement park rides" means a device or combination of devices or equipment that carry, convey, or direct a person or persons over or through a fixed or restricted course, including watercourses, or within a defined area for the primary purposes of amusement or entertainment. Such rides may be combined within an amusement park, theme park, water park or fairground.These amusement park rides do not include equipment of a kind commonly installed in residences or playgrounds;

(b)   The expression "water park amusements" means a device or combination of devices or equipment that are characterised by a defined area involving water, with no purposes built path. Water park amusements only include equipment designed specifically for water parks; and

(c)   The expression "fairground amusements" means games of chance, strength or skill, which commonly employ an operator or attendant and may be installed in permanent buildings or independent concession stalls. Fairground amusements do not include equipment of heading 95.04.

This heading does not include equipment more specifically classified elsewhere in the Nomenclature.

**Subheading Note.**

1.-  Subheading 9504.50 covers :

(a)   Video game consoles from which the image is reproduced on a television receiver, a monitor or other external screen or surface; or

(b)   Video game machines having a self-contained video screen, whether or not portable.

This subheading does not cover video game consoles or machines operated by coins, banknotes, bank cards, tokens or by any other means of payment (subheading 9504.30).

## GENERAL

This Chapter covers toys of all kinds whether designed for the amusement of children or adults. It also includes equipment for indoor or outdoor games, appliances and apparatus for sports, gymnastics or athletics, certain requisites for fishing, hunting or shooting, and roundabouts and other fairground amusements.

Each of the headings of this Chapter also covers identifiable parts and accessories of articles of this Chapter which are suitable for use solely or principally therewith, and **provided** they are **not** articles excluded by Note 1 to this Chapter.

The articles of this Chapter may, in general, be made of any material **except** natural or cultured pearls, precious or semi-precious stones (natural, synthetic or reconstructed), precious metal or metal clad with precious metal. They may, however, incorporate **minor constituents** made of these materials.

Apart from the articles excluded in the following Explanatory Notes, this Chapter also **excludes** :

(a)   Fireworks or other pyrotechnic articles of **heading 36.04**.

(b)   Rubber tyres and other articles of **heading 40.11, 40.12** or **40.13**.

(c)   Tents and camping goods (generally **heading 63.06**).

(d)     Pumps for liquids (**heading 84.13**), filtering or purifying machinery and apparatus for liquids or gases (**heading 84.21**), electric motors (**heading 85.01**), electric transformers (**heading 85.04**), discs, tapes, solid-state non-volatile storage devices, "smart cards" and other media for the recording of sound or of other phenomena, whether or not recorded (**heading 85.23**), radio remote control apparatus (**heading 85.26**) or cordless infrared remote control devices (**heading 85.43**).

(e)   Arms and other articles of **Chapter 93**.

# Harmonized System

Search a HS code, a keyword, an INN nun          Advanced search

Edition    [ 2022        ∨ ]        **Show last update only**        Language    [ English        ∨ ]

| General Rules for the Interpretation of the Harmonized System | → |

| Section I | | LIVE ANIMALS; ANIMAL PRODUCTS | ❯ |

| Section II | | VEGETABLE PRODUCTS | ❯ |

| Section III | | ANIMAL, VEGETABLE OR MICROBI… | ❯ |

| Section IV | | PREPARED FOODSTUFFS; BEVERA… | ❯ |

| Section V | | MINERAL PRODUCTS | ❯ |

| Section VI | | PRODUCTS OF THE CHEMICAL O… | ❯ |

This website uses cookies to allow the connection to your session, to facilitate navigation and to make anonymous audience reports. By continuing to use our website, you agree to our use of cookies. more information

ACCEPT



**Section VIII** | RAW HIDES AND SKINS, LEATHER, ... >

**Section IX** | WOOD AND ARTICLES OF WOOD;... >

**Section X** | PULP OF WOOD OR OF OTHER FI... >

**Section XI** | TEXTILES AND TEXTILE ARTICLES >

**Section XII** | FOOTWEAR, HEADGEAR, UMBREL... >

**Section XIII** | ARTICLES OF STONE, PLASTER, CE... >

**Section XIV** | NATURAL OR CULTURED PEARLS, ... >

**Section XV** | BASE METALS AND ARTICLES OF B... >

**Section XVI** | MACHINERY AND MECHANICAL APPLIANCES; ELECTRICAL EQUIPMENT; PARTS THEREOF; SOUND RECORDERS AND REPRODUCERS, TELEVISION IMAGE AND SOUND RECORDERS AND REPRODUCERS, AND PARTS AND ACCESSORIES OF SUCH ARTICLES ⌄

⊕ Add to folder
⧉ See ROO
▤ Compare
...

