UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HONORABLE JANE A. RESTANI, JUDGE

| | |
|---|---|
| 3BTECH, INC., *Plaintiff,* v. UNITED STATES, *Defendant.* | Court No. **21-cv-00026** |

### ORDER

Upon consideration of the Joint Proposed Scheduling Order (ECF No. 48), and upon due deliberation, it is hereby

ORDERED that the Joint Proposed Scheduling Order is granted; and it is further

ORDERED that Plaintiff's combined response to Defendant's cross-motion for summary judgment and reply in further support of Plaintiff's motion for summary judgment is due to be filed on or before February 14, 2025, and the Rules of this Court shall govern any further deadlines.

/s/   Jane A. Restani
HON. JANE A. RESTANI, JUDGE

Dated: New York, New York

This 10th day of December, 2024.