**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: HON. JANE A. RESTANI, RENIOR JUDGE**

------------------------------------------------------------------ X
**3B TECH, INC.,**                                               :
                                                                 :
      **Plaintiff,**                :
                                                                 :
      *v.*                          :    No. 21-cv-00026
                                                                 :
**UNITED STATES,**                                               :
                                                                 :
      **Defendant.**                :
------------------------------------------------------------------ X

## ORDER

Upon consideration of the Motion for Leave to Appear as *Amicus Curiae* filed by GoLabs, Inc. d/b/a GoTrax and all other pertinent papers and proceedings herein; it is hereby:

**ORDERED** that the Motion is GRANTED; and it is further;

**ORDERED** that the Brief of Amicus Curiae GoLabs Inc. is entered on the docket in this action.

                                                  /s/    Jane A. Restani

                                                               Judge

Dated: _____February 14__, 2025

New York, NY