UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. JANE A. RESTANI, JUDGE

| | |
|---|---|
| 3BTECH, INC. | : |
| Plaintiff, | : |
| v. | : Court No. 21-00026 |
| | : Test Case* |
| UNITED STATES OF AMERICA, | : |
| Defendant. | : |

# ORDER

Upon reading defendant's consent motion for an extension of time to file a briefing schedule, it is hereby

ORDERED that defendant's consent motion be, and hereby is, granted; and it is

ORDERED that defendant's time to file a briefing schedule is extended from November 17, 2025 to and including, December 17, 2025.

_____
JUDGE

Dated: New York, New York
This _____ day of _____, 2025

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. JANE A. RESTANI, JUDGE

|  |  |
|---|---|
| 3BTECH, INC. | : |
|  | : |
| Plaintiff, | : |
| v. | : Court No. 21-00026 |
|  | : Test Case* |
| UNITED STATES OF AMERICA, | : |
|  | : |
| Defendant. | : |
|  | : |

**DEFENDANT'S CONSENT MOTION TO EXTEND TIME
TO FILE A BRIEFING SCHEDULE**

The United States, defendant, pursuant to Rules 6(b), and 7 of the United States Court of International Trade, respectfully moves this Court for a thirty (30) day extension of time, from November 17, 2025, to and including, December 17, 2025, to file a briefing schedule with the Court. This is the first request for an extension of time of the briefing schedule following the conclusion of the stay for lapse of appropriations.[1]

When a motion is made prior to a filing deadline, the Court may, for good cause, extend the time within which a party must act. *See* USCIT Rule 6(b)(1)(A). Good cause requires the moving party to show that the deadline for which an extension is sought cannot reasonably be met despite the movant's diligent efforts to comply with the

---

[1] The Court in its amended paperless order, docket no. 71 in this test case, granted the Government's request for a stay of the test case pending the restoration of appropriations, and noted that the deadline for the Government "to file an answer and for the parties to submit a briefing schedule is extended for the number of days that a government shutdown continues." The Court's Clerk informed counsel for the parties by email that the deadline for the Government to file its answer and the parties to submit a briefing schedule is Monday November 17, 2025. While scheduling for the Government's reply brief in support of its cross-motion remains pending, an answer in the test case was filed on February 8, 2022 and no complaint has been filed in the three suspended cases under the test case for which an answer would be required (Court Nos. 20-3817, 20-3729 and 13-0016).

1

schedule. *See High Point Design LLC v. Buyers Direct, Inc.*, 730 F.3d 1301, 1319 (Fed. Cir. 2013) (discussing "good cause" in the context of Federal Rule of Civil Procedure 16(b)); *United States v. Horizon Prods. Int'l, Inc.*, 38 CIT ___, ___, 34 F. Supp. 3d 1365, 1367 (2014) (diligence is the "primary consideration" under the general good cause standard applicable to USCIT Rules 6(b) and 16(b)).

Good cause exists for this motion. Yesterday, November 13, 2025, was the first day undersigned counsel was permitted to resume his usual civil litigation functions since the Government lapse in appropriations at the end of the day on September 30, 2025. Additionally, during the pendency of the furlough, U.S. Customs and Border Protection (CBP) evaluated information submitted by plaintiff preceding the shutdown, and as a result of this review, it is anticipated that the test case and three suspended cases will likely be resolved without the need for litigation. Consequently, defendant with the consent of plaintiff, respectfully requests an additional 30 days to file a briefing schedule for its reply brief to allow for the likely conclusion of this test case and the three suspended cases by way of stipulation.

Defendant's counsel spoke with Plaintiff's counsel, Mr. Serj Kiyasov on November 14, 2025, who consented to the relief requested by this motion.

WHEREFORE, defendant respectfully requests that its consent motion be granted.

Dated: November 14, 2025           Respectfully submitted,

                                   BRETT A. SHUMATE
                                   Assistant Attorney General
                                   Civil Division

                                   PATRICIA McCARTHY
                                   Director

By:  JUSTIN R. MILLER
Attorney-In-Charge

/s/ Aimee Lee
AIMEE LEE
Assistant Director

/s/Edward F. Kenny
EDWARD F. KENNY
Senior Trial Counsel
International Trade Field Office
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza, Room 346
New York, New York 10278
Attorneys for Defendant
(212) 264-0480 or 9230

3