UNITED STATES COURT OF INTERNATIONAL TRADE        FORM 9
BEFORE: HONORABLE JANE A. RESTANI, JUDGE

3BTECH, INC.,
                *Plaintiff,*

v.                                                                                     **Court No. 21-cv-00026**

UNITED STATES,
                *Defendant.*

## STIPULATED JUDGMENT ON AGREED STATEMENT OF FACTS

This action, as prescribed by Rule 58.1 of the Rules of the United States Court of International Trade, is stipulated for judgment on the following agreed statement of facts in which the parties agree that:

1. The protests and the action involved herein were filed within the time provided by law, and all liquidated duties, charges or exactions have been paid prior to the filing of the summons.

2. The imported merchandise covered by the entries set forth on Schedule A, attached, consists of various models of Swagtron® Hoverboards with electric motors for propulsion, each of a power not exceeding 1,000 W.

3. The imported merchandise was classified by U.S. Customs and Border Protection or its predecessors as motorcycles with electric motors for propulsion under subheading 8711.60.0000 of the Harmonized Tariff Schedule of the United States ("HTSUS"), or other motorcycles under subheading 8711.90.0100, HTSUS, each of which are duty-free provisions; and heading 9903.88.02, HTSUS, pursuant to Section 301 of the Trade Act of 1974, 19 U.S.C. § 2411, imposing duties at the rate of 25% *ad valorem* on products of the People's Republic of China.

4. The stipulable imported merchandise identified in the attached schedule is classifiable as motorcycles with electric motors for propulsion under subheading 8711.60.0000, HTSUS, a duty-free provision; and heading 9903.88.17, HTSUS, by application of the exclusion from duties imposed by heading 9903.88.02, HTSUS, issued by the Office of the United States Trade Representative and described in U.S. Note 20(v)(86) to Subchapter III of Chapter 99, HTSUS, providing for "[m]otorcycles with electric power for propulsion, each of a power not exceeding 1,000 W (. . . described in statistical reporting number 8711.60.0000, effective prior to July 1, 2019)."

5. The imported merchandise, covered by the entries set forth on the attached schedule, is stipulable in accordance with this agreement.

6. Any refunds payable by reason of this judgment are to be paid with any interest provided for by law.

7. All other claims and non-stipulable entries are abandoned.

8. Each party will bear its own costs and attorney's fees.

Stipulated Judgment On Agreed Statement Of Facts,
3BTECH, INC. v. UNITED STATES,
Court No. 21-cv-00026                                                                                       Page **3** of **5**

| | |
|---|---|
| | Respectfully submitted, |
| By: /s/ Serhiy Kiyasov 12-17-2025<br>SERHIY KIYASOV<br>ROCK TRADE LAW LLC<br>134 North LaSalle Street, Suite 1800<br>Chicago, Illinois 60602<br>312-824-6195 (telephone)<br>skiyasov@rocktradelaw.com (e-mail)<br>Counsel For Plaintiff 3BTech, Inc. | BRETT A. SHUMATE<br>Assistant Attorney General<br>Civil Division<br><br>PATRICIA M. McCARTHY<br>Director<br><br>By: _/s/_ 12/16/25<br>JUSTIN R. MILLER<br>Attorney-In-Charge<br>International Trade Field Office<br><br>_/s/_ 12/16/25<br>EDWARD F. KENNY<br>Senior Trial Counsel<br>Civil Division, Dept. of Justice<br>Commercial Litigation Branch<br>26 Federal Plaza, Room 346<br>New York, New York 10278<br>Tel. No. 212-264-0480<br>Attorneys for Defendant |

Stipulated Judgment On Agreed Statement Of Facts,
3BTECH, INC. v. UNITED STATES,
Court No. 21-cv-00026

Page **4** of **5**

IT IS HEREBY ORDERED that this action is decided and this final judgment is to be entered by the Clerk of the Court; the appropriate U.S. Customs and Border Protection officials shall reliquidate the entries and make refund in accordance with the stipulation of the parties set forth above.

_____
HONORABLE JANE A. RESTANI, JUDGE

Date: _____

Case 1:21-cv-00026-JAR   Document 76   Filed 12/17/25   Page 5 of 5

Stipulated Judgment On Agreed Statement Of Facts,
3BTECH, INC. v. UNITED STATES,
Court No. 21-cv-00026                                                                 Page **5** of **5**

## SCHEDULE A TO STIPULATED JUDGMENT

Center: Automotive and Aerospace Center of Excellence and Expertise

| Court Number | Protest Number | Entry Number | Model Number(s) |
|---|---|---|---|
| 21-cv-00026 | 3901-20-106024 | BVQ-0197180-2 | T580 |
| 21-cv-00026 | 3901-20-106024 | BVQ-0197401-2 | T881 |
| 21-cv-00026 | 3901-20-106997 | BVQ-0185673-0 | T6 |
| 21-cv-00026 | 3901-20-106997 | BVQ-0185799-3 | T580 |
| 21-cv-00026 | 3901-20-106997 | BVQ-0185983-3 | T1 |
| 21-cv-00026 | 3901-20-106997 | BVQ-0186522-8 | T1 |
| 21-cv-00026 | 3901-20-106997 | BVQ-0186689-5 | T1 |
| 21-cv-00026 | 3901-20-106997 | BVQ-0187611-8 | T881 |
| 21-cv-00026 | 3901-20-106997 | BVQ-0187104-4 | T580 |
| 21-cv-00026 | 3901-20-106997 | BVQ-0187416-2 | T881 |
| 21-cv-00026 | 3901-20-106997 | BVQ-0187117-6 | T1, T380 |
| 21-cv-00026 | 3901-20-106997 | BVQ-0187693-6 | T500 |
| 21-cv-00026 | 3901-20-106997 | BVQ-0187702-5 | T380 |
| 21-cv-00026 | 3901-20-106997 | BVQ-0188276-9 | T500 |
| 21-cv-00026 | 3901-20-106997 | BVQ-0188188-6 | T500 |
| 21-cv-00026 | 3901-20-106997 | BVQ-0188286-8 | T881, T380, T1 |
| 21-cv-00026 | 3901-20-107048 | BVQ-0188764-4 | T380, T588, T1 |
| 21-cv-00026 | 3901-20-107048 | BVQ-0188761-0 | T588 |
| 21-cv-00026 | 3901-20-107048 | BVQ-0188666-1 | T500 |
| 21-cv-00026 | 3901-20-107048 | BVQ-0191380-4 | T6 |
| 21-cv-00026 | 3901-20-107048 | BVQ-0191703-7 | T580 |
| 21-cv-00026 | 3901-20-107048 | BVQ-0191716-9 | T881 |
| 21-cv-00026 | 3901-20-107048 | BVQ-0191884-5 | T580 |
| 21-cv-00026 | 3901-20-107048 | BVQ-0193340-6 | T6 |
| 21-cv-00026 | 3901-20-107048 | BVQ-0193627-6 | T6 |
| 21-cv-00026 | 3901-20-107048 | BVQ-0193739-9 | T6 |
| 21-cv-00026 | 3901-20-107048 | BVQ-0194162-3 | T6 |
| 21-cv-00026 | 3901-20-107048 | BVQ-0194477-5 | T500 |