Legal Notes    Explanatory Notes    Classification Opinions

✎ Add comment          ⊚ Add tag

This website uses cookies to allow the connection to your session, to facilitate navigation and to make anonymous audience reports. By continuing to use our website, you agree to our use of cookies. more information

ACCEPT

Chapter 85

Electrical machinery and equipment and …

## Section XVII

**VEHICLES, AIRCRAFT, VESSELS AND ASSOCIATED TRANSPORT EQUIPMENT**

+ Add to folder

⤢ See ROO

⧉ Compare

•••

✎ Add comment          ⌕ Add tag

| Legal Notes | Explanatory Notes | Classification Opinions |
| --- | --- | --- |

---

Chapter 86          Railway or tramway locomotives, rolling-…

---

Chapter 87          **Vehicles other than railway or tramway rolling-stock, and parts and accessories thereof**

+ Add to folder

⤢ See ROO

⧉ Compare

•••

✎ Add comment          ⌕ Add tag

| Legal Notes | Explanatory Notes | Classification Opinions |
| --- | --- | --- |

---

Heading 8701          Tractors (other than tractors of heading …

---

Heading 8702          Motor vehicles for the transport of ten o…

---

Heading 8703          Motor cars and other motor vehicles pri…

---

Heading 8704          Motor vehicles for the transport of goods.

---

Heading 8705          Special purpose motor vehicles, other th…

---

This website uses cookies to allow the connection to your session, to facilitate navigation and to make anonymous audience reports. By continuing to use our website, you agree to our use of cookies. more information          ACCEPT

| | | |
|---|---|---|
| Heading 8708 | Parts and accessories of the motor vehicl… | › |
| Heading 8709 | Works trucks, self-propelled, not fitted … | › |
| Heading 8710 | Tanks and other armoured fighting vehicl… | › |
| Heading 8711 | Motorcycles (including mopeds) and cycles fitted with an auxiliary motor, with or without side-cars; side-cars. | ⌄ |

- Add to folder
- See ROO
- Compare

···

Legal Notes | Explanatory Notes | Classification Opinions

Add comment          Add tag

| | | |
|---|---|---|
| 8711.10 | - With internal combustion piston engine… | › |
| 8711.20 | - With internal combustion piston engine… | › |
| 8711.30 | - With internal combustion piston engine… | › |
| 8711.40 | - With internal combustion piston engine… | › |
| 8711.50 | - With internal combustion piston engine… | › |
| 8711.60 | - With electric motor for propulsion | ⌄ |

- Add to folder
- See ROO

Legal Notes | Explanatory Notes | Classification Opinions

This website uses cookies to allow the connection to your session, to facilitate navigation and to make anonymous audience reports. By continuing to use our website, you agree to our use of cookies. more information          ACCEPT

areas such as pavements (sidewalks), paths, and bicycle lanes. Its technology allows the rider to stand upright while a system composed of gyroscope sensors and multiple onboard microprocessors maintains both the device's and rider's balance on two independent, non-tandem wheels.

It has a sensor system comprising five solid-state silicon gyroscopes, a control system comprising 10 onboard microprocessors, and an electric drive system comprising two brushless servo motors that have a maximum output of 2 hp. It is powered by two rechargeable batteries.

**Application of GIRs 1 and 6.**

Adoption : 2007 + 2016



---

2.   **Two-wheeled, self-balancing, electrically-powered transportation device**, designed for carrying a single person, for use

This website uses cookies to allow the connection to your session, to facilitate navigation and to make anonymous audience reports. By continuing to use our website, you agree to our use of cookies. more information

ACCEPT

maximum distance per charge is 15-20 km.

Through the built-in gyroscope and acceleration sensors, the device uses the dynamic balance principle to control moving forward, backward, turning and stopping. It is controlled by the changes of the operator's body posture.

**Application of GIRs 1 and 6.**

Adoption : 2017



✎ Add comment          🏷 Add tag

---

8711.90          - Other          ⌄

⊕ Add to folder     Legal Notes      Explanatory Notes      Classification Opinions

⧉ See ROO

📄 Compare          ✎ Add comment          🏷 Add tag

• • •

---

Heading 8712          Bicycles and other cycles (including deliv…          ›

---

Heading 8713          Carriages for disabled persons, whether …          ›

Heading 8714          Parts and accessories of vehicles of head…          ›

This website uses cookies to allow the connection to your session, to facilitate navigation and to make anonymous audience reports. By continuing to use our website, you agree to our use of cookies. more information

ACCEPT

| Heading 8716 | Trailers and semi-trailers; other vehicles,... | › |
| Chapter 88 | Aircraft, spacecraft, and parts thereof | › |
| Chapter 89 | Ships, boats and floating structures | › |
| Section XVIII | OPTICAL, PHOTOGRAPHIC, CINE... | › |
| Section XIX | ARMS AND AMMUNITION; PARTS ... | › |
| Section XX | MISCELLANEOUS MANUFACTURE... | › |
| Section XXI | WORKS OF ART, COLLECTORS' PIE... | › |

Alphabetical index 🔤

Additional texts ＋

This website uses cookies to allow the connection to your session, to facilitate navigation and to make anonymous audience reports. By continuing to use our website, you agree to our use of cookies. more information

ACCEPT